**08 C 82**

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

# EXHIBIT A

## PRESCRIPTION SERVICE AGREEMENT

This *Prescription Service Agreement* ("Agreement") is entered into by and between WHP Health Initiatives, Inc., d/b/a Walgreens Health Initiatives ("WHI") and Case New Holland, Inc. ("Client").

**WHEREAS**, WHI manages prescription benefit programs that include the dispensing of prescription drugs by and through a network of retail community pharmacies ("Participating Pharmacy(ies)") and arranges for prescription benefit management and claim processing services for sponsors of various health benefit plans or programs;

**WHEREAS**, WHI also manages a prescription benefit that includes the dispensing of prescription drugs by a mail service pharmacy ("Participating Mail Service Pharmacy");

**WHEREAS**, Client desires to arrange for the provision of prescription services to Members (as defined below) through Participating Pharmacies and/or Participating Mail Service Pharmacy, as well as prescription benefit management and claim processing services by and through WHI; and

**WHEREAS**, WHI is willing to make available prescription services to Members through its network of Participating Pharmacies and Participating Mail Service Pharmacy and to provide pharmacy benefit management and claim processing services to Client upon the terms and conditions hereinafter set forth.

**NOW, THEREFORE**, in consideration of the covenants and agreements set forth herein, Client and WHI agree as follows:

## A.     RESPONSIBILITIES OF CLIENT

1.     The term "Member" as used in this Agreement means any person (including any eligible dependent) who is enrolled or covered under a benefit plan or health care program sponsored or maintained by Client and whose enrollment, copayment and benefit coverage are communicated by Client to WHI in accordance with the terms of this Agreement.

2.     Client will provide WHI with its benefit design summary and all other information required by WHI for the implementation of services under this Agreement at least 30 days prior to their implementation. Such information will be in a format acceptable to WHI and will include, without limitation: Member enrollment, eligibility and benefit coverage information such as, copayment, deductible limits, covered drugs, days' supply, and participating physicians. Client is further obligated, during the term of this Agreement, to provide updates to the foregoing benefit design summary and other information promptly following each change thereto. This information will be transmitted by WHI to Participating Pharmacies and the Participating Mail Service Pharmacy at the time of dispensing through the online electronic transmission link maintained between WHI and Participating Pharmacies and the Participating Mail Service Pharmacy ("Online Eligibility System"). Client is solely responsible for the accuracy, completeness, reliability, and timeliness of all information provided to WHI and acknowledges WHI's reliance thereupon. Any errors or omissions in the information are the sole responsibility of Client. Client may not deny claims submitted by any Participating Pharmacy or the Participating Mail Service Pharmacy for payment subsequent to such Participating Pharmacy or the Participating Mail Service Pharmacy receiving approval via the Online Eligibility System.

3.    Client will provide all Members with a standard identification card whether issued by WHI or issued by Client and approved by WHI. The identification cards will contain, without limitation, the Member's identification number and full name of Member. Identification cards will be used only for Member identification, not for Member eligibility, which is established at the time of dispensing through the Online Eligibility System.

4.    Client authorizes WHI, as its prescription benefit manager, to perform formulary management and other services described in this Agreement, subject to the following terms and conditions:

(a)    Client represents that it has adopted WHI's formulary as part of its prescription benefit plan design and that its benefit plan design in no way prohibits Client from implementing formulary management services performed by WHI, the Participating Pharmacies, or the Participating Mail Service Pharmacy hereunder, such as, but not necessarily limited to, generic or therapeutic prescription drug substitutions and any other measures that may be appropriate to effectuate formulary management. Notwithstanding the foregoing, the parties acknowledge that the prescribing physician has ultimate authority to determine which drug is prescribed to a Member. Client will notify WHI in advance of any benefit plan design changes that may materially affect WHI's ability to perform formulary management and/or other services described in this Agreement. Client may not sell, distribute, or otherwise provide WHI's formulary to any third party without WHI's prior written consent, except that Client will ensure that WHI's formulary is distributed to Members and Members' physicians, either directly or by requiring Members to provide the formulary to their physicians.

(b)    Client acknowledges that, as a result of the formulary management services referenced above, WHI may receive rebates or other incentive payments from certain drug manufacturers or others, either directly or indirectly, in connection with prescription drugs dispensed hereunder and reported by WHI to such manufacturers or others ("Manufacturer Incentives"). Client hereby appoints WHI as Client's exclusive agent, and certifies that WHI is authorized to act on Client's behalf, for the purpose of negotiating and arranging, either directly or indirectly, Manufacturer Incentive opportunities in connection with prescription drugs dispensed to Members under this Agreement. Accordingly, Client:

(i)    represents that it has no direct or indirect arrangements, either oral or written, with drug manufacturers or others for Manufacturer Incentives on prescription drugs dispensed to Members pursuant to this Agreement and agrees not to enter into any such arrangement during the term of this Agreement; and
(ii)    agrees to cooperate fully with WHI and execute any documents in addition to this Agreement that may reasonably be necessary for either WHI or Client to participate in any Manufacturer Incentives arrangements.

(c)    Client represents that to the extent funding for the provision of prescription services to Members is received from Medicaid, Medicare, or any other state or federal health care program, such funding is in accordance with the risk or capitation contract provisions of the Social Security Act or comparable state health care programs. In the event circumstances arise in which either Members' drug utilization is required to be reported for Manufacturer Incentives purposes by an entity other than WHI or Members' prescription claims are to be filed for reimbursement with Medicaid, Medicare, or any other state or federal health care program, Client will immediately notify WHI, clearly identifying all involved Members. Client agrees that to the extent WHI has received any Manufacturer Incentives improperly as a result of Client's failure to provide such

notice, Client will pay WHI, upon request, the full amount of any Manufacturer Incentives to be refunded and any penalties resulting therefrom.

(d)    Client acknowledges and agrees that WHI may retain any and all Manufacturer Incentives received as part of the reasonable compensation for pharmacy benefit management services; provided, however, that WHI will make WHI Payments (as defined in Attachment A) to Client, subject to the terms and conditions set forth in this Section A.4 and in Attachment A. Client further acknowledges that such reimbursement rates and other service charges set forth in Attachment A reflect the agreed upon compensation due WHI for the services provided. Client is responsible for the disclosure and/or distribution of such amounts to the entity that is ultimately responsible for the payment of pharmacy claims, if not Client. Client understands that in obtaining Manufacturer Incentives or rebates on behalf of its clients, WHI may utilize the services of a claims aggregator where in WHI's judgement as a prescription benefit manger such services may be more advantageous to its clients. To that extent, there may be a fee charged by the claims aggregator for such services, and the Manufacturer Incentives or rebates received by WHI will be reduced by the amount of such claims aggregator fees.

(e)    Client acknowledges that the amount of WHI Payments described in Attachment A is based upon the value of Manufacturer Incentives WHI expects to receive as a result of Client's adoption and use of WHI's formulary and any benefit design requirements associated therewith (such as, but not limited to, therapeutic substitution programs, multi-tiered copay structures, etc.). Accordingly, Client will notify WHI in writing of any changes to the formulary and, as required under Paragraph (a), above, benefit design, and WHI will implement any such changes following WHI's receipt of such written notification; provided, however, that to the extent WHI determines, in WHI's sole discretion, that any such changes may adversely impact the value of Manufacturer Incentives WHI is likely to receive hereunder, WHI will initiate renegotiations with Client of the WHI Payment amount. Notwithstanding anything to the contrary elsewhere in this Agreement, if no agreement can be reached within 30 days, WHI Payments will immediately cease accruing to Client and WHI will have no obligation to continue making WHI Payments thereafter, including any WHI Payments that have accrued, but have not yet been paid.

(f)    Notwithstanding any provision herein to the contrary, WHI Payments will immediately cease accruing to Client and Client hereby expressly authorizes WHI to retain any and all WHI Payments that have accrued to such date, upon the occurrence of any of the following:

   (i) breach by Client of any obligations set forth in this Agreement;
   (ii) termination of this Agreement by either party or receipt by WHI of notice from Client that Client intends to terminate any portion hereof which in WHI's sole discretion may adversely impact the value of Manufacturer Incentives WHI receives hereunder;
   (iii) WHI's exercise of its right to terminate any clinical program services, including formulary management, under Section B.1, below if, in WHI's sole discretion, such termination may adversely impact the value of Manufacturer Incentives WHI receives hereunder; and
   (iv) any change in the pharmaceutical industry practices regarding the payment of Manufacturer Incentives.

(g)    For those clinical programs that may require certain medical claims information (such as, but not necessarily limited to, retrospective drug utilization review), and subject to Section G.2., below, Client will provide to WHI and/or its designee all complete and accurate Member-related

medical claims and record information that WHI reasonably requests, in a format and time frame mutually acceptable to the parties.

5.      Subject to Section G.5., below, Client will accurately describe and represent the role of WHI, Participating Pharmacies, and the Participating Mail Service Pharmacy in providing services and programs that Client has retained WHI to undertake hereunder in all communications, including marketing and advertising materials, to Members and potential Members. Client acknowledges and agrees that it is responsible for disclosing to Members any and all matters relating to Client's benefit plan as are required by applicable law to be disclosed, including any matter relating to the Manufacturer Incentives or the calculation of copayments, coinsurance amounts, deductibles, use of formulary, or any other amounts that are payable by a Member in connection with Client's benefit plan.

6.      To the extent WHI has provided Client with access to the Online Eligibility System, the system on which WHI files Client's management reports ("Online Report System"), and/or any other electronic system maintained or operated by WHI (all such foregoing systems, hereinafter collectively referred to as the "System"), the following terms and conditions will apply. For purposes of this paragraph, the term "access" means the ability of Client, as agreed to by WHI, to view, enter, and/or manipulate information residing on the System. Client acknowledges that as a condition precedent to receiving or continuing to receive access to the System, Client will (i) comply with the manuals and other instructions provided by WHI for such access; (ii) safeguard the access code(s) and any downloads of information; (iii) comply with applicable laws, regulations, and Client's policies and procedures concerning the protection of patient information; (iv) notify WHI immediately if any information accessed online is inconsistent with Client's benefit design; (v) supervise all employees and/or third-party agents accessing such systems on Client's behalf ("Users") and administer all passwords to ensure there is no misuse or abuse of the access rights granted herein; and (vi) inform all Users of the requirements set forth in this paragraph. Client is solely responsible for the accuracy, completeness, reliability, and timeliness of all information it enters into the System. Any errors or omissions in the information are the sole responsibility of Client. Client is further responsible for providing, at its own expense, any hardware and/or software that may be necessary to effectuate access to the System, and for paying all telecommunication access fees.

## B.      RESPONSIBILITIES OF WHI

1.      WHI will provide the prescription benefit management services described in this Agreement and/or as otherwise mutually agreed to by the parties in writing, including, but not necessarily limited to, general support and consultative services regarding pharmacy benefit design and implementation, formulary management, administrative and claims processing services, standard reporting packages, marketing, quality management and utilization management functions. In addition, WHI may develop and implement certain additional clinical intervention programs that may be desired by Client, subject to terms and conditions to be agreed in writing between the parties. Notwithstanding the foregoing or any termination rights set forth in this Agreement, WHI may immediately terminate or refrain from implementing any formulary management or other clinical program services in any geographic area (in their entirety or for specific drugs only) if, in WHI's sole determination, the implementation or continued provision of such services is or may be in violation of applicable laws, rules, or regulations governing the practice of pharmacy or prescription benefits management, or may otherwise present an issue related to the practice of pharmacy or prescriptions benefits management. Client acknowledges that WHI may, from time to time, upgrade and/or make minor modifications to the services provided hereunder without notice to Client.

whp-casenewholland.123.mhr.doc

4

2.    WHI will provide its standard WHI identification card and introductory materials for issuance to Members. Upon Client's request and mutual written consent of the parties, WHI will provide customized identification cards and/or introductory materials for a mutually agreeable fee, prior to providing such cards and/or materials.

3.    WHI will provide to each Participating Pharmacy or the Participating Mail Service Pharmacy via the Online Eligibility System at the time of dispensing all information necessary (as specified in Section A.2.) for such Participating Pharmacy or for the Participating Mail Service Pharmacy to provide prescription services to Members upon the following terms and conditions:

(a)    Upon presentation by a Member or his/her agent of the identification card, receipt of appropriate prescriptions, and any required copayment, the Participating Pharmacy or Participating Mail Service Pharmacy will compound and dispense all qualified prescriptions and covered drugs pursuant to the pharmacy benefit information provided by Client to WHI and communicated by WHI to such Participating Pharmacy or Participating Mail Service Pharmacy via the Online Eligibility System at the time of dispensing, subject to legal restrictions and professional ethics and professional judgment.

(b)    The Participating Pharmacy will collect any applicable copayment or deductible amount from each Member for each covered prescription, as indicated by the Online Eligibility System at the time of dispensing, except when the Participating Pharmacy's usual retail charge for the prescription is less than the copayment. In these cases, the Participating Pharmacy will collect the usual retail charge in lieu of the copayment. In the case of mail order prescription services, each Member must transmit with the order to the Participating Mail Service Pharmacy the applicable copayment fee for each prescription or refill covered by this Agreement.

(c)    The Participating Pharmacy and/or Participating Mail Service Pharmacy may withhold prescription services to a Member for good cause, including, but not necessarily limited to, Client's nonpayment of prescription services provided to Members; the Member's failure to pay for services rendered (e.g., copayment); requests by Member for quantities of drugs in excess of prescribed amounts or refill limitations pursuant to the pharmacy benefit information; or where, in the professional judgment of the dispensing pharmacist, the prescription should not be filled.

(d)    The Participating Pharmacy and/or Participating Mail Service Pharmacy will attempt to dispense generic drugs in lieu of prescribed brand name drugs if commercially available and consistent with the dispensing pharmacist's professional judgment and state and federal law.

(e)    Mail order prescriptions will be sent to Members from the Participating Mail Service Pharmacy via United Parcel Service, United States Postal Service, or any other method the Participating Mail Service Pharmacy may select. Risk of loss or damage to covered drugs provided hereunder is on the Participating Mail Service Pharmacy until such prescription drugs have been delivered to Member. The cost of shipping will be borne by the Participating Mail Service Pharmacy, except for the following costs: (i) Client will pay for any increased shipping costs occurring after the effective date of this Agreement as a result of rate increases by the United States Postal Service or private mail package handlers; and (ii) Members will pay, or reimburse Participating Mail Service Pharmacy, as applicable, for all additional expenses due to expedited delivery requested by Member.

4.    WHI is responsible for reasonable costs associated with its development and printing of standard marketing materials that WHI agrees to provide to Client in connection with this Agreement;

provided, however, that all costs associated with the distribution of such materials to Members are the sole responsibility of Client.

     5.    WHI may add or terminate Participating Pharmacies to or from its network in WHI's sole discretion.

     6.    WHI will comply with the Performance Guarantees set forth in Attachment B, attached hereto and incorporated herein.

## C.    PAYMENT/BILLING

     1.    From time to time during the course of this Agreement, WHI may request, and Client will promptly provide to WHI, audited financial statements which WHI will use for the sole purpose of assessing the likelihood that Client will be able to satisfy its payment obligations hereunder. If, for any reason, at any time during the term of this Agreement, WHI develops a reasonable concern that Client may not make payments to WHI within the timeframes required hereunder, WHI will bill Client and Client will pay WHI within 15 days a security deposit in an amount, based upon Client's recent claims payment experience, which WHI deems necessary to satisfy such concern. WHI, without limiting its right to pursue other available legal remedies, may use any security deposit amounts received hereunder to offset the failure by Client, for any reason, to make payments pursuant to the terms of this Agreement. WHI will return any unused portion of the security deposit to Client upon termination of this Agreement, provided that Client has first satisfied all payment obligations hereunder.

     2.    Client will pay WHI for prescription services provided hereunder by Participating Pharmacies and Participating Mail Service Pharmacy at the rates set forth in Attachment A, attached hereto and incorporated herein, regardless of the amount billed by the dispensing Participating Pharmacy or Participating Mail Service Pharmacy. In addition, Client will pay WHI any and all administrative fees and/or other costs, charges, or reimbursement amounts set forth in this Agreement. Client is solely responsible for all payments required herein, and will make all such payments in accordance with the payment terms that follow and that may be specified elsewhere in this Agreement.

     (a)    Client will process all claims received from WHI at least once every 15 days and pay WHI all required fees, charges, and reimbursement amounts by electronic fund transfer or other automated clearinghouse method agreeable to WHI which provides for the funds to be available for use by WHI ("good funds") within ten days of the end of each twice monthly processing cycle. Client also must provide a complete explanation of the claims corresponding to each payment made. All sums owed by Client will bear interest of 1.5% per month from the date payment is due until paid; however, in no event will such interest rate be greater than the rate permitted by law. Client is solely responsible for any and all costs associated with WHI's collection of any delinquent amounts.

     (b)    Client acknowledges and agrees that WHI has no obligation whatsoever to pay claims for prescription services provided by Participating Pharmacies and Participating Mail Service Pharmacy until Client makes such funds available to WHI for the payment of such claims.

     3.    At no time may Client withhold payment for services provided by WHI, Participating Pharmacies, or Participating Mail Service Pharmacy hereunder nor pay an amount less than that billed by WHI. In the event that WHI determines that an adjustment is due Client, WHI will make an appropriate adjustment to its invoices.

4.      In the event that Client fails to remit to WHI the appropriate payment amounts on or prior to the due date specified in this Agreement, WHI will have the right, at its sole option, to suspend and/or terminate immediately all prescription benefits and services provided to Client and Members. WHI may notify Participating Pharmacies and Participating Mail Service Pharmacy immediately online that prescription services to Client and Members have been suspended or terminated, as the case may be, due to Client's failure to meet its payment obligations as set forth in this Agreement. Upon such notification, Participating Pharmacies and/or Participating Mail Service Pharmacy may cease providing prescription services to Client and Members and, in WHI's sole discretion and notwithstanding Section D.3, below, Participating Pharmacies and/or Participating Mail Service Pharmacy will have the right to pursue any legal remedy directly against Client for any breach of Client's payment obligations. Client will be solely responsible for any and all costs associated with WHI's collection of any delinquent amounts.

## D.      RELATIONSHIP BETWEEN CLIENT AND WHI

1.      The parties hereto are independent contracting parties, and nothing in this Agreement is intended to nor may anything in this Agreement be construed to create an agency, partnership, joint venture, employer/employee relationship, fiduciary relationship, or any other legal relationship between the parties other than or in addition to that of independent contracting parties.

2.      WHI is the sole and exclusive provider of prescription benefit programs, prescription benefit management, and claim processing services to and on behalf of Client and Members. Client may not enter into or be a party to any agreement with any party or entity (other than WHI) for the provision of prescription benefit programs, prescription benefit management, and claim processing services or any other services referenced in this Agreement during the term of this Agreement or any renewal hereof. Client's printed materials, including, but not necessarily limited to, direct mailings, brochures and newsletters may not reference any other provider of prescription benefit programs, prescription benefit management, and claims processing services (except as otherwise stated in Section G.5. of this Agreement). Nothing contained in this Agreement, however, will prohibit or limit WHI's right to participate in other health care or prescription programs or to otherwise provide prescription benefit programs, prescription benefit management, or claim processing services to other third parties.

3.      This Agreement is solely between WHI and Client and may not be construed to create any rights or remedies in favor of any third party, including any Member, unless expressly stated in this Agreement.

## E.      TERM AND TERMINATION

1.      This Agreement will remain in full force and effect for an initial term of three years commencing January 1, 2004, and ending December 31, 2006. Upon expiration of the initial term, this Agreement will automatically renew for successive one year terms. This Agreement may be terminated by either party at any time without cause upon at least 90 days prior written notice to the other party. This Section E.1. is subject to the remaining provisions of this entire Section E. and any other termination rights that may be stated elsewhere in this Agreement.

2.      Notwithstanding Section E.1. above, WHI may terminate this Agreement immediately upon a material breach by Client. Material breach by Client includes, but is not necessarily limited to, Client's failure to deposit with WHI any required security deposit amounts hereunder and/or Client's failure to pay WHI for pharmacy claims and all other required fees, costs and charges within the time period specified in this Agreement. Client may terminate this Agreement in the event of a material breach

whp-casenewholland.123.mbr.doc

7

by WHI and such termination will be effective 30 days after written notice of breach has been provided to WHI, unless such breach has been cured prior to the end of the 30 day period.

3.     No waiver by either party with respect to any breach or default of any right or remedy and no course of dealing may be deemed to constitute a continuous waiver of any other breach or default or of any other right or remedy unless such waiver is expressed in writing by the party to be bound.

4.     Termination will have no effect upon the rights or obligations of the parties arising out of any transactions occurring prior to the effective date of such termination, unless set forth otherwise herein. WHI will assume no responsibility for processing claims submitted to WHI by Participating Pharmacies, Participating Mail Service Pharmacy, or Members more than 60 days following the termination date of this Agreement; WHI will forward all such claims to Client for adjudication and payment.

5.     In addition to termination rights contained elsewhere in this Agreement, each of the following acts or omissions by either party will be considered a default, and will give the nondefaulting party the rights herein contained: if either party to this Agreement voluntarily files a petition in or for bankruptcy, reorganization, or an arrangement with creditors; if either party makes a general assignment for the benefit of creditors; if either party fails to pay, or admits in writing its inability to pay, debts as they become due; if a trustee, receiver, or other custodian is appointed for either party; or, if any other case or proceeding under any bankruptcy is commenced in respect to either party, then the nondefaulting party may immediately terminate this Agreement and all further rights and obligations hereunder (except as otherwise provided in Section E.4. or elsewhere in this Agreement) by giving written notice to the other party.

## F.     LIABILITY AND INDEMNITY

1.     WHI will indemnify, defend and hold harmless Client, including Client's employees and agents, from and against any and all claims or liabilities arising from the negligence of WHI, its employees or agents in carrying out WHI's duties and obligations under the terms of this Agreement. Client will indemnify, defend and hold harmless WHI, including WHI's shareholders, directors, officers, employees, delegates, agents, representatives and parent and affiliated companies, from and against any and all claims or liabilities arising from (i) Client's denial of treatment or coverage whether by omission, decision or design; (ii) the negligence of Client, its employees or agents in carrying out Client's duties and obligations under the terms of this Agreement; (iii) Client's failure to provide timely, complete, or accurate information necessary for WHI to perform services hereunder and/or administer the prescription benefit, including, but without limitation, those services set forth in Section B.1. above; and (iv) Client's breach of any representation or warranty set forth in this Agreement. Under no circumstances will WHI be liable to Client or any third party for any indirect, special, incidental, or consequential damages, or for lost profits, notwithstanding WHI's notice thereof. WHI's liability to Client under this Agreement, if any, will not exceed the total amount of compensation due WHI for the most recently ascertainable one-year period immediately preceding the date on which the claim arose. WHI will have no liability for any claim which is asserted by Client or any third party more than 60 days after Client is or should have been reasonably aware of such claim. This Section F.1. will survive the termination of this Agreement.

2.     Client acknowledges and agrees that neither WHI, nor its shareholders, directors, officers, employees, delegates, agents, representatives, or parent and/or affiliated companies have any liability whatsoever to Client or Members for the acts or omissions of any Participating Pharmacy or the Participating Mail Service Pharmacy (including, but not necessarily limited to, the acts or omissions of any Participating Pharmacy's or Participating Mail Service Pharmacy's employees or agents) in connection with such Participating Pharmacy's or Participating Mail Service Pharmacy's provision of services to

Client and/or Members, including, but not necessarily limited to, any of the following: (i) any actual or alleged malpractice, negligence or misconduct of any Participating Pharmacy or the Participating Mail Service Pharmacy; or (ii) the sale, compounding, dispensing, failure to sell, manufacture or use of any drug dispensed to a Member hereunder. This Section F.2. will survive the termination of this Agreement.

      3.     WHI will self-insure or maintain at its sole expense, and in amounts consistent with industry standards, insurance for general and professional liability and such other insurance as may be necessary to insure WHI, its employees and agents against any claim or claims for damages arising out of or in connection with its duties and obligations under this Agreement. A certificate of insurance coverage will be provided to Client upon written request. In addition, WHI will require Participating Pharmacies and Participating Mail Service Pharmacy either to self-insure or to acquire and maintain, at their sole expense, professional and malpractice liability insurance, as well as comprehensive general liability insurance to insure against any claim for damages arising by reason of Participating Pharmacies' or Participating Mail Service Pharmacy's provision of prescription services to Members hereunder.

## G.    <u>GENERAL TERMS</u>

      1.    <u>Access to Records</u>. WHI will maintain records relating to its responsibilities under this Agreement for a period of one year from the date of service. Client will maintain records relating to its responsibilities under this Agreement for a period of one year from the date of service, including, but not necessarily limited to, eligibility records for Members and payment information regarding services provided by WHI hereunder and prescription services rendered by Participating Pharmacies and Participating Mail Service Pharmacy to Members. During normal working hours and upon prior written and reasonable notice, WHI and Client will allow the other party reasonable access to such records for audit purposes and also the right to make photocopies of such records (at the requesting party's expense), subject to all applicable state and federal laws and regulations governing the confidentiality of such records.

      2.    <u>Confidentiality of Member Health Information and Proprietary Business Information.</u>

    (a)    The parties will maintain the confidentiality of all medical, prescription, and other patient-identifiable health information specifically relating to Members ("Member Health Information") in accordance with all applicable federal and state laws and regulations, including the privacy regulations promulgated under the Health Insurance Portability and Accountability Act of 1996, as may be amended from time to time ("HIPAA"). Client represents and warrants that it is in compliance with all requirements and obligations applicable to Client and its health plan under HIPAA, including but not limited to the requirement to secure written assurances from its "business associates" (as such term is defined in Title 45, Section 160.103, of the Code of Federal Regulations) regarding the protection of Member Health Information. Client acknowledges that WHI, as a business associate of Client (or its health plan), will have access to Member Health Information in order to provide the pharmacy benefit management services described herein and/or perform the obligations undertaken hereunder. Client further acknowledges that Member Health Information may be obtained from and/or distributed to Client, Participating Pharmacies, Participating Mail Service Pharmacies, and/or any other third party in connection with services provided hereunder, including any and all disclosures made by WHI, such as, but not limited to those disclosures (i) made to obtain Manufacturer Incentives, to conduct operational assessments or in connection with provider audits conducted by WHI or its agents or service providers; and (ii) at Client's request, such as, but not limited to, those made to third party administrators or to a new vendor upon transition of services following termination of this Agreement. Client also acknowledges that WHI intends to make Member Health Information

available to (i) the subject Member via its website, using WHI's customized online registration process for each Member; and (ii) Client or other permitted third parties via the Internet or other electronic medium. Client will promptly provide WHI with written notice if it desires to limit any such communications described herein. Client acknowledges that certain management reports, reporting packages, utilization data, prescription claims information and/or clinical or formulary-related programs may contain Member Health Information. Client further acknowledges that (i) its request to WHI to disclose Member Health Information to any third party (i.e. broker, healthcare consultant, and/or third party administrator) constitutes Client's direction and authorization to disclose such information to the third party; and (ii) WHI will disclose such information pursuant to Client's direction until such time as WHI receives written notice from Client to cease further disclosures.

(b)     The parties hereto acknowledge that certain proprietary and/or confidential technical and business information may be disclosed between the parties hereto. Such information may include, without limitation, databases, trade secrets, reporting packages and formats, utilization and management reports, client specific prescription claims information, manuals, computer programs, software and clinical or formulary-related operations or programs (hereinafter collectively referred to as "Confidential Information"). The parties acknowledge and agree that the value of such Confidential Information may be lost if the receiving party does not maintain the proprietary nature or confidentiality of the information. Accordingly, each party hereto will maintain the confidentiality of all Confidential Information, including, without limitation, implementing those precautions said party employs with respect to its own proprietary and confidential information and disclosing it only to those employees who have a need to know in order to effectuate the purpose(s) of this Agreement, and only after such employees have agreed to be bound by the terms of this Section G.2. In no event will either party use any Confidential Information to benefit itself or others, except to the extent expressly authorized by this Agreement. Notwithstanding the foregoing, the obligations of confidentiality shall not apply to any Confidential Information which is or becomes known generally known within the relevant industry (except as a result of a breach by a party hereto of its obligations under this Agreement); or is required to be disclosed by deposition, interrogatory, request for documents, subpoena or court order. Furthermore, the parties acknowledge and agree that the term "Confidential Information" as used in this paragraph shall not include aggregated and/or non-client specific information that is maintained and/or disclosed by either party in the normal course of their business operations.

(c)     In the event that WHI may be party to a broker or consultant arrangement in connection with the services provided hereunder, WHI is solely responsible for any and all fees that may be due such broker or consultant. Further, in conjunction with any such payments, Client acknowledges that WHI may disclose non-Member identifiable health information related to Client's claim volume to such brokers or consultants. This Section G.2. will survive the termination and/or expiration of this Agreement.

3.     Amendments. WHI will forward a copy of any proposed amendment to Client at least 30 days prior to the effective date of such amendment. The amendment will become effective on the date stipulated, unless prior to the indicated effective date a written objection from Client is received by WHI. If Client objects to an amendment, the amendment may not go into effect; provided, however, that WHI at its discretion may terminate this Agreement within 30 days of its receipt of Client's written objection (notwithstanding Section E.1. of this Agreement). All proposed amendments and objection(s) will be communicated pursuant to Section G.9. of this Agreement.

4.    Assignment. WHI may assign this Agreement to any third party or to any direct or indirect parent, subsidiary, affiliated company or successor company. Any such assignee will assume all obligations of WHI under this Agreement. No assignment will relieve WHI of responsibility for the performance of any obligations which have already occurred. This Agreement will inure to the benefit of and be binding upon WHI, its respective successors and permitted assignees.

5.    Advertising. Neither party may advertise or use any trademarks, service marks and/or symbols of the other party without first receiving the written consent of the party owning the mark and/or symbol, subject to the terms and conditions set forth in this paragraph. Client may reference the name and the addresses of WHI, Participating Pharmacies, and Participating Mail Service Pharmacy in Client's informational brochures or other publications Client provides to Members or potential Members. Client represents and warrants that any and all descriptions and representations concerning WHI and the services provided hereunder as communicated to Members and potential Members are true, accurate, and consistent with the terms of this Agreement. Client will use due diligence to ensure the accuracy of the information herein described and will immediately correct incomplete or inaccurate information whether by its own discovery or at WHI's direction. Any other reference to WHI, Participating Pharmacies, or Participating Mail Service Pharmacy in any Client materials must be pre-approved, in writing, by WHI. WHI may reference Client's name, trademark, service mark and/or symbols to inform Members and the general public (i) of WHI's role in providing prescription benefit management and other services and (ii) that Participating Pharmacies and Participating Mail Service Pharmacy are participating providers to Client and Members.

6.    Force Majeure. The performance by either party hereunder will be excused to the extent of circumstances beyond such party's reasonable control, such as acts of God, including but not limited to flood, tornado, earthquake, fire, or other natural disaster, as well as epidemic, war, civil disturbance, sabotage, criminal acts, material destruction of facilities, and failures in electricity, heat, air, or telecommunications equipment. In such event, the parties will use their best efforts to resume performance as soon as reasonably possible under the circumstances causing the party's failure to perform.

7.    Enforceability. If any term or provision of this Agreement is held to be invalid, illegal or unenforceable, the remainder of this Agreement or the application of such term or provision to persons or circumstances other than those to which it is held invalid or unenforceable will not be affected or impaired thereby.

8.    Governing Law. This Agreement will be governed by and construed and enforced in accordance with the laws of the State of Illinois without regard to principles of conflict of laws. If any legal action is brought to enforce or interpret any part of this Agreement, the prevailing party will be entitled to recover reasonable attorneys' fees to be determined by the judicial body. The attorneys' fees will be in addition to the amount of judgment or any other relief obtained by the prevailing party.

9.    Notice. All notices provided for herein must be in writing and sent by U.S. Certified Mail, return receipt requested, postage prepaid, or by overnight delivery service providing proof of receipt, to the addresses of the parties as set forth below:

CASE NEW HOLLAND, INC.                WALGREENS HEALTH INITIATIVES
ATTN: CORP. BENEFITS MANAGER          ATTN.: CLIENT SERVICES
5729 WASHINGTON AVE.                  1417 LAKE COOK ROAD, MS L468
RACINE, WI 53406                      DEERFIELD, IL 60015

whp-casenewholland.123.mbr.doc

11

Each party may designate by notice any future or different addresses to which notices will be sent. Notices will be deemed delivered upon receipt or upon refusal to accept delivery.

10.    Section Headings.  Section headings are inserted for convenience only and may not be used in any way to construe the terms of this Agreement.

11.    Entire Agreement.  This Agreement, which includes any and all attachments, exhibits, riders, and other documents referenced herein, constitutes the entire and full agreement between the parties hereto and supersedes any previous contract and no changes, amendments (except as provided in Section G.3. of this Agreement) or alterations will be effective unless reduced to a writing signed by a duly authorized representative of both parties.  Any prior agreements, documents, understandings, or representations relating to the subject matter of this Agreement not expressly set forth herein or referred to or incorporated herein by reference are of no force or effect.

12.    Conflicting Documents.  In the event of a conflict between the terms of this Agreement and any Client benefit contract, Member enrollment form/contract or Member brochure, the terms of this Agreement will control.  Such contract, enrollment or brochure may not impose any greater obligations upon Participating Pharmacies and Participating Mail Service Pharmacy for the provision of prescription services than those obligations set forth in this Agreement and to the extent such document does, they are of no force or effect.

13.    Compliance with Law.  Each party will comply with all applicable laws, rules, and regulations for each jurisdiction in which services are provided pursuant to this Agreement. Notwithstanding the foregoing, Client acknowledges that WHI has no responsibility to advise Client regarding Client's compliance with any applicable law, statutes, rules or regulations relating to the services provided hereunder.  Furthermore, WHI makes no representation or warranty that Client's benefit plan design is in compliance with applicable law.  Client retains complete discretionary, binding and final authority to construe the terms of its health plan, to interpret ambiguous plan language, to make factual determinations regarding the payment of claims or provisions of benefits, to review denied claims, and to resolve Member complaints.  Each party will cooperate with reasonable requests by the other party for information that the requesting party may need for its compliance with applicable laws, rules, and/or regulations.  If a change in applicable law imposes a material financial, legal, or operational burden on WHI's performance of services hereunder, WHI will propose and forward to Client an amendment to address such material burden.  The amendment will become effective on the date stipulated, unless prior to the indicated effective date a written objection from Client is received by WHI.  If Client objects to an amendment, the amendment may not go into effect; provided, however, that WHI, in its sole discretion, may terminate this Agreement within 30 days of its receipt of Client's written objection (notwithstanding Section E.1. of this Agreement).

14.    No Third-Party Beneficiaries.  This Agreement is not a third-party beneficiary contract. No provision of this Agreement is intended to create or may be construed to create any third-party beneficiary rights in any person, including, but not limited to, any provider or Member.

15.    Disclosure of Relationships.  Client acknowledges that WHI has business relationships with certain manufacturers to develop products and services, such as clinical initiatives, disease management programs and general population research studies. Client further acknowledges that from time to time, WHI may receive grants or funding from manufacturers to help offset the costs associated with certain services including, but not limited to, non-product specific disease descriptions, patient and physician education materials and treatment information.  WHI may also receive funding from manufacturers to help support clinical residency programs that may be under the auspices of an

whp-casenewholland.123.mbr.doc

educational institution and in accordance with WHI's approved residency guidelines. Client acknowledges that WHI's business relationships with manufacturers, as described above, are not directly related to Members. In the event such business relationships are deemed related to or associated with Members, Client agrees that such relationships and any funding derived therefrom are not considered rebates and/or Manufacturer Incentives under the terms of this Agreement.

16.  <u>Signatory Authority</u>.  Each party represents and warrants that the individual signing this Agreement on its behalf is duly authorized to bind such party to all terms and conditions of this Agreement.

**IN WITNESS WHEREOF,** Client and WHI have executed and delivered this Agreement by their representatives duly authorized.

CASE NEW HOLLAND, INC.

By: ___SHARIF AMIN___

Printed Name: _____

Title: _SR. DIRECTOR Comp And Benefits_

Date: _11/7/2005_

WHP HEALTH INITIATIVES, INC.
d/b/a WALGREENS HEALTH INITIATIVES

By: ___Kennet Crawford___

Printed Name: _KENT CRAWFORD_

Title: _VICE PRESIDENT_

Date: _11-30-05_

(stamp: LEGAL REVIEW)

**ATTACHMENT A**

**PAYMENT SCHEDULE**

I.   REIMBURSEMENT RATES FOR SERVICES

A.   REIMBURSEMENT FOR CLAIMS BY PARTICIPATING PHARMACIES: For each retail pharmacy prescription or refill covered by this Agreement, Client will pay WHI at the rates set forth in this Section I.A, reduced by the applicable copayment fee received:

1.   Brand Name Drugs: the lesser of (i) 84% of the Average Wholesale Price, as defined herein, of the dispensed medication plus a dispensing fee of $1.95; or (ii) the dispensing Participating Pharmacy's usual retail charge.

2.   Generic Drugs: for generic drugs covered by the Maximum Allowable Cost ("MAC") List, as defined herein, reimbursement will be the lesser of (i) the MAC plus a dispensing fee of $1.95; or (ii) the dispensing Participating Pharmacy's usual retail charge; for those generic drugs not covered by or included on the MAC List, reimbursement will be the lesser of (i) 75% of the Average Wholesale Price of the dispensed medication plus a dispensing fee of $1.95; or (ii) the dispensing Participating Pharmacy's usual retail charge.

3.   Notwithstanding the rates set forth in Paragraphs 1 and 2 of this Section I.A., and for plans requiring Member copayments only, if the total of the discounted Average Wholesale Price or MAC, when applicable, plus the dispensing fee is less than the Member copayment fee, Participating Pharmacy will receive as reimbursement, at a minimum, the lesser of the Member copayment fee or the dispensing Participating Pharmacy's usual retail charge.

B.   REIMBURSEMENT FOR CLAIMS BY PARTICIPATING MAIL SERVICE PHARMACY: For each mail service pharmacy prescription or refill covered by this Agreement, Client will pay WHI at the rates set forth in this Section I.B, reduced by the applicable copayment fee received:

1.   Brand Name Drugs: 76% of the Average Wholesale Price of the dispensed medication plus a dispensing fee of $0.00.

2.   Generic Drugs: for generic drugs covered by the MAC List, reimbursement will be the MAC plus a dispensing fee of $0.00; for those generic drugs not covered by or included on the MAC List, reimbursement will be 76% of the Average Wholesale Price of the dispensed medication plus a dispensing fee of $0.00.

3.   Notwithstanding the rates set forth in Paragraphs 1 and 2 of this Section I.B ("Mail Contract Rates"), if the Mail Contract Rate is less than the Member copayment, the Member will pay a copayment equal to the Mail Contract Rate, subject to a minimum amount of $11.99. However if the copayment is less than $11.99, Client will pay the difference between the copayment and $11.99.

C.   ADMINISTRATIVE FEES AND ASSOCIATED COSTS OR CHARGES. For services provided hereunder, Client will pay WHI an administrative fee of $0.00 per transaction.

whp-casenewholland.123.mbr.doc

1. If requested by Client, WHI will provide the following additional services at the rates indicated, provided that such rates are subject to change at any time after the initial term of this Agreement:

| Service | Fee | Unit |
|---|---|---|
| Reports Ad-Hoc | $100.00 | Per hour, $500 minimum |
| ID Card Initial Run, w/Letter Carrier and Formulary | $0.00 | Per 2 cards |
| Bulk Shipping UPS ground (original/initial run of ID Cards) | $0.00 | Per initial shipment only |
| ID Card Re-issuance, w/Letter Carrier only | $0.00 | Per 2 cards |
| Postage for Mailing | $1.10 | Per member mailing/letter |
| Prior Authorizations by Client | $1.00 | Per authorization |
| DMR Claims | $1.75 | Per submitted claim |
| On-line Access to Eligibility Files | $50.00 | Per user per month; first 2 ID's at no charge, thereafter fee applies, with a maximum of 4 ID's |
| On-line Access to Management Reports | $50.00 | Per user per month; first ID at no charge, thereafter fee applies, with a maximum of 4 ID's |
| Standard Query Tool | $50.00 | Per user per month; first ID at no charge, thereafter fee applies, with a maximum of 4 ID's |
| RDUR | See Article VII | |
| Medication Management Program | See Article VIII | |

Any other additional services may incur additional charges. WHI is not required to supply any additional reports or information unless and until it has been agreed to in writing by both parties.

2. WHI has agreed to a transitional allowance, to be calculated at the time of transition of $1.50 per Member ("Transitional Allowance") as measured based on the average number of Members in January 2004. Such Transitional Allowance shall be divided into twelve equal amounts with each amount ("Monthly Allowance") to be used by Client as an offset against any ancillary fees and/or other charges Client owes WHI based on services provided in Section C.1, above. If ancillary fees are not incurred by Client in any given month or if the amount of ancillary fees does not equal the Monthly Allowance, the Monthly Allowance shall not accumulate and shall not be applied to fees incurred in a subsequent month. In the event the Agreement terminates before an initial twelve months, Client shall pay WHI the value of the Transitional Allowance used. Client agrees to allow WHI to reduce the amount of rebates to Client by the value of the Transitional Allowance owed to WHI by Client.

D. PAYMENTS TO PHARMACIES. Client acknowledges that WHI has contracts with Participating Pharmacies and Participating Mail Service Pharmacy for the provision of, and payment for, prescription drug services provided to Members pursuant to this Agreement at agreed upon reimbursement rates. Client further acknowledges that in certain circumstances there may be a differential between payments made to such pharmacies for prescription drug services provided to Members and the payments received by WHI from the applicable client based upon negotiated pharmacy reimbursement rates.

II. SPECIALTY PHARMACY DRUGS. Client acknowledges that certain drugs available on the market will not be subject to the rates set forth in Article I, above, due to reasons such as, but not limited to, nonstandard administration, necessity for case management, limited availability, unique shipping or handling requirements, and specialized manufacturer process and/or purchase arrangements. Such drugs are referred to herein as "Specialty Pharmacy Drugs." Examples of Specialty Pharmacy Drugs include biotechnology drugs and certain compounds. The rates for the dispensing of any Specialty Pharmacy Drugs will be as set forth below in this Article II, assuming no more than a 30 day supply, or as otherwise agreed in writing between the parties. Client further acknowledges that the dispensing of Specialty Pharmacy Drugs may be limited to the Participating Mail Service Pharmacy, other subcontracted mail service provider, or certain Participating Pharmacies only. To the extent WHI is required to enter into a unique arrangement with a pharmacy for the dispensing of certain Specialty Pharmacy Drugs due to reasons such as, but not necessarily limited to, limited distribution or days' supply availability, additional charges may apply.

For all Specialty Pharmacy Drugs except those set forth below, if any:

A. Retail:

1. Brand: the lesser of (i) 84% of the Average Wholesale Price, as defined herein, of the dispensed medication plus a dispensing fee of $1.95; or (ii) the dispensing Participating Pharmacy's usual retail charge.

2. Generic: the lesser of (i) 84% of the Average Wholesale Price, as defined herein, of the dispensed medication plus a dispensing fee of $1.95; or (ii) the dispensing Participating Pharmacy's usual retail charge.

B. Mail:

1. Brand: 84% of the Average Wholesale Price of the dispensed medication plus a dispensing fee of $1.95.

2. Generic: 84% of the Average Wholesale Price of the dispensed medication plus a dispensing fee of $1.95.

C. Exceptions to rates set forth above:

1. Tikosyn at mail[1]: 92% of the Average Wholesale Price of the dispensed medications plus a dispensing fee of $5.00.

---

[1] To the extent Tikosyn is available at retail, the rates in Section II.A will apply, unless otherwise stated herein

whp-casenewholland.123.mbr.doc

Notwithstanding the foregoing, if the rate set forth in this Article II is less than the Member copayment fee, WHI will receive as reimbursement, at a minimum, the lesser of the Member copayment fee or the dispensing pharmacy's usual retail charge.

III. DEFINITIONS: As used in this Agreement, "Average Wholesale Price" shall refer to the price defined and distributed by First Data Bank for each drug in the database. This price is based on the 11-digit NDC number submitted for the dispensed medication. Such AWP prices will be updated in the claims processing system on at least a weekly basis to reflect current AWP pricing.

As used in this Agreement, "MAC List" means WHI's proprietary list of generic drugs and their associated prices at which Client will pay WHI for dispensing services provided by Participating Pharmacies and the Participating Mail Service Pharmacy hereunder. The MAC List is subject to periodic review and modification by WHI.

IV. MULTI-SOURCE PRODUCTS. The dispensing Participating Pharmacy and the Participating Mail Service Pharmacy will dispense multi-source products using the inventory customarily maintained; the terms of reimbursement and the dispensing by the Participating Pharmacy or the Participating Mail Service Pharmacy of such multi-source products may not be restricted by formulary or any list of covered drugs which identifies multi-source drugs by the manufacturer.

V. TAXES. Client is solely responsible for payment of any wholesale distributor tax or any other excise or value added tax or governmentally instituted imposition however styled if based upon purchases at wholesale or prescriptions dispensed associated with the provision of prescription services by Participating Pharmacy or Participating Mail Service Pharmacy in connection with this Agreement. Client also will reimburse Participating Pharmacy or Participating Mail Service Pharmacy any applicable federal, state or local sales tax liability or liability for governmental impositions based upon the sales of prescriptions dispensed or goods and services provided by Participating Pharmacy or Participating Mail Service Pharmacy to Client or Members. For the purposes of this Agreement the term "tax" shall include any sales tax, imposition, assessment, excise tax or other government levied amount based on Participating Pharmacy or Participating Mail Service Pharmacy's retail sales of prescriptions to Members either on gross revenues or by transaction, whether such tax is designated a sales tax, gross receipts tax, retail occupation tax, value added tax, health care provider tax, transaction privilege tax, assessment, pharmacy user fee, or charge otherwise titled or styled. It includes any tax in existence or hereafter created whether or not the bearer of the tax is the retailer or consumer.

VI. MANUFACTURER INCENTIVES.

    A. PAYMENT AMOUNT. In connection with and subject to the terms and conditions of Section A.4. of the main body of the Agreement regarding Manufacturer Incentives, WHI will make payments to Client on a per net paid claim basis ("WHI Payment") based on the services provided under this Agreement, regardless of the amount of Manufacturer Incentives received by WHI. WHI will make such WHI Payments according to the payment terms set forth in Section VI.B (below) in the amounts set forth in the table below, provided Client maintains the benefit designs set forth therein.

| Benefit Plan Requirements | WHI Payment Retail | WHI Payment Mail |
|---|---|---|
| Open Formulary, with formulary management and soft messaging | $1.75 per net paid claim | $5.00 per net paid claim |
| 3-Tier copay design with at least $15 or 50% (for percentage copay plans) between 2nd and 3rd Tiers | $2.50 per net paid claim | $7.00 per net paid claim |

B. PAYMENT TERMS. The initial WHI Payment will be made approximately nine months after the end of the first calendar quarter (or portion thereof, when applicable) of services provided hereunder, with subsequent WHI Payments to be made quarterly thereafter.

## VII. RETROSPECTIVE DRUG UTILIZATION REVIEW PROGRAM.

A. Client will participate in WHI's Retrospective Drug Utilization Review Program ("RDUR Program"). The RDUR Program consists of WHI (in conjunction with necessary third parties) performing a retrospective review of Members' prescription claims and medical data (if available and agreed to by the parties) to evaluate the appropriateness of a Member's therapy based upon generally accepted current clinical pharmacy practices. In the event WHI identifies clinical concerns in the judgment of a clinical pharmacist regarding a Member's drug regimen, WHI will communicate its findings to the Member's prescriber in the form of a clinical alert letter. Client further agrees to pay WHI the sum of $0.00 for each paid prescription claim reviewed by WHI as a part of the RDUR Program.

B. Client acknowledges and agrees that its participation in the RDUR Program requires Client to disclose to WHI and its necessary third parties their Members' prescription claims, and if agreed to by the parties hereto, its Member's medical claims. Accordingly, Client acknowledges that any disclosure of their Member's prescription and medical claims information will be made in accordance with the confidentiality requirements set forth in Section G.2 of the Agreement.

## VIII. MEDICATION MANAGEMENT PROGRAM

A. Client desires that WHI provide a medication management program that is consistent with the prior authorization requirements under the benefit design Client currently offers to Members ("Medication Management Program"). The Medication Management Program is designed to promote appropriate utilization of potentially expensive, misprescribed and/or abused medications based upon generally accepted current pharmacy practices. Accordingly, pursuant to Client's direction, WHI will implement the Medication Management Program on Client's behalf and in accordance with the protocols, criteria, forms, and related documents approved by Client ("Approved Protocols"). The Approved Protocols are hereby incorporated into this Agreement.

B. Upon presentation by a Member of a prescription that requires prior authorization pursuant to the Medication Management Program, WHI will attempt (at least two times within a 16 business hour period) to have the Member's prescriber respond to questions specific to the prescription presented ("Physician Form"). Completed Physician Forms will be reviewed by WHI's pharmacist and compared to the Approved Protocols for the applicable medication category.

whp-casenewholland.123.mbr.doc

Based upon the results, Client hereby directs WHI's pharmacists either to authorize or deny the dispensing of the medication and WHI will notify the Member accordingly. WHI will charge Client $0.00 for each claim reviewed under the Medication Management Program, with the exception of WHI's "Step Care" programs, which are excluded from the fee waiver and will be charged separately upon Client's purchase thereof. A Medication Management Program review will be deemed to have occurred whenever WHI has attempted (at least two times within a 16 business hour period) to have the Member's prescriber complete the applicable Physician Form. If after two attempts WHI is unable obtain a completed Physician Form from the Member's prescriber, Client directs WHI's pharmacists to deny the dispensing of the medication and to notify the Member accordingly.

C.   It is expressly understood that Client is solely responsible for construing the terms and conditions of its health benefit plan and the selection of medications that are part of the Medication Management Program. Further, Client retains complete discretionary and final authority to make all determinations regarding its health benefit plan and prior authorization requests that are part of the Medication Management Program, including, without limitation: (i) payment of claims; (ii) provision of benefits; (iii) review and/or denial of prior authorization claims or requests by Members; and (iv) resolution of Member complaints, including the establishment of an appeal and/or grievance process. Client will comply with all Federal and State laws, rules, and regulations regarding the denial of benefits.

whp-casenewholland.123.mbr.doc

## ATTACHMENT B

## PERFORMANCE GUARANTEES

| Objective | Description | Standard | Guarantee/Penalty |
|---|---|---|---|
| Contract Delivery | Prescription Service Agreement presented to MEI Coalition | Within one week before plan effective date | Failure to meet this performance standard will result in:<br>• $1,250 penalty |
| Timely ID card production | ID cards to Client or Client Members prior to effective date | WHI will have ID cards to Client or Members prior to effective date (subject to WHI having received final eligibility 30 days prior to the effective date). | Failure to meet this performance standard will result in:<br>• $1,250 penalty |
| Communication Materials | Prescription Benefit Document and Formulary Disruption Letters | WHI will have communication materials to Client or Members prior to effective date (subject to WHI having received final claim data and Client's sign-off 30 days prior to the effective date). | Failure to meet this performance standard will result in:<br>• $1,250 penalty |
| Group Eligibility | Loading and testing of Client's eligibility file | WHI will meet the implementation schedule proposed | Failure to meet this performance standard will result in:<br>• $1,250 penalty, if deadlines are met but timely implementation is not achieved. |
| Account Management Effectiveness | Measure effectiveness of WHI in providing services to MEI Coalition | ** 90 percent of all annual Client satisfaction surveys will indicate a rating good or higher for the following:<br><br>• Courtesy and professionalism<br>• Knowledge of products and services<br>• Timely response and resolution<br>• Availability | Based on the rating percentage of Client satisfaction surveys, WHI will pay according to the following payment scale:<br><br>Percentage — Payment<br>• 90% or greater — $ 0<br>• 88-89% — $350<br>• 86-87% — $750<br>• <85% — $1,250<br><br>The maximum annual payment will be $1,250<br><br>This standard will be monitored and reported annually and any applicable payments will be made annually. |
| Total Fee at risk | | | $6,250* |

The penalties set forth in this Attachment B represent Client's sole and exclusive remedy for any failure by WHI to meet performance standards set forth herein; any such failure will not be deemed a material breach of this Agreement.

---

*Based on penalties owed to Client.

**Measurement is based upon WHI's entire book of business.

whp-casenewholland.123.mbr.doc

# EXHIBIT B


*Health Initiatives*

1411 Lake Cook Road, MS L319
Deerfield, Illinois 60015
Phone: 847-964-8378
Fax: 847-374-2645
Email: Matthew.Day@walgreens.com

October 25, 2007

VIA OVERNIGHT MAIL
Mr. Tom Coogan
Case New Holland, Inc.
5729 Washington Ave.
Racine, WI 53406

Re: Prescription Service Agreement: Case New Holland, Inc. and Walgreens Health Initiatives, Inc.

Dear Mr. Coogan:

This letter is to confirm our telephone conversation from earlier today in which Walgreens Health Initiatives, Inc. ("WHI") requested that two rebate checks, which were sent to Case New Holland on March 28, 2007 (check #10344904, in the amount of $419,363.96) and June 27, 2007 (check #10397492, in the amount of $428,371.11), be returned to WHI. These two rebate checks were issued in error. Pursuant to the signed agreement between our two companies, WHI is contractually entitled to retain these rebate amounts (see Section A.4.f. of the Agreement). Therefore we ask that Case New Holland please return these rebate amounts to WHI within the next 10 days.

Additionally, Case New Holland has continually neglected to pay invoices issued by WHI for services performed in 2006 (please see the attached list for specific dates and amounts of those invoices). Please be aware that our Agreement stipulates that payments are to be remitted within ten days from receipt of the invoices. Due to the continued delinquency of these invoice payments we insist that Case New Holland submit to WHI a payment in the amount of $12,390.95 within the next ten days. Case New Holland's failure to pay these invoices continues to cause problems for our network pharmacies which have dispensed medication to your members but continue to go unpaid for their services.

Should Case New Holland fail to pay these amounts or return the discussed rebates above, WHI will seek any judicial remedy available to it.

Thank you for your immediate attention to this matter.

Sincerely,

Matthew Day
Attorney

Enclosure
cc:      R. Ashworth (WHI)
         C. Beinlich (WHI)
         C. Harkin (WHI)

| Invoice Date | Invoice # | Amount | |
|---|---|---|---|
| 2/15/2007 | 110643 | $ (156.35) | This credit is for claims that were reversed claims. |
| 2/28/2007 | 111990 | $ 1,787.17 | |
| 3/15/2006 | 113236 | $ 891.84 | |
| 3/31/2007 | 114559 | $ 3,069.21 | |
| 4/15/2007 | 115876 | $ 2,289.38 | |
| 4/30/2004 | 117212 | $ 1,646.73 | |
| 5/15/2007 | 118488 | $ 593.03 | |
| 5/31/2007 | 119185 | $ (28.93) | This credit is for claims that were reversed claims. |
| 5/31/2007 | 119822 | $ 603.03 | |
| 6/15/2007 | 121079 | $ 11.90 | |
| 6/30/2007 | 122422 | $ 1,077.52 | |
| 7/31/2007 | 125127 | $ 363.50 | |
| 8/31/2007 | 127781 | $ 242.92 | |
| | | $ 12,390.95 | |

# EXHIBIT C



Whyte Hirschboeck Dudek S.C.

John B. Tuffnell
414-978-5416
jtuffnell@whdlaw.com

November 21, 2007

VIA FACSIMILE and U.S. MAIL

Mr. Matthew Day
Attorney
Walgreens Health Initiatives
1411 Lake Cook Road, MS L319
Deerfield, IL 60015

> Re: **Prescription Service Agreement: Case New Holland, Inc. and Walgreens Initiatives, Inc.**

Dear Mr. Day:

To further understand Walgreens Health Initiatives' position and to enable CNH to evaluate your request for reimbursement, please substantiate how the termination "may adversely impact the value of Manufacturer Incentives WHI receives" under the Prescription Service Agreement. We cannot understand how WHI could have been adversely impacted for claims incurred in 1Q06 and 2Q06 with a contract that terminated on December 31, 2006. Please provide a reasonable basis for this assertion to enable appropriate evaluation for your request for reimbursement of over $800,000.

Thank you.

Sincerely,

John B. Tuffnell

JBT/jhp

WHD:5443431 1

# EXHIBIT D



1411 Lake Cook Road, MS L319
Deerfield, Illinois 60015
Phone: 847-964-8228
Fax: 847-374-2645
Email: Marcelo.Corpuz@walgreens.com

November 29, 2007

VIA CERTIFIED MAIL, E-MAIL (jtuffnell@whdlaw.com) AND FACSIMILE (414-223-5000)
John Tuffnell, Esq.
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202

Re:    Prescription Service Agreement by and between
       Case New Holland, Inc. and Walgreens Health Initiatives, Inc.

Dear John:

On October 25, 2007, Walgreens Health Initiatives, Inc. ("WHI") sent a letter to your client, Case New Holland, Inc. ("CNH"), regarding the return of the following checks that were erroneously issued to CNH: check #10344904, in the amount of $419,363.96 and check #10397492, in the amount of $428,371.11 (such amounts collectively referred to herein as the "WHI Owed Amounts"). In addition, WHI noted in this letter a total of $12,390.95 owed to WHI by your client for pharmacy benefit management ("PBM") services rendered under the above-referenced Prescription Service Agreement (the amounts comprising such total referred to herein individually and collectively as the "WHI Invoiced Amounts").

We are in receipt of your letter dated November 21, 2007. In response to your letter, we first note that Section A.4. of the Prescription Service Agreement states:

Notwithstanding any provision herein to the contrary, WHI Payments will immediately cease accruing to Client and *Client hereby expressly authorizes WHI to retain any and all such payments that have accrued to such date, upon the occurrence of any of the following*:

(i)   breach by Client of any obligations set forth in this Agreement;
(ii)  *termination of this Agreement by either party* or receipt by WHI of notice from Client that Client intends to terminate any portion hereof which in WHI's sole discretion may adversely impact the value of Rebates WHI receives hereunder;
(iii) WHI's exercise of its right to terminate any clinical program services, including formulary management, under Section B.1., below if, in WHI's sole discretion, such termination may adversely impact the value of Rebates WHI receives hereunder; and
(iv)  any change in the pharmaceutical industry practices or marketplace conditions that may affect the payment of Rebates.

(emphasis added)

In sum, WHI is entitled to retain any and all WHI Payments (as that term is defined in the Prescription Service Agreement) accrued to the date of any of the occurrences specified in romanettes (i) through (iv) of Section A.4. CNH terminated the Prescription Service Agreement effective as of December 31, 2006. As such, under romanette (ii) of Section A.4., WHI is entitled to retain all WHI Payments accrued to such date. The WHI Payments that belong to WHI are comprised, in part, of the WHI Owed Amounts. Therefore, WHI is contractually entitled to the WHI Owed Amounts and again demands CNH's return of the same. Similarly, WHI reiterates its demand for payment of the WHI Invoiced Amounts.

*Letter to John Tuffnell, Esq.*
*November 29, 2007*

In reviewing your November 21st letter, I believe you were looking at the second part of romanette (ii) above. Please be advised that romanette (ii) sets forth two different events separated by the disjunctive "or": the termination of the contract by either party *or* the receipt by WHI of notice from CNH that CNH desires to terminate a portion of the contract. The language for which you request clarification (*i.e.*, "may adversely impact the value of Manufacturer Incentives WHI receives") pertains to the latter occurrence and is inapposite to the operative occurrence of romanette (ii), which is the termination of the entire Prescription Service Agreement by either party (in this case, by CNH).

CNH must return the WHI Owed Amounts, otherwise CNH will remain unjustly enriched. Additionally, CNH remains under a contractual duty to pay the WHI Invoiced Amounts. In the interest of a final, amicable resolution of this matter, *WHI hereby gives CNH one last opportunity to remit to WHI in full the WHI Owed Amounts and the WHI Invoiced Amounts by 5:00 PM (CST), Friday, December 7, 2007.*

If WHI is not in receipt of the WHI Owed Amounts and the WHI Invoiced Amounts by Friday, December 7, 2007, please be advised of the following:

- WHI will aggressively pursue all remedies available to it at law and in equity to recover in full the WHI Owed Amounts and the WHI Invoiced Amounts, as well as all other sums WHI may rightfully recover from CNH as a matter of law or equity. Although WHI hopes to amicably resolve this matter, WHI's commercial litigation group has been apprised of this situation. WHI's commercial litigators stand ready to proceed accordingly with all necessary resources.

- Section G.8. of the Prescription Service Agreement specifies that the contract will be governed by the laws of the State of Illinois without regard to principles of conflict of laws. It is our understanding that Illinois law is favorable to parties in WHI's position.

- Section G.8. of the Prescription Service Agreement also specifies that the prevailing party in any legal action to enforce or interpret the contract is entitled to recover its reasonable legal fees. WHI certainly would pursue its reasonable legal fees in any action filed pursuant to the Prescription Service Agreement.

- WHI is entitled to 1.5% per month on the WHI Invoiced Amounts under Section C.2.(a) of the Prescription Service Agreement. Please note that Section C.2.(a) further states that "Client [*i.e.*, CNH] is solely responsible for any and all costs associated with WHI's collection of any delinquent amounts." Please be advised that WHI diligently pursues the direct and indirect costs of collection.

- Due to CNH's ongoing refusal to repay the WHI Owed Amounts, WHI has lost the time value of this money. In any action to recover the WHI Owed Amounts from CNH, WHI would seek to recover interest on the WHI Owed Amounts at the greatest interest rate permitted under applicable law. As you know, the WHI Owed Amounts total $847,735.07. Interest owed to WHI on this amount would be significant.

It is WHI's sincere hope that CNH will avail itself of this final opportunity to pay in full the WHI Owed Amounts and the WHI Invoiced Amounts, thereby avoiding the additional expenses and costs that CNH will undoubtedly incur in the event of non-payment (*e.g.*, attorneys' fees, interest payments, collection costs, etc.). Please be advised that the aforementioned window of opportunity to settle this matter is final and non-negotiable. That said, WHI is willing to entertain the concept of a reasonable settlement and release agreement to be executed in conjunction with CNH's payment in full of the WHI Owed Amounts and WHI Invoiced Amounts by 5:00 PM (CST) Friday, December 7, 2007.

*Letter to John Tuffnell, Esq.*
*November 29, 2007*

Please be advised that this letter is not intended as a complete or full recitation of all of WHI's potential claims, damages, causes of action or remedies. Nothing in this letter shall be construed as an admission or a waiver of any rights or remedies available to WHI under the Prescription Service Agreement or applicable federal and state law. WHI hereby reserves all such rights and remedies.

After you have discussed this letter with your client, please contact me at your earliest possible convenience with respect to CNH's intended course of action. I look forward to hearing from you soon.

Very truly yours,

Marcelo N. Corpuz, III
Senior Attorney

cc: R. Ashworth (WHI via interoffice mail)
    C. Beinlich (WHI via interoffice mail)
    C. Harkin (WHI via interoffice mail)
    L. Merten (WHI via interoffice mail)
    K. Ferguson (WHI via interoffice mail)
    M. Day (WHI via interoffice mail)

# EXHIBIT E

12/07/2007 16:56 FAX  414 223 5000        WHD-2                                    ☑ 002/003



Whyte Hirschboeck Dudek S.C.

John B. Tuffnell
414-978-5416
jtuffnell@whdlaw.com

December 7, 2007

**VIA FACSIMILE**

Marcelo N. Corpuz, III
Senior Attorney
Walgreens Health Initiatives
1411 Lake Cook Road, MSL319
Deerfield, IL 60015

Re:  Prescription Service Agreement between Case New Holland, Inc.
and Walgreens Health Initiatives, Inc.

Dear Marcelo:

Thank you for your letter of November 29, 2007, responding to mine of November 21. You refused (or were unable) to identify any "adverse impact" sufficient to justify retention of the "WHI Payments" under the Prescription Services Agreement. CNH does not agree with your interpretation of Paragraph 4(f)(ii) that no such evidence is required. The only sensible reading of the language is that the last clause ("adversely impact") modifies both preceding clauses. CNH is confident the payments you now demand back were properly made by your company. WHI has no legitimate basis for demanding return, and, accordingly, rejects your demand to return the two WHI payments identified in your letter.

In addition, CNH hereby demands the full WHI Payment for fourth quarter 2006. Based upon past experience, we expect this number will exceed $400,000. Payment was due and owing on or about October 1, 2007. Since you are familiar with the specifics of the contract concerning prompt payment, as apparent from your November 29, 2007 letter, I will not reiterate those same terms here. Please remit payment immediately.

Finally, CNH is ready to reimburse any amount owed for PBM services. WHI claims $12,390.95, and provided a list of invoices with the October 27, 2007 letter. Unfortunately, the list provided does not allow CNH to determine whether these amounts are due. Please forward copies of the listed invoices so CNH can assess and pay if appropriate.

WHD\5471525.1

12/07/2007 18:56 FAX   414 223 5000          WHD-2                              ☒ 003/003

Whyte Hirschboeck Dudek S.C.

Marcelo N. Corpuz, III
December 7, 2007
Page 2

Please make payment of the fourth quarter 2006 WHI Payment by 5:00 p.m., Friday, December 14, 2007. You may send the payment to my attention.

Thank you.

Sincerely,

John B. Tuffnell

JBT/eah
cc:   Mr. Thomas Coogan

WHD:5471525.1

# EXHIBIT F

```
Walgreens Hlth Initiatives                          Invoice    : 00127781
WHI-PBM-Acct@Walgreens.com                          Invoice Date: Aug-31-2007
Tax ID#36-404-9815                                  Page       : 1 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND                    Bill To Account:  4739
         5729 Washington Ave.                CASE NEW HOLLAND
         Racine, WI                          5729 Washington Ave.
         USA                                 Racine, WI
         53406                               USA
                                             53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
  * * * * *          Billing Period End Date: Aug-31-2007        * * * * * *
--------------------------------------------------------------------------------
```

| Invoice Summary Group | Claim Amount | Fee Amount | Total Amount |
|---|---|---|---|
| HOURLY NR LTD/RET-MEDICARE NNW | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE PPO | $0.00 | $0.00 | $0.00 |
| SALARIED LTD/RET-MEDICARE NNW | $242.92 | $0.00 | $242.92 |
| SALARIED RETIREE PPO | $0.00 | $0.00 | $0.00 |
| Totals | $242.92 | $0.00 | $242.92 |

```
Remit To:
    Walgreens Hlth Initiatives       TOTAL DUE:      $242.92
    WHI-PBM-Acct@Walgreens.com
    Tax ID#36-404-9815
    14309 Collections Center Drive
    Chicago, IL
    USA
    60693
    (847)964-6059
```

```
Walgreens Hlth Initiatives                    Invoice     : 00127781
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Aug-31-2007
Tax ID#36-404-9815                            Page        : 2 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND                 Bill To Account:  4739
         5729 Washington Ave.             CASE NEW HOLLAND
         Racine, WI                       5729 Washington Ave.
         USA                              Racine, WI
         53406                            USA
                                          53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
--------------------------------------------------------------------------
Grouping / Type                        Qty          Rate           Amount
--------------------------------------------------------------------------
 * * * * *      Claim Billing Period Aug-16-2007 to Aug-31-2007  * * * * * *

001APPORX2-SALARIED ACTIVE PPO
    Rejected Claims             4                                   $0.00
                                                                -------------
                               Sub-total for 001APPORX2            $0.00
                                                                -------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
    Paid DMR Claims             7                                 $242.92
    Rejected Claims            15                                   $0.00
                                                                -------------
                               Sub-total for 001MNNWRX2          $242.92
                                                                -------------

001RPPORX2-SALARIED RETIREE PPO
    Rejected Claims             2                                   $0.00
                                                                -------------
                               Sub-total for 001RPPORX2            $0.00
                                                                -------------

002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
    Rejected Claims             2                                   $0.00
                                                                -------------
                               Sub-total for 002MNNWRX2            $0.00
                                                                -------------

                               *** Claim Total                   $242.92
                                                                =============
```

```
--------------------------------------------------------------------------
 * * * * *         Classification Claim Summary              * * * * * *
--------------------------------------------------------------------------
    Code / Description                       Qty              Amount
--------------------------------------------------------------------------
    BC PD DMR    Paid DMR Claims              7              $242.92
    BC REJECTS   Rejected Claims             23                $0.00
                                                          -------------
                               *** Claim Total              $242.92
                                                          =============
```

```
Walgreens Hlth Initiatives                    Invoice    : 00127781
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Aug-31-2007
Tax ID#36-404-9815                            Page       : 3 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059




Mail to: CASE NEW HOLLAND               Bill To Account:  4739
         5729 Washington Ave.                CASE NEW HOLLAND
         Racine, WI                          5729 Washington Ave.
         USA                                 Racine, WI
         53406                               USA
                                             53406




Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.
```

```
-----------------------------------------------------------------------
Grouping / Type                       Qty           Rate          Amount
-----------------------------------------------------------------------
* * * *     Administrative Fee Billing Period Aug-16-2007 to Aug-31-2007   * * * *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
001APPORX2-SALARIED ACTIVE PPO
   Rejected Claim Fees                4            $0.00            $0.00
                                                               ---------------
                          Sub-total for 001APPORX2               $0.00
                                                               ---------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
   Paid DMR Claim Fees                7            $0.00            $0.00
   Rejected Claim Fees               15            $0.00            $0.00
                                                               ---------------
                          Sub-total for 001MNNWRX2               $0.00
                                                               ---------------

001RPPORX2-SALARIED RETIREE PPO
   Rejected Claim Fees                2            $0.00            $0.00
                                                               ---------------
                          Sub-total for 001RPPORX2               $0.00
                                                               ---------------

002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
   Rejected Claim Fees                2            $0.00            $0.00
                                                               ---------------
                          Sub-total for 002MNNWRX2               $0.00
                                                               ---------------

                                   *** Fee Total                 $0.00
                                                               ===============
```

```
-----------------------------------------------------------------------
* * * * *            Classification Fee Summary            * * * * * *
-----------------------------------------------------------------------
   Code / Description                             Qty          Amount
-----------------------------------------------------------------------
   BF PD DMR    Paid DMR Claim Fees                7            $0.00
   BF REJECTS   Rejected Claim Fees               23            $0.00
                                                            ---------------
                                   *** Fee Total                 $0.00
                                                            ===============
```

```
Walgreens Hlth Initiatives                    Invoice      : 00125127
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Jul-31-2007
Tax ID#36-404-9815                            Page         : 1 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

```
 * * * * *        Billing Period End Date: Jul-31-2007         * * * * * *
-----------------------------------------------------------------------------
Invoice Summary                    Claim            Fee             Total
Group                             Amount          Amount           Amount
-----------------------------------------------------------------------------
HOURLY NR ACTIVE CCP               $0.00           $0.00            $0.00
HOURLY NR LTD/RET-MEDICARE NNW   $120.35           $0.00          $120.35
SALARIED ACTIVE PPO               $86.10           $0.00           $86.10
SALARIED LTD/RET-MEDICARE NNW    $155.33           $0.00          $155.33
UAW RETIREE PPO                    $1.72           $0.00            $1.72
                              ---------------  ---------------  ---------------
        Totals                   $363.50           $0.00          $363.50
                              ===============  ===============  ===============
```

```
Remit To:
    Walgreens Hlth Initiatives        TOTAL DUE:      $363.50
    WHI-PBM-Acct@Walgreens.com
    Tax ID#36-404-9815
    14309 Collections Center Drive
    Chicago, IL
    USA
    60693
    (847)964-6059
```

```
Walgreens Hlth Initiatives                    Invoice    : 00125127
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Jul-31-2007
Tax ID#36-404-9815                            Page       : 2 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND             Bill To Account:  4739
         5729 Washington Ave.         CASE NEW HOLLAND
         Racine, WI                   5729 Washington Ave.
         USA                          Racine, WI
         53406                        USA
                                      53406
```

Terms : 15 Days Net    Interest applied at 1.5% per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| * * * * *    Claim Billing Period Jul-16-2007 to Jul-31-2007    * * * * * * | | | |
| 001APPORX2-SALARIED ACTIVE PPO | | | |
| Paid Retail Claims | 3 | | $86.10 |
| Rejected Claims | 2 | | $0.00 |
| Sub-total for 001APPORX2 | | | $86.10 |
| 001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW | | | |
| Paid Retail Claims | 4 | | $155.33 |
| Rejected Claims | 1 | | $0.00 |
| Sub-total for 001MNNWRX2 | | | $155.33 |
| 002ACCPRX7-HOURLY NR ACTIVE CCP | | | |
| Rejected Claims | 1 | | $0.00 |
| Sub-total for 002ACCPRX7 | | | $0.00 |
| 002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW | | | |
| Paid Subrogated Claims | 3 | | $120.35 |
| Sub-total for 002MNNWRX2 | | | $120.35 |
| 006RPPORX1-UAW RETIREE PPO | | | |
| Paid Retail Claims | 1 | | $1.72 |
| Sub-total for 006RPPORX1 | | | $1.72 |
| *** Claim Total | | | $363.50 |

| * * * * *    Classification Claim Summary    * * * * * * | | |
|---|---|---|
| Code / Description | Qty | Amount |
| BC PD RETAIL    Paid Retail Claims | 8 | $243.15 |
| BC PD SUBROG    Paid Subrogated Claims | 3 | $120.35 |
| BC REJECTS      Rejected Claims | 4 | $0.00 |
| *** Claim Total | | $363.50 |

```
Walgreens Hlth Initiatives                    Invoice     : 00125127
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Jul-31-2007
Tax ID#36-404-9815                            Page        : 3 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059


Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406


Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.
```

```
-------------------------------------------------------------------------------
Grouping / Type                       Qty           Rate            Amount
-------------------------------------------------------------------------------
 * * * *     Administrative Fee Billing Period Jul-16-2007 to Jul-31-2007   * * * *
-------------------------------------------------------------------------------
001APPORX2-SALARIED ACTIVE PPO
     Paid Retail Claim Fees           3            $0.00            $0.00
     Rejected Claim Fees              2            $0.00            $0.00
                                                                 ---------------
                            Sub-total for 001APPORX2               $0.00
                                                                 ---------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
     Paid Retail Claim Fees           4            $0.00            $0.00
     Rejected Claim Fees              1            $0.00            $0.00
                                                                 ---------------
                            Sub-total for 001MNNWRX2              $0.00
                                                                 ---------------

002ACCPRX7-HOURLY NR ACTIVE CCP
     Rejected Claim Fees              1            $0.00            $0.00
                                                                 ---------------
                            Sub-total for 002ACCPRX7             $0.00
                                                                 ---------------

002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
     Paid Subrogated Claim Fees       3            $0.00            $0.00
                                                                 ---------------
                            Sub-total for 002MNNWRX2             $0.00
                                                                 ---------------

006RPPORX1-UAW RETIREE PPO
     Paid Retail Claim Fees           1            $0.00            $0.00
                                                                 ---------------
                            Sub-total for 006RPPORX1             $0.00
                                                                 ---------------

                                      *** Fee Total              $0.00
                                                                 ===============
```

```
-------------------------------------------------------------------------------
 * * * * *             Classification Fee Summary               * * * * * *
-------------------------------------------------------------------------------
     Code / Description                            Qty            Amount
-------------------------------------------------------------------------------
     BF PD RETAIL    Paid Retail Claim Fees         8             $0.00
     BF PD SUBROG    Paid Subrogated Claim Fees     3             $0.00
     BF REJECTS      Rejected Claim Fees            4             $0.00
                                                                ---------------
                                      *** Fee Total              $0.00
                                                                ===============
```

```
Walgreens Hlth Initiatives                    Invoice    : 00122422
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Jun-30-2007
Tax ID#36-404-9815                            Page       : 1 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
 * * * * *        Billing Period End Date: Jun-30-2007        * * * * * *
```

| Invoice Summary Group | Claim Amount | Fee Amount | Total Amount |
|---|---|---|---|
| HOURLY NR ACTIVE PPO | $0.00 | $0.00 | $0.00 |
| HOURLY NR LTD/RET-MEDICARE NNW | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE CCP | $151.70 | $0.00 | $151.70 |
| SALARIED ACTIVE HDHP FAMILY | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE PPO | $0.00 | $0.00 | $0.00 |
| SALARIED LTD/RET-MEDICARE NNW | $676.27 | $0.00 | $676.27 |
| UAW ACTIVE PPO | $19.94 | $0.00 | $19.94 |
| UAW LTD/RET-MEDICARE PPO | $188.47 | $0.00 | $188.47 |
| UAW RETIREE PPO | $41.14 | $0.00 | $41.14 |
| Totals | $1,077.52 | $0.00 | $1,077.52 |

```
Remit To:
     Walgreens Hlth Initiatives         TOTAL DUE:      $1,077.52
     WHI-PBM-Acct@Walgreens.com
     Tax ID#36-404-9815
     14309 Collections Center Drive
     Chicago, IL
     USA
     60693
     (847)964-6059
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

```
Invoice      : 00122422
Invoice Date: Jun-30-2007
Page         : 2 of 5
```

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
         CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| * * * * *   Claim Billing Period Jun-16-2007 to Jun-30-2007  * * * * * * | | | |
| 001ACCPRX7-SALARIED ACTIVE CCP | | | |
| Paid Mail Service Claims | 1 | | $151.70 |
| Rejected Claims | 2 | | $0.00 |
| Sub-total for 001ACCPRX7 | | | $151.70 |
| 001AHDFRX9-SALARIED ACTIVE HDHP FAMILY | | | |
| Rejected Claims | 4 | | $0.00 |
| Sub-total for 001AHDFRX9 | | | $0.00 |
| 001APPORX2-SALARIED ACTIVE PPO | | | |
| Rejected Claims | 3 | | $0.00 |
| Sub-total for 001APPORX2 | | | $0.00 |
| 001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW | | | |
| Paid DMR Claims | 2 | | $113.37- |
| Paid Mail Service Claims | 1 | | $562.87 |
| Paid Subrogated Claims | 2 | | $113.37 |
| Paid Retail Claims | 2 | | $113.40 |
| Rejected Claims | 1 | | $0.00 |
| Sub-total for 001MNNWRX2 | | | $676.27 |
| 002APPORX2-HOURLY NR ACTIVE PPO | | | |
| Rejected Claims | 2 | | $0.00 |
| Sub-total for 002APPORX2 | | | $0.00 |
| 002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW | | | |
| Paid DMR Claims | 2 | | $97.12- |
| Paid Subrogated Claims | 2 | | $97.12 |
| Paid Retail Claims | 2 | | $0.00 |
| Rejected Claims | 31 | | $0.00 |
| Sub-total for 002MNNWRX2 | | | $0.00 |
| 006APPORX4-UAW ACTIVE PPO | | | |
| Paid Retail Claims | 1 | | $19.94 |

```
Walgreens Hlth Initiatives                    Invoice    : 00122422
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Jun-30-2007
Tax ID#36-404-9815                            Page       : 3 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059




Mail to: CASE NEW HOLLAND          Bill To Account:  4739
         5729 Washington Ave.               CASE NEW HOLLAND
         Racine, WI                         5729 Washington Ave.
         USA                                Racine, WI
         53406                              USA
                                            53406



Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.
--------------------------------------------------------------------------------
Grouping / Type                    Qty          Rate              Amount
--------------------------------------------------------------------------------
* * * * *     Claim Billing Period Jun-16-2007 to Jun-30-2007    * * * * * *
--------------------------------------------------------------------------------
006APPORX4-UAW ACTIVE PPO (cont.)
                                                               ---------------
                           Sub-total for 006APPORX4                   $19.94
                                                               ---------------

006MPPORX1-UAW LTD/RET-MEDICARE PPO
     Paid Retail Claims              2                               $188.47
                                                               ---------------
                           Sub-total for 006MPPORX1                 $188.47
                                                               ---------------

006RPPORX1-UAW RETIREE PPO
     Paid Retail Claims              2                                $41.14
     Rejected Claims                 2                                 $0.00
                                                               ---------------
                           Sub-total for 006RPPORX1                  $41.14
                                                               ---------------

                           *** Claim Total                        $1,077.52
                                                               ===============



--------------------------------------------------------------------------------
* * * * *          Classification Claim Summary                 * * * * * *
--------------------------------------------------------------------------------
Code / Description                           Qty              Amount
--------------------------------------------------------------------------------
BC PD DMR      Paid DMR Claims                 4               $210.49-
BC PD MAIL     Paid Mail Service Claims        2               $714.57
BC PD RETAIL   Paid Retail Claims             9                $362.95
BC PD SUBROG   Paid Subrogated Claims          4               $210.49
BC REJECTS     Rejected Claims                45                 $0.00
                                                         ---------------
                           *** Claim Total                    $1,077.52
                                                         ===============
```

Walgreens Hlth Initiatives                          Invoice    : 00122422
WHI-PBM-Acct@Walgreens.com                          Invoice Date: Jun-30-2007
Tax ID#36-404-9815                                  Page       : 4 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059


Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                          USA
                                        53406


Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

```
------------------------------------------------------------------------
Grouping / Type                      Qty         Rate          Amount
------------------------------------------------------------------------
 * * * *    Administrative Fee Billing Period Jun-16-2007 to Jun-30-2007  * * * *

001ACCPRX7-SALARIED ACTIVE CCP
    Paid Mail Service Claim Fees     1           $0.00          $0.00
    Rejected Claim Fees              2           $0.00          $0.00
                                                             ---------------
                            Sub-total for 001ACCPRX7           $0.00
                                                             ---------------

001AHDFRX9-SALARIED ACTIVE HDHP FAMILY
    Rejected Claim Fees              4           $0.00          $0.00
                                                             ---------------
                            Sub-total for 001AHDFRX9           $0.00
                                                             ---------------

001APPORX2-SALARIED ACTIVE PPO
    Rejected Claim Fees              3           $0.00          $0.00
                                                             ---------------
                            Sub-total for 001APPORX2           $0.00
                                                             ---------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
    Paid DMR Claim Fees              2           $0.00          $0.00
    Paid Mail Service Claim Fees     1           $0.00          $0.00
    Paid Subrogated Claim Fees       2           $0.00          $0.00
    Paid Retail Claim Fees           2           $0.00          $0.00
    Rejected Claim Fees              1           $0.00          $0.00
                                                             ---------------
                            Sub-total for 001MNNWRX2           $0.00
                                                             ---------------

002APPORX2-HOURLY NR ACTIVE PPO
    Rejected Claim Fees              2           $0.00          $0.00
                                                             ---------------
                            Sub-total for 002APPORX2           $0.00
                                                             ---------------

002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
    Paid DMR Claim Fees              2           $0.00          $0.00
    Paid Subrogated Claim Fees       2           $0.00          $0.00
    Paid Retail Claim Fees           2           $0.00          $0.00
    Rejected Claim Fees             31           $0.00          $0.00
                                                             ---------------
                            Sub-total for 002MNNWRX2           $0.00
                                                             ---------------

006APPORX4-UAW ACTIVE PPO
    Paid Retail Claim Fees           1           $0.00          $0.00
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

```
                                   Invoice    : 00122422
                                   Invoice Date: Jun-30-2007
                                   Page       : 5 of 5
```

Mail to: CASE NEW HOLLAND               Bill To Account:  4739
         5729 Washington Ave.              CASE NEW HOLLAND
         Racine, WI                        5729 Washington Ave.
         USA                               Racine, WI
         53406                             USA
                                           53406

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
------------------------------------------------------------------------
Grouping / Type                      Qty          Rate           Amount
------------------------------------------------------------------------
* * * *      Administrative Fee Billing Period Jun-16-2007 to Jun-30-2007   * * * *

006APPORX4-UAW ACTIVE PPO (cont.)
                                                           ----------------
                                   Sub-total for 006APPORX4          $0.00
                                                           ----------------

006MPPORX1-UAW LTD/RET-MEDICARE PPO
    Paid Retail Claim Fees          2              $0.00             $0.00
                                                           ----------------
                                   Sub-total for 006MPPORX1          $0.00
                                                           ----------------

006RPPORX1-UAW RETIREE PPO
    Paid Retail Claim Fees          2              $0.00             $0.00
    Rejected Claim Fees             2              $0.00             $0.00
                                                           ----------------
                                   Sub-total for 006RPPORX1          $0.00
                                                           ----------------

                                   *** Fee Total                    $0.00
                                                           ================
```

```
------------------------------------------------------------------------
* * * * *                   Classification Fee Summary        * * * * * *
------------------------------------------------------------------------
    Code / Description                        Qty              Amount
------------------------------------------------------------------------
    BF  PD DMR      Paid DMR Claim Fees        4                $0.00
    BF  PD MAIL     Paid Mail Service Claim Fees   2            $0.00
    BF  PD RETAIL   Paid Retail Claim Fees    9                $0.00
    BF  PD SUBROG   Paid Subrogated Claim Fees  4              $0.00
    BF  REJECTS     Rejected Claim Fees       45               $0.00
                                                           ----------------
                                   *** Fee Total                    $0.00
                                                           ================
```

```
Walgreens Hlth Initiatives                    Invoice     : 00121079
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Jun-15-2007
Tax ID#36-404-9815                            Page        : 1 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND             Bill To Account:  4739
         5729 Washington Ave.         CASE NEW HOLLAND
         Racine, WI                   5729 Washington Ave.
         USA                          Racine, WI
         53406                        USA
                                      53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
* * * * *          Billing Period End Date: Jun-15-2007          * * * * * *
```

| Invoice Summary Group | Claim Amount | Fee Amount | Total Amount |
|---|---|---|---|
| HOURLY NR ACTIVE PPO | $0.00 | $0.00 | $0.00 |
| HOURLY NR RETIREE PPO | $0.00 | $0.00 | $0.00 |
| SALARIED LTD/RET-MEDICARE NNW | $11.90 | $0.00 | $11.90 |
| SALARIED RETIREE PPO | $0.00 | $0.00 | $0.00 |
| Totals | $11.90 | $0.00 | $11.90 |

```
  Remit To:
     Walgreens Hlth Initiatives      TOTAL DUE:      $11.90
     WHI-PBM-Acct@Walgreens.com
     Tax ID#36-404-9815
     14309 Collections Center Drive
     Chicago, IL
     USA
     60693
     (847)964-6059
```

```
Walgreens Hlth Initiatives                  Invoice    : 00121079
WHI-PBM-Acct@Walgreens.com                  Invoice Date: Jun-15-2007
Tax ID#36-404-9815                          Page       : 2 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| * * * * *     Claim Billing Period Jun-01-2007 to Jun-15-2007    * * * * * * | | | |
| 001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW | | | |
|    Paid Retail Claims | 1 | | $11.90 |
|    Rejected Claims | 13 | | $0.00 |
|          Sub-total for 001MNNWRX2 | | | $11.90 |
| 001RPPORX2-SALARIED RETIREE PPO | | | |
|    Rejected Claims | 11 | | $0.00 |
|          Sub-total for 001RPPORX2 | | | $0.00 |
| 002APPORX2-HOURLY NR ACTIVE PPO | | | |
|    Rejected Claims | 1 | | $0.00 |
|          Sub-total for 002APPORX2 | | | $0.00 |
| 002RPPORX2-HOURLY NR RETIREE PPO | | | |
|    Rejected Claims | 1 | | $0.00 |
|          Sub-total for 002RPPORX2 | | | $0.00 |
|          *** Claim Total | | | $11.90 |

| * * * * *     Classification Claim Summary    * * * * * * | | |
|---|---|---|
| Code / Description | Qty | Amount |
| BC PD RETAIL   Paid Retail Claims | 1 | $11.90 |
| BC REJECTS     Rejected Claims | 26 | $0.00 |
|       *** Claim Total | | $11.90 |

```
Walgreens Hlth Initiatives                    Invoice   : 00121079
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Jun-15-2007
Tax ID#36-404-9815                            Page      : 3 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
------------------------------------------------------------------------
Grouping / Type                    Qty          Rate            Amount
------------------------------------------------------------------------
* * * *    Administrative Fee Billing Period Jun-01-2007 to Jun-15-2007   * * * *

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
    Paid Retail Claim Fees          1           $0.00             $0.00
    Rejected Claim Fees            13           $0.00             $0.00
                                                           ----------------
                       Sub-total for 001MNNWRX2                   $0.00
                                                           ----------------

001RPPORX2-SALARIED RETIREE PPO
    Rejected Claim Fees            11           $0.00             $0.00
                                                           ----------------
                       Sub-total for 001RPPORX2                   $0.00
                                                           ----------------

002APPORX2-HOURLY NR ACTIVE PPO
    Rejected Claim Fees             1           $0.00             $0.00
                                                           ----------------
                       Sub-total for 002APPORX2                   $0.00
                                                           ----------------

002RPPORX2-HOURLY NR RETIREE PPO
    Rejected Claim Fees             1           $0.00             $0.00
                                                           ----------------
                       Sub-total for 002RPPORX2                   $0.00
                                                           ----------------

                            *** Fee Total                         $0.00
                                                           ================
```

```
------------------------------------------------------------------------
* * * * *          Classification Fee Summary            * * * * * *
------------------------------------------------------------------------
    Code / Description                         Qty              Amount
------------------------------------------------------------------------
    BF PD RETAIL   Paid Retail Claim Fees       1               $0.00
    BF REJECTS     Rejected Claim Fees         26               $0.00
                                                           ----------------
                            *** Fee Total                         $0.00
                                                           ================
```

```
Walgreens Hlth Initiatives                          Invoice    : 00119822
WHI-PBM-Acct@Walgreens.com                          Invoice Date: May-31-2007
Tax ID#36-404-9815                                  Page       : 1 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND                    Bill To Account:  4739
         5729 Washington Ave.                CASE NEW HOLLAND
         Racine, WI                          5729 Washington Ave.
         USA                                 Racine, WI
         53406                               USA
                                             53406
```

```
Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

 * * * * *          Billing Period End Date: May-31-2007        * * * * * *
```

| Invoice Summary Group | Claim Amount | Fee Amount | Total Amount |
|---|---|---|---|
| HOURLY NR ACTIVE PPO | $0.35 | $0.00 | $0.35 |
| SALARIED ACTIVE PPO | $602.95 | $0.00 | $602.95 |
| SALARIED LTD/RET-MEDICARE NNW | $0.00 | $0.00 | $0.00 |
| UAW RETIREE PPO | $0.00 | $0.00 | $0.00 |
| Totals | $603.30 | $0.00 | $603.30 |

```
    Remit To:
        Walgreens Hlth Initiatives         TOTAL DUE:      $603.30
        WHI-PBM-Acct@Walgreens.com
        Tax ID#36-404-9815
        14309 Collections Center Drive
        Chicago, IL
        USA
        60693
        (847)964-6059
```

```
Walgreens Hlth Initiatives                    Invoice   : 00119822
WHI-PBM-Acct@Walgreens.com                    Invoice Date: May-31-2007
Tax ID#36-404-9815                            Page      : 2 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND           Bill To Account:  4739
         5729 Washington Ave.       CASE NEW HOLLAND
         Racine, WI                 5729 Washington Ave.
         USA                        Racine, WI
         53406                      USA
                                    53406
```

Terms : 15 Days Net    Interest applied at 1.5% per month on overdue balances.

```
--------------------------------------------------------------------------
Grouping / Type                     Qty           Rate          Amount
--------------------------------------------------------------------------
* * * * *      Claim Billing Period May-16-2007 to May-31-2007  * * * * * *
--------------------------------------------------------------------------
001APPORX2-SALARIED ACTIVE PPO
    Paid DMR Claims                  40                          $436.91
    Paid Retail Claims                3                          $166.04
    Rejected Claims                  53                            $0.00
                                                              ------------
                         Sub-total for 001APPORX2                $602.95
                                                              ------------
001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
    Rejected Claims                   1                            $0.00
                                                              ------------
                         Sub-total for 001MNNWRX2                  $0.00
                                                              ------------
002APPORX2-HOURLY NR ACTIVE PPO
    Paid Subrogated Claims            1                            $0.35
    Rejected Claims                   6                            $0.00
                                                              ------------
                         Sub-total for 002APPORX2                  $0.35
                                                              ------------
006RPPORX1-UAW RETIREE PPO
    Rejected Claims                   4                            $0.00
                                                              ------------
                         Sub-total for 006RPPORX1                  $0.00
                                                              ------------
                                     *** Claim Total             $603.30
                                                              ============
```

```
--------------------------------------------------------------------------
* * * * *            Classification Claim Summary              * * * * * *
--------------------------------------------------------------------------
Code / Description                              Qty           Amount
--------------------------------------------------------------------------
BC PD DMR      Paid DMR Claims                   40           $436.91
BC PD RETAIL   Paid Retail Claims                 3           $166.04
BC PD SUBROG   Paid Subrogated Claims             1             $0.35
BC REJECTS     Rejected Claims                   64             $0.00
                                                            ------------
                                   *** Claim Total             $603.30
                                                            ============
```

Walgreens Hlth Initiatives                              Invoice    : 00119822
WHI-PBM-Acct@Walgreens.com                              Invoice Date: May-31-2007
Tax ID#36-404-9815                                      Page       : 3 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059


Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406


Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

-----------------------------------------------------------------------------
Grouping / Type                        Qty            Rate              Amount
-----------------------------------------------------------------------------
* * * *     Administrative Fee Billing Period May-16-2007 to May-31-2007  * * * *

001APPORX2-SALARIED ACTIVE PPO
     Paid DMR Claim Fees               40            $0.00               $0.00
     Paid Retail Claim Fees            3             $0.00               $0.00
     Rejected Claim Fees               53            $0.00               $0.00
                                                                   ---------------
                               Sub-total for 001APPORX2                 $0.00
                                                                   ---------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
     Rejected Claim Fees               1             $0.00               $0.00
                                                                   ---------------
                               Sub-total for 001MNNWRX2                 $0.00
                                                                   ---------------

002APPORX2-HOURLY NR ACTIVE PPO
     Paid Subrogated Claim Fees        1             $0.00               $0.00
     Rejected Claim Fees               6             $0.00               $0.00
                                                                   ---------------
                               Sub-total for 002APPORX2                 $0.00
                                                                   ---------------

006RPPORX1-UAW RETIREE PPO
     Rejected Claim Fees               4             $0.00               $0.00
                                                                   ---------------
                               Sub-total for 006RPPORX1                 $0.00
                                                                   ---------------

                               *** Fee Total                           $0.00
                                                                   ===============


-----------------------------------------------------------------------------
* * * * *            Classification Fee Summary              * * * * * *
-----------------------------------------------------------------------------
Code / Description                                   Qty              Amount
-----------------------------------------------------------------------------
BF PD DMR      Paid DMR Claim Fees                   40               $0.00
BF PD RETAIL   Paid Retail Claim Fees               3                $0.00
BF PD SUBROG   Paid Subrogated Claim Fees           1                $0.00
BF REJECTS     Rejected Claim Fees                  64                $0.00
                                                              ---------------
                               *** Fee Total                         $0.00
                                                              ===============

```
Walgreens Hlth Initiatives                          Invoice     : 00119185
WHI-PBM-Acct@Walgreens.com                          Invoice Date: May-31-2007
Tax ID#36-404-9815                                  Page        : 1 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059


Mail to: 4739 CNH CORPORATE                 Bill To Account:  4739CNHCORP
         5729 Washington Ave                4739 CNH CORPORATE
         Racine, WI                         5729 Washington Ave
         USA                                Racine, WI
         53406                              USA
                                            53406


Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

 * * * * *          Billing Period End Date: May-31-2007          * * * * * *
------------------------------------------------------------------------------
Invoice Summary                     Claim            Fee              Total
Group                              Amount         Amount             Amount
------------------------------------------------------------------------------
4739 CNH CORPORATE                 $0.00         $28.93-            $28.93-
                              --------------  ---------------  ----------------
           Totals                  $0.00         $28.93-            $28.93-
                              ==============  ===============  ================
```

```
┌──────────────────────────────────────────────────────────────────────────┐
│  Remit To:                                                                 │
│        Walgreens Hlth Initiatives          TOTAL DUE:         $28.93-      │
│        WHI-PBM-Acct@Walgreens.com                                          │
│        Tax ID#36-404-9815                                                  │
│        14309 Collections Center Drive                                      │
│        Chicago, IL                                                         │
│        USA                                                                 │
│        60693                                                               │
│        (847)964-6059                                                       │
└──────────────────────────────────────────────────────────────────────────┘
```

```
Walgreens Hlth Initiatives                    Invoice    : 00119185
WHI-PBM-Acct@Walgreens.com                    Invoice Date: May-31-2007
Tax ID#36-404-9815                            Page       : 2 of 3
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: 4739 CNH CORPORATE              Bill To Account:  4739CNHCORP
         5729 Washington Ave                      4739 CNH CORPORATE
         Racine, WI                               5729 Washington Ave
         USA                                      Racine, WI
         53406                                    USA
                                                  53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
-------------------------------------------------------------------------
Grouping / Type                      Qty          Rate           Amount
-------------------------------------------------------------------------
* * * * *      Claim Billing Period May-16-2007 to May-31-2007  * * * * * *
-------------------------------------------------------------------------


                          *** Claim Total          $0.00
                                               ===============


-------------------------------------------------------------------------
* * * * *            Classification Claim Summary            * * * * * *
-------------------------------------------------------------------------
    Code / Description                          Qty            Amount
-------------------------------------------------------------------------
                                                          ---------------
                          *** Claim Total                     $0.00
                                                       ===============
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

Invoice     : 00119185
Invoice Date: May-31-2007
Page        : 3 of 3

Mail to: 4739 CNH CORPORATE
         5729 Washington Ave
         Racine, WI
         USA
         53406

Bill To Account:  4739CNHCORP
         4739 CNH CORPORATE
         5729 Washington Ave
         Racine, WI
         USA
         53406

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| * * * *     Administrative Fee Billing Period May-16-2007 to May-31-2007     * * * * | | | |
| 4739CNHCORP-4739 CNH CORPORATE | | | |
| Pharmacy Audit Recovery | -1 | $28.83 | $28.83- |
| Pharmacy Audit Recovery | -1 | $170.10 | $170.10- |
| Non-Standard Reports | 1 | $170.00 | $170.00 |
| Sub-total for 4739CNHCORP | | | $28.93- |
| *** Fee Total | | | $28.93- |

| Code / Description | | Qty | Amount |
|---|---|---|---|
| * * * * *     Classification Fee Summary     * * * * * * | | | |
| AUDIT | Pharmacy Audit Recovery | -2 | $198.93- |
| RPT | Non-Standard Reports | 1 | $170.00 |
| *** Fee Total | | | $28.93- |

```
Walgreens Hlth Initiatives                        Invoice    : 00118488
WHI-PBM-Acct@Walgreens.com                        Invoice Date: May-15-2007
Tax ID#36-404-9815                                Page       : 1 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
 * * * * *          Billing Period End Date: May-15-2007          * * * * * *
```

| Invoice Summary Group | Claim Amount | Fee Amount | Total Amount |
|---|---|---|---|
| HOURLY NR ACTIVE PPO | $36.07- | $0.00 | $36.07- |
| HOURLY NR RETIREE PPO | $39.97 | $0.00 | $39.97 |
| SALARIED ACTIVE CCP | $256.31 | $0.00 | $256.31 |
| SALARIED ACTIVE PPO | $222.87 | $0.00 | $222.87 |
| SALARIED LTD/RET-MEDICARE NNW | $109.95 | $0.00 | $109.95 |
| UAW LTD/RET-MEDICARE PPO | $0.00 | $0.00 | $0.00 |
| UAW RETIREE PPO | $0.00 | $0.00 | $0.00 |
| Totals | $593.03 | $0.00 | $593.03 |

```
  Remit To:
       Walgreens Hlth Initiatives        TOTAL DUE:      $593.03
       WHI-PBM-Acct@Walgreens.com
       Tax ID#36-404-9815
       14309 Collections Center Drive
       Chicago, IL
       USA
       60693
       (847)964-6059
```

```
Walgreens Hlth Initiatives                    Invoice   : 00118488
WHI-PBM-Acct@Walgreens.com                    Invoice Date: May-15-2007
Tax ID#36-404-9815                            Page      : 2 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059




Mail to: CASE NEW HOLLAND               Bill To Account:  4739
         5729 Washington Ave.           CASE NEW HOLLAND
         Racine, WI                     5729 Washington Ave.
         USA                            Racine, WI
         53406                          USA
                                        53406



Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.
-----------------------------------------------------------------------------
Grouping / Type                     Qty           Rate            Amount
-----------------------------------------------------------------------------
 * * * * *      Claim Billing Period May-01-2007 to May-15-2007   * * * * * *
-----------------------------------------------------------------------------
001ACCPRX7-SALARIED ACTIVE CCP
     Paid DMR Claims                 1                            $256.31
                                                              ---------------
                             Sub-total for 001ACCPRX7           $256.31
                                                              ---------------
001APPORX2-SALARIED ACTIVE PPO
     Paid Subrogated Claims          7                            $222.87
                                                              ---------------
                             Sub-total for 001APPORX2           $222.87
                                                              ---------------
001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
     Paid DMR Claims                 2                             $3.83
     Paid Retail Claims              6                            $12.90
     Paid Subrogated Claims          2                            $93.22
                                                              ---------------
                             Sub-total for 001MNNWRX2           $109.95
                                                              ---------------
002APPORX2-HOURLY NR ACTIVE PPO
     Paid Retail Claims              2                            $36.07-
     Paid Subrogated Claims          1                             $0.00
     Rejected Claims                15                             $0.00
                                                              ---------------
                             Sub-total for 002APPORX2           $36.07-
                                                              ---------------
002RPPORX2-HOURLY NR RETIREE PPO
     Paid Retail Claims              1                            $39.97
     Rejected Claims                 2                             $0.00
                                                              ---------------
                             Sub-total for 002RPPORX2           $39.97
                                                              ---------------
006MPPORX1-UAW LTD/RET-MEDICARE PPO
     Rejected Claims                 2                             $0.00
                                                              ---------------
                             Sub-total for 006MPPORX1            $0.00
                                                              ---------------
006RPPORX1-UAW RETIREE PPO
     Rejected Claims                 1                             $0.00
                                                              ---------------
                             Sub-total for 006RPPORX1            $0.00
                                                              ---------------

                             *** Claim Total                   $593.03
                                                              ===============
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

```
Invoice      : 00118488
Invoice Date: May-15-2007
Page         : 3 of 5
```

Mail to: CASE NEW HOLLAND           Bill To Account:  4739
         5729 Washington Ave.                CASE NEW HOLLAND
         Racine, WI                          5729 Washington Ave.
         USA                                 Racine, WI
         53406                               USA
                                             53406

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
---------------------------------------------------------------------------
* * * * *              Classification Claim Summary        * * * * * *
---------------------------------------------------------------------------
    Code / Description                       Qty            Amount
---------------------------------------------------------------------------
    BC PD DMR      Paid DMR Claims            3              $260.14
    BC PD RETAIL   Paid Retail Claims         9               $16.80
    BC PD SUBROG   Paid Subrogated Claims    10              $316.09
    BC REJECTS     Rejected Claims           20                $0.00
                                                       ---------------
                                  *** Claim Total              $593.03
                                                       ===============
```

```
Walgreens Hlth Initiatives                          Invoice   : 00118488
WHI-PBM-Acct@Walgreens.com                          Invoice Date: May-15-2007
Tax ID#36-404-9815                                  Page      : 4 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND                 Bill To Account:  4739
         5729 Washington Ave.             CASE NEW HOLLAND
         Racine, WI                       5729 Washington Ave.
         USA                              Racine, WI
         53406                            USA
                                          53406



Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

--------------------------------------------------------------------------------
Grouping / Type                       Qty           Rate            Amount
--------------------------------------------------------------------------------
 * * * *     Administrative Fee Billing Period May-01-2007 to May-15-2007  * * * *
--------------------------------------------------------------------------------
001ACCPRX7-SALARIED ACTIVE CCP
     Paid DMR Claim Fees              1             $0.00              $0.00
                                                                ---------------
                              Sub-total for 001ACCPRX7              $0.00
                                                                ---------------

001APPORX2-SALARIED ACTIVE PPO
     Paid Subrogated Claim Fees       7             $0.00              $0.00
                                                                ---------------
                              Sub-total for 001APPORX2              $0.00
                                                                ---------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
     Paid DMR Claim Fees              2             $0.00              $0.00
     Paid Retail Claim Fees           6             $0.00              $0.00
     Paid Subrogated Claim Fees       2             $0.00              $0.00
                                                                ---------------
                              Sub-total for 001MNNWRX2              $0.00
                                                                ---------------

002APPORX2-HOURLY NR ACTIVE PPO
     Paid Retail Claim Fees           2             $0.00              $0.00
     Paid Subrogated Claim Fees       1             $0.00              $0.00
     Rejected Claim Fees             15             $0.00              $0.00
                                                                ---------------
                              Sub-total for 002APPORX2              $0.00
                                                                ---------------

002RPPORX2-HOURLY NR RETIREE PPO
     Paid Retail Claim Fees           1             $0.00              $0.00
     Rejected Claim Fees              2             $0.00              $0.00
                                                                ---------------
                              Sub-total for 002RPPORX2              $0.00
                                                                ---------------

006MPPORX1-UAW LTD/RET-MEDICARE PPO
     Rejected Claim Fees              2             $0.00              $0.00
                                                                ---------------
                              Sub-total for 006MPPORX1              $0.00
                                                                ---------------

006RPPORX1-UAW RETIREE PPO
     Rejected Claim Fees              1             $0.00              $0.00
                                                                ---------------
                              Sub-total for 006RPPORX1              $0.00
                                                                ---------------

                                   *** Fee Total                   $0.00
                                                                ===============
```

```
Walgreens Hlth Initiatives                    Invoice     : 00118488
WHI-PBM-Acct@Walgreens.com                    Invoice Date: May-15-2007
Tax ID#36-404-9815                            Page        : 5 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND                Bill To Account:  4739
         5729 Washington Ave.            CASE NEW HOLLAND
         Racine, WI                      5729 Washington Ave.
         USA                             Racine, WI
         53406                           USA
                                         53406
```

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
-----------------------------------------------------------------------------
* * * * *                Classification Fee Summary           * * * * * *
-----------------------------------------------------------------------------
     Code / Description                        Qty              Amount
-----------------------------------------------------------------------------
     BF PD DMR      Paid DMR Claim Fees         3               $0.00
     BF PD RETAIL   Paid Retail Claim Fees      9               $0.00
     BF PD SUBROG   Paid Subrogated Claim Fees  10              $0.00
     BF REJECTS     Rejected Claim Fees         20              $0.00
                                                         ---------------
                                     *** Fee Total              $0.00
                                                         ===============
```

```
Walgreens Hlth Initiatives                          Invoice    : 00117212
WHI-PBM-Acct@Walgreens.com                          Invoice Date: Apr-30-2007
Tax ID#36-404-9815                                  Page       : 1 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

* * * * *       Billing Period End Date: Apr-30-2007       * * * * * *

| Invoice Summary Group | Claim Amount | Fee Amount | Total Amount |
|---|---|---|---|
| HOURLY NR ACTIVE CCP | $21.49 | $0.00 | $21.49 |
| HOURLY NR ACTIVE PPO | $545.59 | $0.00 | $545.59 |
| HOURLY NR LTD/RET-MEDICARE NNW | $75.04 | $0.00 | $75.04 |
| HOURLY NR RETIREE HDHP FAMILY | $80.43 | $0.00 | $80.43 |
| HOURLY NR RETIREE PPO | $38.70 | $0.00 | $38.70 |
| SALARIED ACTIVE CCP | $29.88 | $0.00 | $29.88 |
| SALARIED ACTIVE HDHP FAMILY | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE HDHP SINGLE | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE PPO | $12.14 | $0.00 | $12.14 |
| SALARIED LTD/RET-MEDICARE BPP | $7.00 | $0.00 | $7.00 |
| SALARIED LTD/RET-MEDICARE NNW | $465.74 | $0.00 | $465.74 |
| SALARIED RETIREE PPO | $18.88 | $0.00 | $18.88 |
| UAW RETIREE PPO | $351.84 | $0.00 | $351.84 |
| Totals | $1,646.73 | $0.00 | $1,646.73 |

```
Remit To:
     Walgreens Hlth Initiatives        TOTAL DUE:    $1,646.73
     WHI-PBM-Acct@Walgreens.com
     Tax ID#36-404-9815
     14309 Collections Center Drive
     Chicago, IL
     USA
     60693
     (847)964-6059
```

```
Walgreens Hlth Initiatives                    Invoice    : 00117212
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Apr-30-2007
Tax ID#36-404-9815                            Page       : 2 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND             Bill To Account:  4739
         5729 Washington Ave.         CASE NEW HOLLAND
         Racine, WI                   5729 Washington Ave.
         USA                          Racine, WI
         53406                        USA
                                      53406
```

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|

* * * * *     Claim Billing Period Apr-16-2007 to Apr-30-2007     * * * * * *

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| 001ACCPRX7-SALARIED ACTIVE CCP | | | |
| Paid DMR Claims | 2 | | $29.88 |
| Sub-total for 001ACCPRX7 | | | $29.88 |
| 001AHDFRX9-SALARIED ACTIVE HDHP FAMILY | | | |
| Rejected Claims | 2 | | $0.00 |
| Sub-total for 001AHDFRX9 | | | $0.00 |
| 001AHDSRX8-SALARIED ACTIVE HDHP SINGLE | | | |
| Rejected Claims | 2 | | $0.00 |
| Sub-total for 001AHDSRX8 | | | $0.00 |
| 001APPORX2-SALARIED ACTIVE PPO | | | |
| Paid Retail Claims | 2 | | $12.14 |
| Rejected Claims | 10 | | $0.00 |
| Sub-total for 001APPORX2 | | | $12.14 |
| 001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP | | | |
| Paid Retail Claims | 3 | | $7.00 |
| Rejected Claims | 5 | | $0.00 |
| Sub-total for 001MBPPRX3 | | | $7.00 |
| 001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW | | | |
| Paid Retail Claims | 47 | | $368.25 |
| Paid Subrogated Claims | 2 | | $97.49 |
| Rejected Claims | 21 | | $0.00 |
| Sub-total for 001MNNWRX2 | | | $465.74 |
| 001RPPORX2-SALARIED RETIREE PPO | | | |
| Paid Retail Claims | 7 | | $18.88 |
| Sub-total for 001RPPORX2 | | | $18.88 |
| 002ACCPRX7-HOURLY NR ACTIVE CCP | | | |
| Paid Retail Claims | 3 | | $21.49 |

```
Walgreens Hlth Initiatives                    Invoice    : 00117212
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Apr-30-2007
Tax ID#36-404-9815                            Page       : 3 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.                 CASE NEW HOLLAND
         Racine, WI                           5729 Washington Ave.
         USA                                  Racine, WI
         53406                                USA
                                              53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
-----------------------------------------------------------------------
Grouping / Type                    Qty          Rate          Amount
-----------------------------------------------------------------------
 * * * * *    Claim Billing Period Apr-16-2007 to Apr-30-2007   * * * * * *

002ACCPRX7-HOURLY NR ACTIVE CCP (cont.)
     Rejected Claims          2                              $0.00
                                                        ---------------
                       Sub-total for 002ACCPRX7          $21.49
                                                        ---------------

002APPORX2-HOURLY NR ACTIVE PPO
     Paid Retail Claims       5                             $34.62-
     Rejected Claims          2                              $0.00
     Paid Subrogated Claims   11                           $580.21
                                                        ---------------
                       Sub-total for 002APPORX2         $545.59
                                                        ---------------

002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
     Paid Retail Claims       5                             $75.04
                                                        ---------------
                       Sub-total for 002MNNWRX2          $75.04
                                                        ---------------

002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY
     Paid Retail Claims       4                             $80.43
     Rejected Claims          2                              $0.00
                                                        ---------------
                       Sub-total for 002RHDFRX9          $80.43
                                                        ---------------

002RPPORX2-HOURLY NR RETIREE PPO
     Paid Retail Claims       5                             $38.70
     Rejected Claims          1                              $0.00
                                                        ---------------
                       Sub-total for 002RPPORX2          $38.70
                                                        ---------------

006RPPORX1-UAW RETIREE PPO
     Paid DMR Claims          2                              $2.41-
     Rejected Claims          12                             $0.00
     Paid Retail Claims       21                           $351.84
     Paid Subrogated Claims   2                              $2.41
                                                        ---------------
                       Sub-total for 006RPPORX1         $351.84
                                                        ---------------

                       *** Claim Total          $1,646.73
                                                        ===============
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

Invoice     : 00117212
Invoice Date: Apr-30-2007
Page        : 4 of 7

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
         CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
* * * * *                  Classification Claim Summary              * * * * * *

    Code / Description                          Qty              Amount

    BC PD DMR       Paid DMR Claims              4                 $27.47
    BC PD RETAIL    Paid Retail Claims          102               $939.15
    BC PD SUBROG    Paid Subrogated Claims       15               $680.11
    BC REJECTS      Rejected Claims              59                 $0.00
                                                           ---------------
                                    *** Claim Total            $1,646.73
                                                           ===============
```

```
Walgreens Hlth Initiatives                    Invoice    : 00117212
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Apr-30-2007
Tax ID#36-404-9815                            Page       : 5 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND            Bill To Account:  4739
         5729 Washington Ave.                CASE NEW HOLLAND
         Racine, WI                          5729 Washington Ave.
         USA                                 Racine, WI
         53406                               USA
                                             53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| **\* \* \* \*    Administrative Fee Billing Period Apr-16-2007 to Apr-30-2007   \* \* \* \*** | | | |
| 001ACCPRX7-SALARIED ACTIVE CCP | | | |
| Paid DMR Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 001ACCPRX7 | | | $0.00 |
| 001AHDFRX9-SALARIED ACTIVE HDHP FAMILY | | | |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 001AHDFRX9 | | | $0.00 |
| 001AHDSRX8-SALARIED ACTIVE HDHP SINGLE | | | |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 001AHDSRX8 | | | $0.00 |
| 001APPORX2-SALARIED ACTIVE PPO | | | |
| Paid Retail Claim Fees | 2 | $0.00 | $0.00 |
| Rejected Claim Fees | 10 | $0.00 | $0.00 |
| Sub-total for 001APPORX2 | | | $0.00 |
| 001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP | | | |
| Paid Retail Claim Fees | 3 | $0.00 | $0.00 |
| Rejected Claim Fees | 5 | $0.00 | $0.00 |
| Sub-total for 001MBPPRX3 | | | $0.00 |
| 001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW | | | |
| Paid Retail Claim Fees | 47 | $0.00 | $0.00 |
| Paid Subrogated Claim Fees | 2 | $0.00 | $0.00 |
| Rejected Claim Fees | 21 | $0.00 | $0.00 |
| Sub-total for 001MNNWRX2 | | | $0.00 |
| 001RPPORX2-SALARIED RETIREE PPO | | | |
| Paid Retail Claim Fees | 7 | $0.00 | $0.00 |
| Sub-total for 001RPPORX2 | | | $0.00 |
| 002ACCPRX7-HOURLY NR ACTIVE CCP | | | |
| Paid Retail Claim Fees | 3 | $0.00 | $0.00 |

```
Walgreens Hlth Initiatives                        Invoice    : 00117212
WHI-PBM-Acct@Walgreens.com                        Invoice Date: Apr-30-2007
Tax ID#36-404-9815                                Page       : 6 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| **\* \* \* \*    Administrative Fee Billing Period Apr-16-2007 to Apr-30-2007    \* \* \* \*** | | | |
| **002ACCPRX7-HOURLY NR ACTIVE CCP (cont.)** | | | |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 002ACCPRX7 | | | $0.00 |
| **002APPORX2-HOURLY NR ACTIVE PPO** | | | |
| Paid Retail Claim Fees | 5 | $0.00 | $0.00 |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Paid Subrogated Claim Fees | 11 | $0.00 | $0.00 |
| Sub-total for 002APPORX2 | | | $0.00 |
| **002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW** | | | |
| Paid Retail Claim Fees | 5 | $0.00 | $0.00 |
| Sub-total for 002MNNWRX2 | | | $0.00 |
| **002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY** | | | |
| Paid Retail Claim Fees | 4 | $0.00 | $0.00 |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 002RHDFRX9 | | | $0.00 |
| **002RPPORX2-HOURLY NR RETIREE PPO** | | | |
| Paid Retail Claim Fees | 5 | $0.00 | $0.00 |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 002RPPORX2 | | | $0.00 |
| **006RPPORX1-UAW RETIREE PPO** | | | |
| Paid DMR Claim Fees | 2 | $0.00 | $0.00 |
| Rejected Claim Fees | 12 | $0.00 | $0.00 |
| Paid Retail Claim Fees | 21 | $0.00 | $0.00 |
| Paid Subrogated Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 006RPPORX1 | | | $0.00 |
| **\*\*\* Fee Total** | | | $0.00 |

```
Walgreens Hlth Initiatives                    Invoice     : 00117212
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Apr-30-2007
Tax ID#36-404-9815                            Page        : 7 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059




Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406



Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.


   -------------------------------------------------------------------------
   * * * * *              Classification Fee Summary            * * * * * *
   -------------------------------------------------------------------------
      Code / Description                     Qty              Amount
   -------------------------------------------------------------------------
      BF PD DMR      Paid DMR Claim Fees      4                  $0.00
      BF PD RETAIL   Paid Retail Claim Fees   102                $0.00
      BF PD SUBROG   Paid Subrogated Claim Fees 15               $0.00
      BF REJECTS     Rejected Claim Fees      59                 $0.00
                                                          ---------------
                                       *** Fee Total              $0.00
                                                          ===============
```

```
Walgreens Hlth Initiatives                    Invoice    : 00115876
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Apr-15-2007
Tax ID#36-404-9815                            Page       : 1 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

```
 * * * * *       Billing Period End Date: Apr-15-2007        * * * * * *
-----------------------------------------------------------------------------
Invoice Summary                    Claim           Fee            Total
Group                             Amount        Amount           Amount
-----------------------------------------------------------------------------
HOURLY NR ACTIVE CCP              $56.70         $0.00           $56.70
HOURLY NR ACTIVE PPO              $19.56         $0.00           $19.56
HOURLY NR LTD-RET-MEDICARE BPP     $0.00         $0.00            $0.00
HOURLY NR LTD/RET-MEDICARE NNW    $717.00        $0.00          $717.00
HOURLY NR RETIREE HDHP FAMILY     $96.26         $0.00           $96.26
HOURLY NR RETIREE PPO             $52.88         $0.00           $52.88
SALARIED ACTIVE HDHP FAMILY        $8.08         $0.00            $8.08
SALARIED ACTIVE HDHP SINGLE       $77.33         $0.00           $77.33
SALARIED ACTIVE PPO              $123.40         $0.00          $123.40
SALARIED LTD/RET-MEDICARE BPP      $7.00         $0.00            $7.00
SALARIED LTD/RET-MEDICARE NNW    $570.03         $0.00          $570.03
SALARIED RETIREE HDHP SINGLE       $0.00         $0.00            $0.00
SALARIED RETIREE PPO               $2.29         $0.00            $2.29
UAW LTD/RET-MEDICARE PPO           $0.00         $0.00            $0.00
UAW RETIREE PPO                  $558.85         $0.00          $558.85
                              -------------  ---------------  ---------------
           Totals               $2,289.38        $0.00        $2,289.38
                              =============  ===============  ===============
```

```
+-----------------------------------------------------------------------+
| Remit To:                                                             |
|     Walgreens Hlth Initiatives         TOTAL DUE:     $2,289.38       |
|     WHI-PBM-Acct@Walgreens.com                                        |
|     Tax ID#36-404-9815                                                |
|     14309 Collections Center Drive                                    |
|     Chicago, IL                                                       |
|     USA                                                               |
|     60693                                                             |
|     (847)964-6059                                                     |
+-----------------------------------------------------------------------+
```

Walgreens Hlth Initiatives                          Invoice    : 00115876
WHI-PBM-Acct@Walgreens.com                          Invoice Date: Apr-15-2007
Tax ID#36-404-9815                                  Page        : 2 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059


Mail to: CASE NEW HOLLAND                  Bill To Account:  4739
         5729 Washington Ave.              CASE NEW HOLLAND
         Racine, WI                        5729 Washington Ave.
         USA                               Racine, WI
         53406                             USA
                                           53406


Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

---

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|

* * * * *       Claim Billing Period Apr-01-2007 to Apr-15-2007      * * * * * *

001AHDFRX9-SALARIED ACTIVE HDHP FAMILY
```
      Paid Retail Claims             2                                    $8.08
      Rejected Claims                2                                    $0.00
                                                                  ---------------
                         Sub-total for 001AHDFRX9                         $8.08
                                                                  ---------------

001AHDSRX8-SALARIED ACTIVE HDHP SINGLE
      Paid Retail Claims             3                                   $77.33
      Rejected Claims                2                                    $0.00
                                                                  ---------------
                         Sub-total for 001AHDSRX8                        $77.33
                                                                  ---------------

001APPORX2-SALARIED ACTIVE PPO
      Paid Retail Claims             4                                   $72.98
      Paid Subrogated Claims         3                                   $50.42
      Rejected Claims                6                                    $0.00
                                                                  ---------------
                         Sub-total for 001APPORX2                       $123.40
                                                                  ---------------

001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP
      Paid Retail Claims             1                                    $7.00
                                                                  ---------------
                         Sub-total for 001MBPPRX3                         $7.00
                                                                  ---------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
      Paid DMR Claims                1                                  $119.98
      Rejected Claims               21                                    $0.00
      Paid Retail Claims            35                                  $450.05
                                                                  ---------------
                         Sub-total for 001MNNWRX2                       $570.03
                                                                  ---------------

001RHDSRX8-SALARIED RETIREE HDHP SINGLE
      Paid Mail Service Claims       1                                    $0.00
                                                                  ---------------
                         Sub-total for 001RHDSRX8                         $0.00
                                                                  ---------------

001RPPORX2-SALARIED RETIREE PPO
      Paid Retail Claims             1                                    $2.29
                                                                  ---------------
                         Sub-total for 001RPPORX2                         $2.29
                                                                  ---------------

002ACCPRX7-HOURLY NR ACTIVE CCP
      Paid Retail Claims             3                                   $56.70
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

```
                                    Invoice    : 00115876
                                    Invoice Date: Apr-15-2007
                                    Page       : 3 of 7
```

Mail to: CASE NEW HOLLAND            Bill To Account:  4739
         5729 Washington Ave.                CASE NEW HOLLAND
         Racine, WI                          5729 Washington Ave.
         USA                                 Racine, WI
         53406                               USA
                                             53406


Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

----------------------------------------------------------------------------
Grouping / Type                   Qty          Rate            Amount
----------------------------------------------------------------------------
* * * * *      Claim Billing Period Apr-01-2007 to Apr-15-2007    * * * * * *
----------------------------------------------------------------------------

002ACCPRX7-HOURLY NR ACTIVE CCP (cont.)
     Rejected Claims             4                              $0.00
                                                        ---------------
                 Sub-total for 002ACCPRX7                      $56.70
                                                        ---------------

002APPORX2-HOURLY NR ACTIVE PPO
     Paid Retail Claims          4                             $19.56
     Rejected Claims             2                              $0.00
                                                        ---------------
                 Sub-total for 002APPORX2                      $19.56
                                                        ---------------

002MBPPRX3-HOURLY NR LTD-RET-MEDICARE BPP
     Paid Subrogated Claims      3                              $0.00
                                                        ---------------
                 Sub-total for 002MBPPRX3                       $0.00
                                                        ---------------

002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
     Paid Retail Claims         18                            $717.00
     Rejected Claims             4                              $0.00
                                                        ---------------
                 Sub-total for 002MNNWRX2                     $717.00
                                                        ---------------

002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY
     Paid Retail Claims          4                             $96.26
     Rejected Claims             1                              $0.00
                                                        ---------------
                 Sub-total for 002RHDFRX9                      $96.26
                                                        ---------------

002RPPORX2-HOURLY NR RETIREE PPO
     Paid Retail Claims          5                             $52.88
     Rejected Claims            24                              $0.00
                                                        ---------------
                 Sub-total for 002RPPORX2                      $52.88
                                                        ---------------

006MPPORX1-UAW LTD/RET-MEDICARE PPO
     Rejected Claims             1                              $0.00
                                                        ---------------
                 Sub-total for 006MPPORX1                       $0.00
                                                        ---------------

006RPPORX1-UAW RETIREE PPO
     Paid DMR Claims             1                            $195.00
```

```
Walgreens Hlth Initiatives                        Invoice    : 00115876
WHI-PBM-Acct@Walgreens.com                        Invoice Date: Apr-15-2007
Tax ID#36-404-9815                                Page       : 4 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
---------------------------------------------------------------------------
Grouping / Type                     Qty          Rate           Amount
---------------------------------------------------------------------------
 * * * * *        Claim Billing Period Apr-01-2007 to Apr-15-2007  * * * * * *
---------------------------------------------------------------------------
006RPPORX1-UAW RETIREE PPO (cont.)
     Rejected Claims                 25                           $0.00
     Paid Retail Claims              15                         $363.85
                                                            ---------------
                        Sub-total for 006RPPORX1              $558.85
                                                            ---------------

                        *** Claim Total            $2,289.38
                                                   ===============
```

```
---------------------------------------------------------------------------
 * * * * *          Classification Claim Summary              * * * * * *
---------------------------------------------------------------------------
   Code / Description                         Qty           Amount
---------------------------------------------------------------------------
   BC PD DMR      Paid DMR Claims               2          $314.98
   BC PD MAIL     Paid Mail Service Claims      1            $0.00
   BC PD RETAIL   Paid Retail Claims           95        $1,923.98
   BC PD SUBROG   Paid Subrogated Claims        6           $50.42
   BC REJECTS     Rejected Claims              92            $0.00
                                                       ---------------
                        *** Claim Total            $2,289.38
                                                   ===============
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

Invoice      : 00115876
Invoice Date: Apr-15-2007
Page         : 5 of 7

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
CASE NEW HOLLAND
5729 Washington Ave.
Racine, WI
USA
53406

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|

**\* \* \* \*    Administrative Fee Billing Period Apr-01-2007 to Apr-15-2007   \* \* \* \***

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| 001AHDFRX9-SALARIED ACTIVE HDHP FAMILY | | | |
| Paid Retail Claim Fees | 2 | $0.00 | $0.00 |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 001AHDFRX9 | | | $0.00 |
| 001AHDSRX8-SALARIED ACTIVE HDHP SINGLE | | | |
| Paid Retail Claim Fees | 3 | $0.00 | $0.00 |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 001AHDSRX8 | | | $0.00 |
| 001APPORX2-SALARIED ACTIVE PPO | | | |
| Paid Retail Claim Fees | 4 | $0.00 | $0.00 |
| Paid Subrogated Claim Fees | 3 | $0.00 | $0.00 |
| Rejected Claim Fees | 6 | $0.00 | $0.00 |
| Sub-total for 001APPORX2 | | | $0.00 |
| 001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP | | | |
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 001MBPPRX3 | | | $0.00 |
| 001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW | | | |
| Paid DMR Claim Fees | 1 | $0.00 | $0.00 |
| Rejected Claim Fees | 21 | $0.00 | $0.00 |
| Paid Retail Claim Fees | 35 | $0.00 | $0.00 |
| Sub-total for 001MNNWRX2 | | | $0.00 |
| 001RHDSRX8-SALARIED RETIREE HDHP SINGLE | | | |
| Paid Mail Service Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 001RHDSRX8 | | | $0.00 |
| 001RPPORX2-SALARIED RETIREE PPO | | | |
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 001RPPORX2 | | | $0.00 |
| 002ACCPRX7-HOURLY NR ACTIVE CCP | | | |
| Paid Retail Claim Fees | 3 | $0.00 | $0.00 |

```
Walgreens Hlth Initiatives              Invoice    : 00115876
WHI-PBM-Acct@Walgreens.com              Invoice Date: Apr-15-2007
Tax ID#36-404-9815                      Page       : 6 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059




Mail to: CASE NEW HOLLAND            Bill To Account:  4739
         5729 Washington Ave.           CASE NEW HOLLAND
         Racine, WI                     5729 Washington Ave.
         USA                            Racine, WI
         53406                          USA
                                        53406



Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.
```

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| * * * *   Administrative Fee Billing Period Apr-01-2007 to Apr-15-2007   * * * * | | | |
| **002ACCPRX7-HOURLY NR ACTIVE CCP (cont.)** | | | |
| Rejected Claim Fees | 4 | $0.00 | $0.00 |
| Sub-total for 002ACCPRX7 | | | $0.00 |
| **002APPORX2-HOURLY NR ACTIVE PPO** | | | |
| Paid Retail Claim Fees | 4 | $0.00 | $0.00 |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 002APPORX2 | | | $0.00 |
| **002MBPPRX3-HOURLY NR LTD-RET-MEDICARE BPP** | | | |
| Paid Subrogated Claim Fees | 3 | $0.00 | $0.00 |
| Sub-total for 002MBPPRX3 | | | $0.00 |
| **002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW** | | | |
| Paid Retail Claim Fees | 18 | $0.00 | $0.00 |
| Rejected Claim Fees | 4 | $0.00 | $0.00 |
| Sub-total for 002MNNWRX2 | | | $0.00 |
| **002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY** | | | |
| Paid Retail Claim Fees | 4 | $0.00 | $0.00 |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 002RHDFRX9 | | | $0.00 |
| **002RPPORX2-HOURLY NR RETIREE PPO** | | | |
| Paid Retail Claim Fees | 5 | $0.00 | $0.00 |
| Rejected Claim Fees | 24 | $0.00 | $0.00 |
| Sub-total for 002RPPORX2 | | | $0.00 |
| **006MPPORX1-UAW LTD/RET-MEDICARE PPO** | | | |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 006MPPORX1 | | | $0.00 |
| **006RPPORX1-UAW RETIREE PPO** | | | |
| Paid DMR Claim Fees | 1 | $0.00 | $0.00 |

Walgreens Hlth Initiatives                    Invoice    : 00115876
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Apr-15-2007
Tax ID#36-404-9815                            Page       : 7 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059


Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                          USA
                                        53406


Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

---------------------------------------------------------------------------
Grouping / Type                    Qty          Rate              Amount
---------------------------------------------------------------------------
 * * * *      Administrative Fee Billing Period Apr-01-2007 to Apr-15-2007   * * * *
---------------------------------------------------------------------------
006RPPORX1-UAW RETIREE PPO (cont.)
     Rejected Claim Fees            25          $0.00              $0.00
     Paid Retail Claim Fees         15          $0.00              $0.00
                                                             ---------------
                           Sub-total for 006RPPORX1              $0.00
                                                             ---------------

                           *** Fee Total                        $0.00
                                                             ===============


---------------------------------------------------------------------------
 * * * * *           Classification Fee Summary              * * * * * *
---------------------------------------------------------------------------
     Code / Description                         Qty            Amount
---------------------------------------------------------------------------
     BF PD DMR      Paid DMR Claim Fees          2             $0.00
     BF PD MAIL     Paid Mail Service Claim Fees 1             $0.00
     BF PD RETAIL   Paid Retail Claim Fees      95             $0.00
     BF PD SUBROG   Paid Subrogated Claim Fees   6             $0.00
     BF REJECTS     Rejected Claim Fees         92             $0.00
                                                          ---------------
                           *** Fee Total                        $0.00
                                                          ===============

```
Walgreens Hlth Initiatives                      Invoice    : 00114559
WHI-PBM-Acct@Walgreens.com                      Invoice Date: Mar-31-2007
Tax ID#36-404-9815                              Page       : 1 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND                  Bill To Account:  4739
         5729 Washington Ave.              CASE NEW HOLLAND
         Racine, WI                        5729 Washington Ave.
         USA                               Racine, WI
         53406                             USA
                                           53406
```

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

* * * * *         Billing Period End Date: Mar-31-2007         * * * * * *

| Invoice Summary Group | Claim Amount | Fee Amount | Total Amount |
|---|---|---|---|
| HOURLY NR ACTIVE PPO | $215.19 | $0.00 | $215.19 |
| HOURLY NR LTD-RET-MEDICARE BPP | $0.00 | $0.00 | $0.00 |
| HOURLY NR LTD/RET-MEDICARE NNW | $326.30 | $0.00 | $326.30 |
| HOURLY NR RETIREE HDHP FAMILY | $395.52 | $0.00 | $395.52 |
| HOURLY NR RETIREE PPO | $319.57 | $0.00 | $319.57 |
| SALARIED ACTIVE HDHP SINGLE | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE PPO | $74.38 | $0.00 | $74.38 |
| SALARIED LTD/RET-MEDICARE BPP | $208.57 | $0.00 | $208.57 |
| SALARIED LTD/RET-MEDICARE NNW | $1,261.15 | $0.00 | $1,261.15 |
| SALARIED RETIREE PPO | $116.12 | $0.00 | $116.12 |
| UAW COBRA PPO | $59.40 | $0.00 | $59.40 |
| UAW RETIREE PPO | $93.01 | $0.00 | $93.01 |
| Totals | $3,069.21 | $0.00 | $3,069.21 |

```
Remit To:
    Walgreens Hlth Initiatives         TOTAL DUE:      $3,069.21
    WHI-PBM-Acct@Walgreens.com
    Tax ID#36-404-9815
    14309 Collections Center Drive
    Chicago, IL
    USA
    60693
    (847)964-6059
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

<div style="text-align:right">

Invoice     : 00114559
Invoice Date: Mar-31-2007
Page        : 2 of 7
</div>

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
         CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

```
---------------------------------------------------------------------------
Grouping / Type                     Qty           Rate           Amount
---------------------------------------------------------------------------
 * * * * *     Claim Billing Period Mar-16-2007 to Mar-31-2007   * * * * * *
---------------------------------------------------------------------------
001AHDSRX8-SALARIED ACTIVE HDHP SINGLE
      Paid Retail Claims           1                              $0.00
                                                               -----------
                          Sub-total for 001AHDSRX8               $0.00
                                                               -----------

001APPORX2-SALARIED ACTIVE PPO
      Paid DMR Claims              1                             $28.54
      Paid Retail Claims           4                             $45.84
      Rejected Claims              1                              $0.00
                                                               -----------
                          Sub-total for 001APPORX2              $74.38
                                                               -----------

001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP
      Paid DMR Claims              2                            $172.87
      Paid Retail Claims           4                             $35.70
                                                               -----------
                          Sub-total for 001MBPPRX3             $208.57
                                                               -----------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
      Paid Retail Claims          78                          $1,261.15
      Rejected Claims             23                              $0.00
                                                               -----------
                          Sub-total for 001MNNWRX2           $1,261.15
                                                               -----------

001RPPORX2-SALARIED RETIREE PPO
      Paid Retail Claims          12                            $116.12
                                                               -----------
                          Sub-total for 001RPPORX2            $116.12
                                                               -----------

002APPORX2-HOURLY NR ACTIVE PPO
      Paid Retail Claims           3                             $43.87
      Paid Subrogated Claims       4                            $171.32
      Rejected Claims              3                              $0.00
                                                               -----------
                          Sub-total for 002APPORX2            $215.19
                                                               -----------

002MBPPRX3-HOURLY NR LTD-RET-MEDICARE BPP
      Paid Subrogated Claims       4                              $0.00
                                                               -----------
                          Sub-total for 002MBPPRX3              $0.00
                                                               -----------

002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
      Paid Retail Claims          28                            $326.30
```

```
Walgreens Hlth Initiatives                    Invoice    : 00114559
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Mar-31-2007
Tax ID#36-404-9815                            Page       : 3 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406



Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.
```

```
---------------------------------------------------------------------------
Grouping / Type                       Qty          Rate           Amount
---------------------------------------------------------------------------
* * * * *       Claim Billing Period Mar-16-2007 to Mar-31-2007  * * * * * *
---------------------------------------------------------------------------
002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW (cont.)
       Rejected Claims            6                                  $0.00
                                                             ---------------
                          Sub-total for 002MNNWRX2              $326.30
                                                             ---------------
002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY
       Paid Retail Claims        20                               $395.52
       Rejected Claims            9                                  $0.00
                                                             ---------------
                          Sub-total for 002RHDFRX9             $395.52
                                                             ---------------
002RPPORX2-HOURLY NR RETIREE PPO
       Paid Retail Claims        33                               $319.57
       Rejected Claims           15                                  $0.00
                                                             ---------------
                          Sub-total for 002RPPORX2             $319.57
                                                             ---------------
006CPPORX4-UAW COBRA PPO
       Paid DMR Claims            1                                $59.40
                                                             ---------------
                          Sub-total for 006CPPORX4             $59.40
                                                             ---------------
006RPPORX1-UAW RETIREE PPO
       Paid Retail Claims         3                               $93.01
       Rejected Claims            5                                  $0.00
                                                             ---------------
                          Sub-total for 006RPPORX1             $93.01
                                                             ---------------

                          *** Claim Total              $3,069.21
                                                      ================
```

```
---------------------------------------------------------------------------
* * * * *            Classification Claim Summary            * * * * * *
---------------------------------------------------------------------------
   Code / Description                         Qty             Amount
---------------------------------------------------------------------------
   BC PD DMR      Paid DMR Claims              4               $260.81
   BC PD RETAIL   Paid Retail Claims         186             $2,637.08
   BC PD SUBROG   Paid Subrogated Claims       8               $171.32
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

Invoice     : 00114559
Invoice Date: Mar-31-2007
Page        : 4 of 7

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
CASE NEW HOLLAND
5729 Washington Ave.
Racine, WI
USA
53406

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
-------------------------------------------------------------------------------
 * * * * *              Classification Claim Summary            * * * * * *
-------------------------------------------------------------------------------
   Code / Description                           Qty              Amount
-------------------------------------------------------------------------------

   BC REJECTS     Rejected Claims                62                 $0.00
                                                           ----------------
                                        *** Claim Total        $3,069.21
                                                           ================
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

```
Invoice     : 00114559
Invoice Date: Mar-31-2007
Page        : 5 of 7
```

Mail to: CASE NEW HOLLAND
      5729 Washington Ave.
      Racine, WI
      USA
      53406

Bill To Account:  4739
      CASE NEW HOLLAND
      5729 Washington Ave.
      Racine, WI
      USA
      53406

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|

* * * *    Administrative Fee Billing Period Mar-16-2007 to Mar-31-2007   * * * *

**001AHDSRX8-SALARIED ACTIVE HDHP SINGLE**

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 001AHDSRX8 | | | $0.00 |

**001APPORX2-SALARIED ACTIVE PPO**

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| Paid DMR Claim Fees | 1 | $0.00 | $0.00 |
| Paid Retail Claim Fees | 4 | $0.00 | $0.00 |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 001APPORX2 | | | $0.00 |

**001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP**

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| Paid DMR Claim Fees | 2 | $0.00 | $0.00 |
| Paid Retail Claim Fees | 4 | $0.00 | $0.00 |
| Sub-total for 001MBPPRX3 | | | $0.00 |

**001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW**

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| Paid Retail Claim Fees | 78 | $0.00 | $0.00 |
| Rejected Claim Fees | 23 | $0.00 | $0.00 |
| Sub-total for 001MNNWRX2 | | | $0.00 |

**001RPPORX2-SALARIED RETIREE PPO**

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| Paid Retail Claim Fees | 12 | $0.00 | $0.00 |
| Sub-total for 001RPPORX2 | | | $0.00 |

**002APPORX2-HOURLY NR ACTIVE PPO**

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| Paid Retail Claim Fees | 3 | $0.00 | $0.00 |
| Paid Subrogated Claim Fees | 4 | $0.00 | $0.00 |
| Rejected Claim Fees | 3 | $0.00 | $0.00 |
| Sub-total for 002APPORX2 | | | $0.00 |

**002MBPPRX3-HOURLY NR LTD-RET-MEDICARE BPP**

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| Paid Subrogated Claim Fees | 4 | $0.00 | $0.00 |
| Sub-total for 002MBPPRX3 | | | $0.00 |

**002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW**

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| Paid Retail Claim Fees | 28 | $0.00 | $0.00 |

```
Walgreens Hlth Initiatives                    Invoice    : 00114559
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Mar-31-2007
Tax ID#36-404-9815                            Page       : 6 of 7
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND            Bill To Account:  4739
         5729 Washington Ave.        CASE NEW HOLLAND
         Racine, WI                  5729 Washington Ave.
         USA                         Racine, WI
         53406                       USA
                                     53406
```

Terms : 15 Days Net    Interest applied at 1.5% per month on overdue balances.

```
---------------------------------------------------------------------------
Grouping / Type                     Qty          Rate            Amount
---------------------------------------------------------------------------
* * * *     Administrative Fee Billing Period Mar-16-2007 to Mar-31-2007  * * * *
---------------------------------------------------------------------------
002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW (cont.)
     Rejected Claim Fees             6          $0.00            $0.00
                                                            -------------
                        Sub-total for 002MNNWRX2               $0.00
                                                            -------------
002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY
     Paid Retail Claim Fees         20          $0.00            $0.00
     Rejected Claim Fees             9          $0.00            $0.00
                                                            -------------
                        Sub-total for 002RHDFRX9              $0.00
                                                            -------------
002RPPORX2-HOURLY NR RETIREE PPO
     Paid Retail Claim Fees         33          $0.00            $0.00
     Rejected Claim Fees            15          $0.00            $0.00
                                                            -------------
                        Sub-total for 002RPPORX2              $0.00
                                                            -------------
006CPPORX4-UAW COBRA PPO
     Paid DMR Claim Fees             1          $0.00            $0.00
                                                            -------------
                        Sub-total for 006CPPORX4              $0.00
                                                            -------------
006RPPORX1-UAW RETIREE PPO
     Paid Retail Claim Fees          3          $0.00            $0.00
     Rejected Claim Fees             5          $0.00            $0.00
                                                            -------------
                        Sub-total for 006RPPORX1              $0.00
                                                            -------------

                        *** Fee Total                         $0.00
                                                            =============
```

```
---------------------------------------------------------------------------
* * * * *               Classification Fee Summary         * * * * * *
---------------------------------------------------------------------------
     Code / Description                          Qty            Amount
---------------------------------------------------------------------------
     BF PD DMR      Paid DMR Claim Fees           4             $0.00
     BF PD RETAIL   Paid Retail Claim Fees       186            $0.00
     BF PD SUBROG   Paid Subrogated Claim Fees    8             $0.00
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

Invoice      : 00114559
Invoice Date: Mar-31-2007
Page         : 7 of 7

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
         CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
--------------------------------------------------------------------
* * * * *              Classification Fee Summary            * * * * * *
--------------------------------------------------------------------
    Code / Description                        Qty           Amount
--------------------------------------------------------------------

  BF REJECTS    Rejected Claim Fees            62               $0.00
                                                        ---------------
                                   *** Fee Total              $0.00
                                                        ===============
```

```
Walgreens Hlth Initiatives                          Invoice     : 00113236
WHI-PBM-Acct@Walgreens.com                          Invoice Date: Mar-15-2007
Tax ID#36-404-9815                                  Page        : 1 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

```
* * * * *          Billing Period End Date: Mar-15-2007          * * * * * *
```

| Invoice Summary Group | Claim Amount | Fee Amount | Total Amount |
|---|---|---|---|
| HOURLY NR ACTIVE PPO | $97.21- | $0.00 | $97.21- |
| HOURLY NR LTD/RET-MEDICARE NNW | $152.76 | $0.00 | $152.76 |
| HOURLY NR RETIREE HDHP FAMILY | $5.50 | $0.00 | $5.50 |
| HOURLY NR RETIREE PPO | $71.40 | $0.00 | $71.40 |
| SALARIED ACTIVE CCP | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE PPO | $180.72 | $0.00 | $180.72 |
| SALARIED LTD/RET-MEDICARE BPP | $0.00 | $0.00 | $0.00 |
| SALARIED LTD/RET-MEDICARE NNW | $294.05 | $0.00 | $294.05 |
| SALARIED RETIREE PPO | $94.11 | $0.00 | $94.11 |
| UAW ACTIVE PPO | $54.38- | $0.00 | $54.38- |
| UAW LTD/RET-MEDICARE PPO | $0.00 | $0.00 | $0.00 |
| UAW RETIREE PPO | $244.89 | $0.00 | $244.89 |
| Totals | $891.84 | $0.00 | $891.84 |

```
Remit To:
    Walgreens Hlth Initiatives        TOTAL DUE:     $891.84
    WHI-PBM-Acct@Walgreens.com
    Tax ID#36-404-9815
    14309 Collections Center Drive
    Chicago, IL
    USA
    60693
    (847)964-6059
```

```
Walgreens Hlth Initiatives                          Invoice    : 00113236
WHI-PBM-Acct@Walgreens.com                          Invoice Date: Mar-15-2007
Tax ID#36-404-9815                                  Page       : 2 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND               Bill To Account:  4739
         5729 Washington Ave.           CASE NEW HOLLAND
         Racine, WI                     5729 Washington Ave.
         USA                            Racine, WI
         53406                          USA
                                        53406
```

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

```
------------------------------------------------------------------------------
Grouping / Type                        Qty           Rate          Amount
------------------------------------------------------------------------------
* * * * *       Claim Billing Period Mar-01-2007 to Mar-15-2007  * * * * * *

001ACCPRX7-SALARIED ACTIVE CCP
      Rejected Claims              2                              $0.00
                                                           ---------------
                           Sub-total for 001ACCPRX7              $0.00
                                                           ---------------

001APPORX2-SALARIED ACTIVE PPO
      Paid Retail Claims           9                            $180.72
      Rejected Claims            113                              $0.00
                                                           ---------------
                           Sub-total for 001APPORX2            $180.72
                                                           ---------------

001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP
      Paid Retail Claims           1                              $0.00
                                                           ---------------
                           Sub-total for 001MBPPRX3              $0.00
                                                           ---------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
      Paid DMR Claims              1                             $59.99
      Paid Retail Claims          19                            $234.06
      Rejected Claims              8                              $0.00
                                                           ---------------
                           Sub-total for 001MNNWRX2            $294.05
                                                           ---------------

001RPPORX2-SALARIED RETIREE PPO
      Paid Retail Claims           8                             $94.11
                                                           ---------------
                           Sub-total for 001RPPORX2             $94.11
                                                           ---------------

002APPORX2-HOURLY NR ACTIVE PPO
      Paid Retail Claims           3                             $97.21-
      Rejected Claims              3                              $0.00
                                                           ---------------
                           Sub-total for 002APPORX2             $97.21-
                                                           ---------------

002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
      Paid Retail Claims           9                            $152.76
                                                           ---------------
                           Sub-total for 002MNNWRX2            $152.76
                                                           ---------------

002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY
      Paid DMR Claims              1                              $5.50
```

```
Walgreens Hlth Initiatives                    Invoice    : 00113236
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Mar-15-2007
Tax ID#36-404-9815                            Page       : 3 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND                 Bill To Account:  4739
         5729 Washington Ave.             CASE NEW HOLLAND
         Racine, WI                       5729 Washington Ave.
         USA                              Racine, WI
         53406                            USA
                                          53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| * * * * *    Claim Billing Period Mar-01-2007 to Mar-15-2007    * * * * * * | | | |
| 002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY (cont.) | | | |
|    Rejected Claims | 2 | | $0.00 |
|    Sub-total for 002RHDFRX9 | | | $5.50 |
| 002RPPORX2-HOURLY NR RETIREE PPO | | | |
|    Paid Retail Claims | 5 | | $71.40 |
|    Rejected Claims | 1 | | $0.00 |
|    Sub-total for 002RPPORX2 | | | $71.40 |
| 006APPORX4-UAW ACTIVE PPO | | | |
|    Paid Retail Claims | 1 | | $54.38- |
|    Sub-total for 006APPORX4 | | | $54.38- |
| 006MPPORX1-UAW LTD/RET-MEDICARE PPO | | | |
|    Rejected Claims | 1 | | $0.00 |
|    Sub-total for 006MPPORX1 | | | $0.00 |
| 006RPPORX1-UAW RETIREE PPO | | | |
|    Paid DMR Claims | 5 | | $151.00 |
|    Paid Retail Claims | 3 | | $93.89 |
|    Rejected Claims | 9 | | $0.00 |
|    Sub-total for 006RPPORX1 | | | $244.89 |
|    *** Claim Total | | | $891.84 |

| * * * * *    Classification Claim Summary    * * * * * * | | |
|---|---|---|
| Code / Description | Qty | Amount |
| BC PD DMR    Paid DMR Claims | 7 | $216.49 |
| BC PD RETAIL  Paid Retail Claims | 58 | $675.35 |
| BC REJECTS    Rejected Claims | 139 | $0.00 |
| *** Claim Total | | $891.84 |

Walgreens Hlth Initiatives                              Invoice     : 00113236
WHI-PBM-Acct@Walgreens.com                              Invoice Date: Mar-15-2007
Tax ID#36-404-9815                                      Page        : 4 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059


Mail to: CASE NEW HOLLAND                    Bill To Account:  4739
         5729 Washington Ave.                    CASE NEW HOLLAND
         Racine, WI                              5729 Washington Ave.
         USA                                     Racine, WI
         53406                                   USA
                                                 53406


Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
--------------------------------------------------------------------------------
Grouping / Type                         Qty            Rate            Amount
--------------------------------------------------------------------------------
 * * * *    Administrative Fee Billing Period Mar-01-2007 to Mar-15-2007  * * * *
--------------------------------------------------------------------------------
001ACCPRX7-SALARIED ACTIVE CCP
     Rejected Claim Fees                 2            $0.00              $0.00
                                                                  ---------------
                              Sub-total for 001ACCPRX7                  $0.00
                                                                  ---------------
001APPORX2-SALARIED ACTIVE PPO
     Paid Retail Claim Fees              9            $0.00              $0.00
     Rejected Claim Fees                113           $0.00              $0.00
                                                                  ---------------
                              Sub-total for 001APPORX2                  $0.00
                                                                  ---------------
001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP
     Paid Retail Claim Fees              1            $0.00              $0.00
                                                                  ---------------
                              Sub-total for 001MBPPRX3                  $0.00
                                                                  ---------------
001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
     Paid DMR Claim Fees                 1            $0.00              $0.00
     Paid Retail Claim Fees             19            $0.00              $0.00
     Rejected Claim Fees                 8            $0.00              $0.00
                                                                  ---------------
                              Sub-total for 001MNNWRX2                  $0.00
                                                                  ---------------
001RPPORX2-SALARIED RETIREE PPO
     Paid Retail Claim Fees              8            $0.00              $0.00
                                                                  ---------------
                              Sub-total for 001RPPORX2                  $0.00
                                                                  ---------------
002APPORX2-HOURLY NR ACTIVE PPO
     Paid Retail Claim Fees              3            $0.00              $0.00
     Rejected Claim Fees                 3            $0.00              $0.00
                                                                  ---------------
                              Sub-total for 002APPORX2                  $0.00
                                                                  ---------------
002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
     Paid Retail Claim Fees              9            $0.00              $0.00
                                                                  ---------------
                              Sub-total for 002MNNWRX2                  $0.00
                                                                  ---------------
002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY
     Paid DMR Claim Fees                 1            $0.00              $0.00
```

```
Walgreens Hlth Initiatives                    Invoice    : 00113236
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Mar-15-2007
Tax ID#36-404-9815                            Page       : 5 of 5
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406



Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.
----------------------------------------------------------------------------
Grouping / Type                    Qty          Rate              Amount
----------------------------------------------------------------------------
 * * * *     Administrative Fee Billing Period Mar-01-2007 to Mar-15-2007  * * * *
----------------------------------------------------------------------------
002RHDFRX9-HOURLY NR RETIREE HDHP FAMILY (cont.)
      Rejected Claim Fees           2          $0.00              $0.00
                                                             ---------------
                            Sub-total for 002RHDFRX9             $0.00
                                                             ---------------
002RPPORX2-HOURLY NR RETIREE PPO
      Paid Retail Claim Fees        5          $0.00              $0.00
      Rejected Claim Fees           1          $0.00              $0.00
                                                             ---------------
                            Sub-total for 002RPPORX2             $0.00
                                                             ---------------
006APPORX4-UAW ACTIVE PPO
      Paid Retail Claim Fees        1          $0.00              $0.00
                                                             ---------------
                            Sub-total for 006APPORX4             $0.00
                                                             ---------------
006MPPORX1-UAW LTD/RET-MEDICARE PPO
      Rejected Claim Fees           1          $0.00              $0.00
                                                             ---------------
                            Sub-total for 006MPPORX1             $0.00
                                                             ---------------
006RPPORX1-UAW RETIREE PPO
      Paid DMR Claim Fees           5          $0.00              $0.00
      Paid Retail Claim Fees        3          $0.00              $0.00
      Rejected Claim Fees           9          $0.00              $0.00
                                                             ---------------
                            Sub-total for 006RPPORX1             $0.00
                                                             ---------------

                                 *** Fee Total                   $0.00
                                                             ===============



----------------------------------------------------------------------------
 * * * * *                 Classification Fee Summary           * * * * * *
----------------------------------------------------------------------------
    Code / Description                           Qty              Amount
----------------------------------------------------------------------------
    BF PD DMR     Paid DMR Claim Fees            7                $0.00
    BF PD RETAIL  Paid Retail Claim Fees         58               $0.00
    BF REJECTS    Rejected Claim Fees            139              $0.00
                                                             ---------------
                                 *** Fee Total                   $0.00
                                                             ===============
```

```
Walgreens Hlth Initiatives                    Invoice      : 00111990
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-28-2007
Tax ID#36-404-9815                            Page         : 1 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND                 Bill To Account:  4739
         5729 Washington Ave.             CASE NEW HOLLAND
         Racine, WI                       5729 Washington Ave.
         USA                              Racine, WI
         53406                            USA
                                          53406



Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.
```

```
 * * * *            Billing Period End Date: Feb-28-2007         * * * * * *
--------------------------------------------------------------------------------
Invoice Summary                     Claim             Fee              Total
Group                              Amount          Amount             Amount
--------------------------------------------------------------------------------
CASE NEW HOLLAND                    $0.00         $250.00            $250.00
CASE NEW HOLLAND CARD GROUP         $0.00           $0.00              $0.00
HOURLY NR ACTIVE CCP               $21.00           $0.00             $21.00
HOURLY NR ACTIVE HDHP FAMILY        $0.00           $0.00              $0.00
HOURLY NR ACTIVE HDHP SINGLE        $0.00           $0.00              $0.00
HOURLY NR ACTIVE PPO              $177.39           $6.00            $183.39
HOURLY NR LTD PPO                   $0.00           $0.00              $0.00
HOURLY NR LTD-RET-MEDICARE BPP      $0.00           $0.00              $0.00
HOURLY NR LTD/RET-MEDICARE NNW     $65.10           $2.00             $67.10
HOURLY NR LTD/RET-MEDICARE PPO      $0.00           $0.00              $0.00
HOURLY NR RETIREE NNW               $0.00           $0.00              $0.00
HOURLY NR RETIREE PPO              $74.64           $6.00             $80.64
SALARIED ACTIVE CCP                 $0.00          $12.00             $12.00
SALARIED ACTIVE HDHP FAMILY         $0.00           $2.00              $2.00
SALARIED ACTIVE HDHP SINGLE         $0.00           $0.00              $0.00
SALARIED ACTIVE PPO                $69.36          $16.00             $85.36
SALARIED COBRA CCP                  $0.00           $0.00              $0.00
SALARIED COBRA HDHP SINGLE        $130.35           $0.00            $130.35
SALARIED COBRA PPO                  $0.00           $2.00              $2.00
SALARIED LTD PPO                    $0.00           $0.00              $0.00
SALARIED LTD/RET-MEDICARE BPP       $0.00           $0.00              $0.00
SALARIED LTD/RET-MEDICARE NNW     $853.87          $10.00            $863.87
SALARIED LTD/RET-MEDICARE PPO       $0.00           $0.00              $0.00
SALARIED RETIREE HDHP FAMILY        $0.00           $0.00              $0.00
SALARIED RETIREE HDHP SINGLE        $0.00           $0.00              $0.00
SALARIED RETIREE PPO                $0.15           $4.00              $4.15
STEELWORKERS COBRA PPO              $0.00           $0.00              $0.00
UAW ACTIVE PPO                      $0.00           $0.00              $0.00
UAW ACTIVE PPO                      $0.00           $0.00              $0.00
UAW ACTIVE PPO                      $0.00           $0.00              $0.00
UAW LTD PPO                         $0.00           $0.00              $0.00
UAW LTD/RET-MEDICARE NNW            $0.00           $0.00              $0.00
UAW LTD/RET-MEDICARE PPO            $0.00           $6.00              $6.00
UAW RETIREE NNW                     $0.00           $0.00              $0.00
UAW RETIREE PPO                    $71.31           $8.00             $79.31
UAW RETIREE PPO                     $0.00           $0.00              $0.00
                                --------------- --------------- ---------------
           Totals               $1,463.17        $324.00          $1,787.17
                                =============== =============== ===============
```

```
Walgreens Hlth Initiatives                      Invoice      : 00111990
WHI-PBM-Acct@Walgreens.com                      Invoice Date: Feb-28-2007
Tax ID#36-404-9815                              Page         : 2 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
   Remit To:
      Walgreens Hlth Initiatives       TOTAL DUE:     $1,787.17
      WHI-PBM-Acct@Walgreens.com
      Tax ID#36-404-9815
      14309 Collections Center Drive
      Chicago, IL
      USA
      60693
      (847)964-6059
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

Invoice    : 00111990
Invoice Date: Feb-28-2007
Page       : 3 of 13

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
         CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
----------------------------------------------------------------------
Grouping / Type                    Qty          Rate          Amount
----------------------------------------------------------------------
* * * * *      Claim Billing Period Feb-16-2007 to Feb-28-2007  * * * * * *
* * * * *
001ACCPRX7-SALARIED ACTIVE CCP
     Rejected Claims              186                           $0.00
                                                          ---------------
                    Sub-total for 001ACCPRX7                    $0.00
                                                          ---------------

001AHDFRX9-SALARIED ACTIVE HDHP FAMILY
     Rejected Claims               79                           $0.00
                                                          ---------------
                    Sub-total for 001AHDFRX9                    $0.00
                                                          ---------------

001AHDSRX8-SALARIED ACTIVE HDHP SINGLE
     Rejected Claims                6                           $0.00
                                                          ---------------
                    Sub-total for 001AHDSRX8                    $0.00
                                                          ---------------

001APPORX2-SALARIED ACTIVE PPO
     Paid DMR Claims                2                          $69.36
     Paid Retail Claims             1                           $0.00
     Rejected Claims              170                           $0.00
                                                          ---------------
                    Sub-total for 001APPORX2                   $69.36
                                                          ---------------

001CCCPRX7-SALARIED COBRA CCP
     Rejected Claims                2                           $0.00
                                                          ---------------
                    Sub-total for 001CCCPRX7                    $0.00
                                                          ---------------

001CHDSRX8-SALARIED COBRA HDHP SINGLE
     Paid DMR Claims                2                         $130.35
                                                          ---------------
                    Sub-total for 001CHDSRX8                  $130.35
                                                          ---------------

001DPPORX2-SALARIED LTD PPO
     Rejected Claims                1                           $0.00
                                                          ---------------
                    Sub-total for 001DPPORX2                    $0.00
                                                          ---------------

001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP
     Paid Retail Claims             1                           $0.00
     Rejected Claims               26                           $0.00
```

```
Walgreens Hlth Initiatives              Invoice    : 00111990
WHI-PBM-Acct@Walgreens.com              Invoice Date: Feb-28-2007
Tax ID#36-404-9815                      Page       : 4 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND            Bill To Account:  4739
         5729 Washington Ave.        CASE NEW HOLLAND
         Racine, WI                  5729 Washington Ave.
         USA                         Racine, WI
         53406                       USA
                                     53406
```

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

```
-----------------------------------------------------------------------
Grouping / Type                    Qty         Rate            Amount
-----------------------------------------------------------------------
* * * * *       Claim Billing Period Feb-16-2007 to Feb-28-2007  * * * * * *
-----------------------------------------------------------------------
001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP (cont.)
                                                             --------------
                           Sub-total for 001MBPPRX3               $0.00
                                                             --------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
     Paid DMR Claims             12                            $539.91
     Paid Retail Claims           9                            $223.03
     Paid Subrogated Claims       2                             $90.93
     Rejected Claims            211                              $0.00
                                                             --------------
                           Sub-total for 001MNNWRX2             $853.87
                                                             --------------

001MPPORX2-SALARIED LTD/RET-MEDICARE PPO
     Rejected Claims              1                              $0.00
                                                             --------------
                           Sub-total for 001MPPORX2              $0.00
                                                             --------------

001RHDFRX9-SALARIED RETIREE HDHP FAMILY
     Rejected Claims              5                              $0.00
                                                             --------------
                           Sub-total for 001RHDFRX9              $0.00
                                                             --------------

001RHDSRX8-SALARIED RETIREE HDHP SINGLE
     Rejected Claims              3                              $0.00
                                                             --------------
                           Sub-total for 001RHDSRX8              $0.00
                                                             --------------

001RPPORX2-SALARIED RETIREE PPO
     Paid Retail Claims           2                              $0.15
     Rejected Claims             59                              $0.00
                                                             --------------
                           Sub-total for 001RPPORX2              $0.15
                                                             --------------

002ACCPRX7-HOURLY NR ACTIVE CCP
     Paid Retail Claims           1                             $21.00
     Rejected Claims             82                              $0.00
                                                             --------------
                           Sub-total for 002ACCPRX7             $21.00
                                                             --------------

002AHDFRX9-HOURLY NR ACTIVE HDHP FAMILY
     Rejected Claims              4                              $0.00
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

```
Invoice     : 00111990
Invoice Date: Feb-28-2007
Page        : 5 of 13
```

Mail to: CASE NEW HOLLAND
        5729 Washington Ave.
        Racine, WI
        USA
        53406

Bill To Account:  4739
        CASE NEW HOLLAND
        5729 Washington Ave.
        Racine, WI
        USA
        53406

Terms : 15 Days Net ' Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| * * * * *      Claim Billing Period Feb-16-2007 to Feb-28-2007 | | | * * * * * |
| 002AHDFRX9-HOURLY NR ACTIVE HDHP FAMILY (cont.) | | | |
| Sub-total for 002AHDFRX9 | | | $0.00 |
| 002AHDSRX8-HOURLY NR ACTIVE HDHP SINGLE | | | |
| Rejected Claims | 1 | | $0.00 |
| Sub-total for 002AHDSRX8 | | | $0.00 |
| 002APPORX2-HOURLY NR ACTIVE PPO | | | |
| Paid Retail Claims | 1 | | $13.51- |
| Paid Subrogated Claims | 3 | | $190.90 |
| Rejected Claims | 177 | | $0.00 |
| Sub-total for 002APPORX2 | | | $177.39 |
| 002DPPORX2-HOURLY NR LTD PPO | | | |
| Rejected Claims | 2 | | $0.00 |
| Sub-total for 002DPPORX2 | | | $0.00 |
| 002MBPPRX3-HOURLY NR LTD-RET-MEDICARE BPP | | | |
| Rejected Claims | 5 | | $0.00 |
| Sub-total for 002MBPPRX3 | | | $0.00 |
| 002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW | | | |
| Paid Retail Claims | 6 | | $65.10 |
| Rejected Claims | 79 | | $0.00 |
| Sub-total for 002MNNWRX2 | | | $65.10 |
| 002MPPORX2-HOURLY NR LTD/RET-MEDICARE PPO | | | |
| Rejected Claims | 1 | | $0.00 |
| Sub-total for 002MPPORX2 | | | $0.00 |
| 002RNNWRX2-HOURLY NR RETIREE NNW | | | |
| Rejected Claims | 1 | | $0.00 |
| Sub-total for 002RNNWRX2 | | | $0.00 |
| 002RPPORX2-HOURLY NR RETIREE PPO | | | |
| Paid Retail Claims | 5 | | $74.64 |
```

```
Walgreens Hlth Initiatives              Invoice    : 00111990
WHI-PBM-Acct@Walgreens.com              Invoice Date: Feb-28-2007
Tax ID#36-404-9815                      Page       : 6 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406



Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.
---------------------------------------------------------------------------
Grouping / Type                 Qty            Rate            Amount
---------------------------------------------------------------------------
* * * * *      Claim Billing Period Feb-16-2007 to Feb-28-2007  * * * * * *

002RPPORX2-HOURLY NR RETIREE PPO (cont.)
         Rejected Claims        38                              $0.00
                                                        --------------
                        Sub-total for 002RPPORX2                $74.64
                                                        --------------
003CPPORX2-STEELWORKERS COBRA PPO
         Rejected Claims        1                               $0.00
                                                        --------------
                        Sub-total for 003CPPORX2                $0.00
                                                        --------------
006APPORX1-UAW ACTIVE PPO
         Rejected Claims        1                               $0.00
                                                        --------------
                        Sub-total for 006APPORX1                $0.00
                                                        --------------
006APPORX4-UAW ACTIVE PPO
         Rejected Claims        58                              $0.00
                                                        --------------
                        Sub-total for 006APPORX4                $0.00
                                                        --------------
006APPORX5-UAW ACTIVE PPO
         Rejected Claims        16                              $0.00
                                                        --------------
                        Sub-total for 006APPORX5                $0.00
                                                        --------------
006DPPORX4-UAW LTD PPO
         Rejected Claims        5                               $0.00
                                                        --------------
                        Sub-total for 006DPPORX4                $0.00
                                                        --------------
006MNNWRX4-UAW LTD/RET-MEDICARE NNW
         Rejected Claims        5                               $0.00
                                                        --------------
                        Sub-total for 006MNNWRX4                $0.00
                                                        --------------
006MPPORX1-UAW LTD/RET-MEDICARE PPO
         Rejected Claims        78                              $0.00
                                                        --------------
                        Sub-total for 006MPPORX1                $0.00
                                                        --------------
006RNNWRX1-UAW RETIREE NNW
         Rejected Claims        2                               $0.00
```

```
Walgreens Hlth Initiatives                    Invoice    : 00111990
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-28-2007
Tax ID#36-404-9815                            Page       : 7 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND          Bill To Account:  4739
         5729 Washington Ave.      CASE NEW HOLLAND
         Racine, WI                5729 Washington Ave.
         USA                       Racine, WI
         53406                     USA
                                   53406



Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.
---------------------------------------------------------------------
Grouping / Type                    Qty         Rate           Amount
---------------------------------------------------------------------
 * * * * *      Claim Billing Period Feb-16-2007 to Feb-28-2007  * * * * * *

006RNNWRX1-UAW RETIREE NNW (cont.)
                                                            ---------------
                               Sub-total for 006RNNWRX1          $0.00
                                                            ---------------

006RPPORX1-UAW RETIREE PPO
    Paid DMR Claims             1                               $20.00
    Paid Retail Claims          5                               $51.31
    Rejected Claims           233                                $0.00
                                                            ---------------
                               Sub-total for 006RPPORX1         $71.31
                                                            ---------------

006RPPORX4-UAW RETIREE PPO
    Rejected Claims            10                                $0.00
                                                            ---------------
                               Sub-total for 006RPPORX4          $0.00
                                                            ---------------

514739-CASE NEW HOLLAND CARD GROUP
    Rejected Claims            29                                $0.00
                                                            ---------------
                               Sub-total for 514739              $0.00
                                                            ---------------

                               *** Claim Total              $1,463.17
                                                            ===============



---------------------------------------------------------------------
 * * * * *         Classification Claim Summary              * * * * * *
---------------------------------------------------------------------
Code / Description                         Qty             Amount
---------------------------------------------------------------------
BC PD DMR       Paid DMR Claims             17             $759.62
BC PD RETAIL    Paid Retail Claims          31             $421.72
BC PD SUBROG    Paid Subrogated Claims       5             $281.83
BC REJECTS      Rejected Claims           1577               $0.00
                                                       ---------------
                               *** Claim Total             $1,463.17
                                                       ===============
```

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

Invoice     : 00111990
Invoice Date: Feb-28-2007
Page        : 8 of 13

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
         CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|

* * * *   Administrative Fee Billing Period Feb-16-2007 to Feb-28-2007  * * * *

**001ACCPRX7-SALARIED ACTIVE CCP**

| | | | |
|---|---|---|---|
| Rejected Claim Fees | 186 | $0.00 | $0.00 |
| Direct Member Reimbursement | 6 | $2.00 | $12.00 |
| Sub-total for 001ACCPRX7 | | | $12.00 |

**001AHDFRX9-SALARIED ACTIVE HDHP FAMILY**

| | | | |
|---|---|---|---|
| Rejected Claim Fees | 79 | $0.00 | $0.00 |
| Direct Member Reimbursement | 1 | $2.00 | $2.00 |
| Sub-total for 001AHDFRX9 | | | $2.00 |

**001AHDSRX8-SALARIED ACTIVE HDHP SINGLE**

| | | | |
|---|---|---|---|
| Rejected Claim Fees | 6 | $0.00 | $0.00 |
| Sub-total for 001AHDSRX8 | | | $0.00 |

**001APPORX2-SALARIED ACTIVE PPO**

| | | | |
|---|---|---|---|
| Paid DMR Claim Fees | 2 | $0.00 | $0.00 |
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Rejected Claim Fees | 170 | $0.00 | $0.00 |
| Direct Member Reimbursement | 8 | $2.00 | $16.00 |
| Sub-total for 001APPORX2 | | | $16.00 |

**001CCCPRX7-SALARIED COBRA CCP**

| | | | |
|---|---|---|---|
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 001CCCPRX7 | | | $0.00 |

**001CHDSRX8-SALARIED COBRA HDHP SINGLE**

| | | | |
|---|---|---|---|
| Paid DMR Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 001CHDSRX8 | | | $0.00 |

**001CPPORX2-SALARIED COBRA PPO**

| | | | |
|---|---|---|---|
| Direct Member Reimbursement | 1 | $2.00 | $2.00 |
| Sub-total for 001CPPORX2 | | | $2.00 |

**001DPPORX2-SALARIED LTD PPO**

| | | | |
|---|---|---|---|
| Rejected Claim Fees | 1 | $0.00 | $0.00 |

```
Walgreens Hlth Initiatives                    Invoice    : 00111990
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-28-2007
Tax ID#36-404-9815                            Page       : 9 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059




Mail to: CASE NEW HOLLAND                Bill To Account:  4739
         5729 Washington Ave.            CASE NEW HOLLAND
         Racine, WI                      5729 Washington Ave.
         USA                             Racine, WI
         53406                           USA
                                         53406



Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.
```

--------------------------------------------------------------------------

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|

--------------------------------------------------------------------------

* * * *    Administrative Fee Billing Period Feb-16-2007 to Feb-28-2007    * * * *

--------------------------------------------------------------------------

```
001DPPORX2-SALARIED LTD PPO (cont.)
                                                            ---------------
                              Sub-total for 001DPPORX2            $0.00
                                                            ---------------

001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP
     Paid Retail Claim Fees        1          $0.00              $0.00
     Rejected Claim Fees          26          $0.00              $0.00
                                                            ---------------
                              Sub-total for 001MBPPRX3            $0.00
                                                            ---------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
     Paid DMR Claim Fees          12          $0.00              $0.00
     Paid Retail Claim Fees        9          $0.00              $0.00
     Paid Subrogated Claim Fees    2          $0.00              $0.00
     Rejected Claim Fees         211          $0.00              $0.00
     Direct Member Reimbursement   5          $2.00             $10.00
                                                            ---------------
                              Sub-total for 001MNNWRX2           $10.00
                                                            ---------------

001MPPORX2-SALARIED LTD/RET-MEDICARE PPO
     Rejected Claim Fees           1          $0.00              $0.00
                                                            ---------------
                              Sub-total for 001MPPORX2            $0.00
                                                            ---------------

001RHDFRX9-SALARIED RETIREE HDHP FAMILY
     Rejected Claim Fees           5          $0.00              $0.00
                                                            ---------------
                              Sub-total for 001RHDFRX9            $0.00
                                                            ---------------

001RHDSRX8-SALARIED RETIREE HDHP SINGLE
     Rejected Claim Fees           3          $0.00              $0.00
                                                            ---------------
                              Sub-total for 001RHDSRX8            $0.00
                                                            ---------------

001RPPORX2-SALARIED RETIREE PPO
     Paid Retail Claim Fees        2          $0.00              $0.00
     Rejected Claim Fees          59          $0.00              $0.00
     Direct Member Reimbursement   2          $2.00              $4.00
                                                            ---------------
                              Sub-total for 001RPPORX2            $4.00
                                                            ---------------

002ACCPRX7-HOURLY NR ACTIVE CCP
     Paid Retail Claim Fees        1          $0.00              $0.00
```

```
Walgreens Hlth Initiatives                    Invoice    : 00111990
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-28-2007
Tax ID#36-404-9815                            Page       : 10 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND          Bill To Account:  4739
         5729 Washington Ave.      CASE NEW HOLLAND
         Racine, WI                5729 Washington Ave.
         USA                       Racine, WI
         53406                     USA
                                   53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| * * * *   Administrative Fee Billing Period Feb-16-2007 to Feb-28-2007   * * * * | | | |
| 002ACCPRX7-HOURLY NR ACTIVE CCP (cont.) | | | |
| Rejected Claim Fees | 82 | $0.00 | $0.00 |
| Sub-total for 002ACCPRX7 | | | $0.00 |
| 002AHDFRX9-HOURLY NR ACTIVE HDHP FAMILY | | | |
| Rejected Claim Fees | 4 | $0.00 | $0.00 |
| Sub-total for 002AHDFRX9 | | | $0.00 |
| 002AHDSRX8-HOURLY NR ACTIVE HDHP SINGLE | | | |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 002AHDSRX8 | | | $0.00 |
| 002APPORX2-HOURLY NR ACTIVE PPO | | | |
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Paid Subrogated Claim Fees | 3 | $0.00 | $0.00 |
| Rejected Claim Fees | 177 | $0.00 | $0.00 |
| Direct Member Reimbursement | 3 | $2.00 | $6.00 |
| Sub-total for 002APPORX2 | | | $6.00 |
| 002DPPORX2-HOURLY NR LTD PPO | | | |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 002DPPORX2 | | | $0.00 |
| 002MBPPRX3-HOURLY NR LTD-RET-MEDICARE BPP | | | |
| Rejected Claim Fees | 5 | $0.00 | $0.00 |
| Sub-total for 002MBPPRX3 | | | $0.00 |
| 002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW | | | |
| Paid Retail Claim Fees | 6 | $0.00 | $0.00 |
| Rejected Claim Fees | 79 | $0.00 | $0.00 |
| Direct Member Reimbursement | 1 | $2.00 | $2.00 |
| Sub-total for 002MNNWRX2 | | | $2.00 |
| 002MPPORX2-HOURLY NR LTD/RET-MEDICARE PPO | | | |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |

```
Walgreens Hlth Initiatives                          Invoice    : 00111990
WHI-PBM-Acct@Walgreens.com                          Invoice Date: Feb-28-2007
Tax ID#36-404-9815                                  Page       : 11 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND               Bill To Account:  4739
         5729 Washington Ave.           CASE NEW HOLLAND
         Racine, WI                     5729 Washington Ave.
         USA                            Racine, WI
         53406                          USA
                                        53406



Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

---------------------------------------------------------------------------
Grouping / Type                    Qty           Rate            Amount
---------------------------------------------------------------------------
 * * * *    Administrative Fee Billing Period Feb-16-2007 to Feb-28-2007   * * * *
---------------------------------------------------------------------------
002MPPORX2-HOURLY NR LTD/RET-MEDICARE PPO (cont.)
                                                            ----------------
                           Sub-total for 002MPPORX2             $0.00
                                                            ----------------
002RNNWRX2-HOURLY NR RETIREE NNW
     Rejected Claim Fees        1            $0.00              $0.00
                                                            ----------------
                           Sub-total for 002RNNWRX2            $0.00
                                                            ----------------
002RPPORX2-HOURLY NR RETIREE PPO
     Paid Retail Claim Fees     5            $0.00              $0.00
     Rejected Claim Fees       38            $0.00              $0.00
     Direct Member Reimbursement 3           $2.00              $6.00
                                                            ----------------
                           Sub-total for 002RPPORX2            $6.00
                                                            ----------------
003CPPORX2-STEELWORKERS COBRA PPO
     Rejected Claim Fees        1            $0.00              $0.00
                                                            ----------------
                           Sub-total for 003CPPORX2           $0.00
                                                            ----------------
006APPORX1-UAW ACTIVE PPO
     Rejected Claim Fees        1            $0.00              $0.00
                                                            ----------------
                           Sub-total for 006APPORX1           $0.00
                                                            ----------------
006APPORX4-UAW ACTIVE PPO
     Rejected Claim Fees       58            $0.00              $0.00
                                                            ----------------
                           Sub-total for 006APPORX4           $0.00
                                                            ----------------
006APPORX5-UAW ACTIVE PPO
     Rejected Claim Fees       16            $0.00              $0.00
                                                            ----------------
                           Sub-total for 006APPORX5           $0.00
                                                            ----------------
006DPPORX4-UAW LTD PPO
     Rejected Claim Fees        5            $0.00              $0.00
                                                            ----------------
                           Sub-total for 006DPPORX4           $0.00
                                                            ----------------
006MNNWRX4-UAW LTD/RET-MEDICARE NNW
     Rejected Claim Fees        5            $0.00              $0.00
```

```
Walgreens Hlth Initiatives                    Invoice    : 00111990
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-28-2007
Tax ID#36-404-9815                            Page       : 12 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND            Bill To Account:  4739
         5729 Washington Ave.                CASE NEW HOLLAND
         Racine, WI                          5729 Washington Ave.
         USA                                 Racine, WI
         53406                               USA
                                             53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| * * * *   Administrative Fee Billing Period Feb-16-2007 to Feb-28-2007   * * * * | | | |
| 006MNNWRX4-UAW LTD/RET-MEDICARE NNW (cont.) | | | |
| Sub-total for 006MNNWRX4 | | | $0.00 |
| 006MPPORX1-UAW LTD/RET-MEDICARE PPO | | | |
| Rejected Claim Fees | 78 | $0.00 | $0.00 |
| Direct Member Reimbursement | 3 | $2.00 | $6.00 |
| Sub-total for 006MPPORX1 | | | $6.00 |
| 006RNNWRX1-UAW RETIREE NNW | | | |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Sub-total for 006RNNWRX1 | | | $0.00 |
| 006RPPORX1-UAW RETIREE PPO | | | |
| Paid DMR Claim Fees | 1 | $0.00 | $0.00 |
| Paid Retail Claim Fees | 5 | $0.00 | $0.00 |
| Rejected Claim Fees | 233 | $0.00 | $0.00 |
| Direct Member Reimbursement | 4 | $2.00 | $8.00 |
| Sub-total for 006RPPORX1 | | | $8.00 |
| 006RPPORX4-UAW RETIREE PPO | | | |
| Rejected Claim Fees | 10 | $0.00 | $0.00 |
| Sub-total for 006RPPORX4 | | | $0.00 |
| 514739-CASE NEW HOLLAND | | | |
| Appeal Review Program | 1 | $250.00 | $250.00 |
| Sub-total for 514739 | | | $250.00 |
| 514739-CASE NEW HOLLAND CARD GROUP | | | |
| Rejected Claim Fees | 29 | $0.00 | $0.00 |
| Sub-total for 514739 | | | $0.00 |
| *** Fee Total | | | $324.00 |

```
Walgreens Hlth Initiatives                    Invoice      : 00111990
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-28-2007
Tax ID#36-404-9815                            Page         : 13 of 13
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406



Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.


 ---------------------------------------------------------------------------
 * * * * *            Classification Fee Summary            * * * * * *
 ---------------------------------------------------------------------------
     Code / Description                      Qty              Amount
 ---------------------------------------------------------------------------
     ARP          Appeal Review Program       1             $250.00
     DMR          Direct Member Reimbursement 37             $74.00
     BF PD DMR    Paid DMR Claim Fees         17              $0.00
     BF PD RETAIL Paid Retail Claim Fees      31              $0.00
     BF PD SUBROG Paid Subrogated Claim Fees   5              $0.00
     BF REJECTS   Rejected Claim Fees       1577              $0.00
                                                       ---------------
                                 *** Fee Total               $324.00
                                                       ===============
```

```
Walgreens Hlth Initiatives                        Invoice    : 00110643
WHI-PBM-Acct@Walgreens.com                        Invoice Date: Feb-15-2007
Tax ID#36-404-9815                                Page       : 1 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059



Mail to: CASE NEW HOLLAND            Bill To Account:  4739
         5729 Washington Ave.        CASE NEW HOLLAND
         Racine, WI                  5729 Washington Ave.
         USA                         Racine, WI
         53406                        USA
                                     53406



Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

 * * * * *        Billing Period End Date: Feb-15-2007        * * * * * *
```

| Invoice Summary Group | Claim Amount | Fee Amount | Total Amount |
|---|---|---|---|
| CASE NEW HOLLAND CARD GROUP | $0.00 | $0.00 | $0.00 |
| HOURLY NR ACTIVE CCP | $6.13- | $0.00 | $6.13- |
| HOURLY NR ACTIVE HDHP FAMILY | $0.00 | $0.00 | $0.00 |
| HOURLY NR ACTIVE HDHP SINGLE | $0.00 | $0.00 | $0.00 |
| HOURLY NR ACTIVE PPO | $5.00- | $0.00 | $5.00- |
| HOURLY NR COBRA PPO | $0.00 | $0.00 | $0.00 |
| HOURLY NR LTD PPO | $0.00 | $0.00 | $0.00 |
| HOURLY NR LTD-RET-MEDICARE BPP | $0.00 | $0.00 | $0.00 |
| HOURLY NR LTD/RET-MEDICARE NNW | $1.30- | $0.00 | $1.30- |
| HOURLY NR LTD/RET-MEDICARE PPO | $0.00 | $0.00 | $0.00 |
| HOURLY NR RETIREE NNW | $0.00 | $0.00 | $0.00 |
| HOURLY NR RETIREE PPO | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE CCP | $9.07 | $0.00 | $9.07 |
| SALARIED ACTIVE HDHP FAMILY | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE HDHP SINGLE | $0.00 | $0.00 | $0.00 |
| SALARIED ACTIVE PPO | $59.23 | $0.00 | $59.23 |
| SALARIED COBRA HDHP SINGLE | $0.00 | $0.75 | $0.75 |
| SALARIED COBRA PPO | $0.00 | $3.75 | $3.75 |
| SALARIED LTD PPO | $0.00 | $0.00 | $0.00 |
| SALARIED LTD/RET-MEDICARE BPP | $0.00 | $0.00 | $0.00 |
| SALARIED LTD/RET-MEDICARE NNW | $354.57- | $0.00 | $354.57- |
| SALARIED LTD/RET-MEDICARE PPO | $0.00 | $0.00 | $0.00 |
| SALARIED RETIREE HDHP FAMILY | $0.00 | $0.00 | $0.00 |
| SALARIED RETIREE HDHP SINGLE | $0.00 | $0.00 | $0.00 |
| SALARIED RETIREE PPO | $97.15 | $0.00 | $97.15 |
| STEELWORKERS COBRA PPO | $0.00 | $0.00 | $0.00 |
| UAW ACTIVE PPO | $0.00 | $0.00 | $0.00 |
| UAW ACTIVE PPO | $0.00 | $0.00 | $0.00 |
| UAW LTD PPO | $0.00 | $0.00 | $0.00 |
| UAW LTD/RET-MEDICARE PPO | $0.00 | $0.00 | $0.00 |
| UAW RETIREE PPO | $39.20 | $1.50 | $40.70 |
| UAW RETIREE PPO | $0.00 | $0.00 | $0.00 |
| Totals | $162.35- | $6.00 | $156.35- |

```
Walgreens Hlth Initiatives                        Invoice    : 00110643
WHI-PBM-Acct@Walgreens.com                        Invoice Date: Feb-15-2007
Tax ID#36-404-9815                                Page       : 2 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND                 Bill To Account:  4739
         5729 Washington Ave.             CASE NEW HOLLAND
         Racine, WI                       5729 Washington Ave.
         USA                              Racine, WI
         53406                            USA
                                          53406
```

```
Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.
```

```
┌─────────────────────────────────────────────────────────────────────┐
│   Remit To:                                                           │
│       Walgreens Hlth Initiatives        TOTAL DUE:        $156.35-    │
│       WHI-PBM-Acct@Walgreens.com                                      │
│       Tax ID#36-404-9815                                              │
│       14309 Collections Center Drive                                  │
│       Chicago, IL                                                     │
│       USA                                                             │
│       60693                                                           │
│       (847)964-6059                                                   │
│                                                                       │
└─────────────────────────────────────────────────────────────────────┘
```

```
Walgreens Hlth Initiatives                    Invoice    : 00110643
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-15-2007
Tax ID#36-404-9815                            Page       : 3 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

```
--------------------------------------------------------------------
Grouping / Type                    Qty         Rate        Amount
--------------------------------------------------------------------
* * * * *       Claim Billing Period Feb-01-2007 to Feb-15-2007  * * * * * *
--------------------------------------------------------------------
001ACCPRX7-SALARIED ACTIVE CCP
    Paid DMR Claims                3                         $9.07
    Paid Retail Claims             1                         $0.00
    Rejected Claims                268                       $0.00
                                                         ---------------
                       Sub-total for 001ACCPRX7            $9.07
                                                         ---------------

001AHDFRX9-SALARIED ACTIVE HDHP FAMILY
    Paid Retail Claims             1                         $0.00
    Rejected Claims                130                       $0.00
                                                         ---------------
                       Sub-total for 001AHDFRX9            $0.00
                                                         ---------------

001AHDSRX8-SALARIED ACTIVE HDHP SINGLE
    Paid Retail Claims             1                         $0.00
    Rejected Claims                11                        $0.00
                                                         ---------------
                       Sub-total for 001AHDSRX8            $0.00
                                                         ---------------

001APPORX2-SALARIED ACTIVE PPO
    Paid DMR Claims                3                        $59.23
    Rejected Claims                283                       $0.00
                                                         ---------------
                       Sub-total for 001APPORX2           $59.23
                                                         ---------------

001CHDSRX8-SALARIED COBRA HDHP SINGLE
    Rejected Claims                2                         $0.00
                                                         ---------------
                       Sub-total for 001CHDSRX8            $0.00
                                                         ---------------

001CPPORX2-SALARIED COBRA PPO
    Rejected Claims                10                        $0.00
                                                         ---------------
                       Sub-total for 001CPPORX2            $0.00
                                                         ---------------

001DPPORX2-SALARIED LTD PPO
    Rejected Claims                1                         $0.00
                                                         ---------------
                       Sub-total for 001DPPORX2            $0.00
                                                         ---------------

001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP
    Rejected Claims                48                        $0.00
```

```
Walgreens Hlth Initiatives                    Invoice   : 00110643
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-15-2007
Tax ID#36-404-9815                            Page      : 4 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059




Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|

* * * * *      Claim Billing Period Feb-01-2007 to Feb-15-2007      * * * * * *

```
001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP (cont.)
                                                    ---------------
                              Sub-total for 001MBPPRX3     $0.00
                                                    ---------------

001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
     Paid Retail Claims        5                        $354.57-
     Rejected Claims         323                          $0.00
                                                    ---------------
                              Sub-total for 001MNNWRX2  $354.57-
                                                    ---------------

001MPPORX2-SALARIED LTD/RET-MEDICARE PPO
     Rejected Claims           5                          $0.00
                                                    ---------------
                              Sub-total for 001MPPORX2     $0.00
                                                    ---------------

001RHDFRX9-SALARIED RETIREE HDHP FAMILY
     Rejected Claims          19                          $0.00
                                                    ---------------
                              Sub-total for 001RHDFRX9     $0.00
                                                    ---------------

001RHDSRX8-SALARIED RETIREE HDHP SINGLE
     Rejected Claims           6                          $0.00
                                                    ---------------
                              Sub-total for 001RHDSRX8     $0.00
                                                    ---------------

001RPPORX2-SALARIED RETIREE PPO
     Paid DMR Claims           3                         $27.00
     Paid Retail Claims        1                         $70.15
     Rejected Claims          83                          $0.00
                                                    ---------------
                              Sub-total for 001RPPORX2    $97.15
                                                    ---------------

002ACCPRX7-HOURLY NR ACTIVE CCP
     Paid Retail Claims        3                          $6.13-
     Rejected Claims         114                          $0.00
                                                    ---------------
                              Sub-total for 002ACCPRX7     $6.13-
                                                    ---------------

002AHDFRX9-HOURLY NR ACTIVE HDHP FAMILY
     Rejected Claims           3                          $0.00
```

```
Walgreens Hlth Initiatives              Invoice    : 00110643
WHI-PBM-Acct@Walgreens.com              Invoice Date: Feb-15-2007
Tax ID#36-404-9815                      Page       : 5 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
------------------------------------------------------------------------
Grouping / Type                    Qty          Rate          Amount
------------------------------------------------------------------------
* * * * *     Claim Billing Period Feb-01-2007 to Feb-15-2007  * * * * * *
------------------------------------------------------------------------
002AHDFRX9-HOURLY NR ACTIVE HDHP FAMILY (cont.)
                                                          ---------------
                  Sub-total for 002AHDFRX9                         $0.00
                                                          ---------------
002AHDSRX8-HOURLY NR ACTIVE HDHP SINGLE
     Rejected Claims               7                              $0.00
                                                          ---------------
                  Sub-total for 002AHDSRX8                        $0.00
                                                          ---------------
002APPORX2-HOURLY NR ACTIVE PPO
     Paid Retail Claims            7                             $5.00-
     Rejected Claims             235                              $0.00
                                                          ---------------
                  Sub-total for 002APPORX2                       $5.00-
                                                          ---------------
002CPPORX2-HOURLY NR COBRA PPO
     Rejected Claims               1                              $0.00
                                                          ---------------
                  Sub-total for 002CPPORX2                        $0.00
                                                          ---------------
002DPPORX2-HOURLY NR LTD PPO
     Rejected Claims               1                              $0.00
                                                          ---------------
                  Sub-total for 002DPPORX2                        $0.00
                                                          ---------------
002MBPPRX3-HOURLY NR LTD-RET-MEDICARE BPP
     Paid Retail Claims            1                              $0.00
     Rejected Claims               6                              $0.00
                                                          ---------------
                  Sub-total for 002MBPPRX3                        $0.00
                                                          ---------------
002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW
     Paid Retail Claims            1                              $1.30-
     Rejected Claims             116                              $0.00
                                                          ---------------
                  Sub-total for 002MNNWRX2                        $1.30-
                                                          ---------------
002MPPORX2-HOURLY NR LTD/RET-MEDICARE PPO
     Rejected Claims               4                              $0.00
                                                          ---------------
                  Sub-total for 002MPPORX2                        $0.00
                                                          ---------------
002RNNWRX2-HOURLY NR RETIREE NNW
     Rejected Claims               1                              $0.00
```

```
Walgreens Hlth Initiatives                    Invoice    : 00110643
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-15-2007
Tax ID#36-404-9815                            Page       : 6 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND               Bill To Account:  4739
         5729 Washington Ave.                  CASE NEW HOLLAND
         Racine, WI                            5729 Washington Ave.
         USA                                   Racine, WI
         53406                                 USA
                                               53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
-------------------------------------------------------------------------
Grouping / Type                      Qty          Rate              Amount
-------------------------------------------------------------------------
* * * * *      Claim Billing Period Feb-01-2007 to Feb-15-2007  * * * * * *

002RNNWRX2-HOURLY NR RETIREE NNW (cont.)
                                                            ---------------
                                  Sub-total for 002RNNWRX2          $0.00
                                                            ---------------

002RPPORX2-HOURLY NR RETIREE PPO
     Paid Retail Claims            1                                $0.00
     Rejected Claims              42                                $0.00
                                                            ---------------
                                  Sub-total for 002RPPORX2          $0.00
                                                            ---------------

003CPPORX2-STEELWORKERS COBRA PPO
     Rejected Claims               3                                $0.00
                                                            ---------------
                                  Sub-total for 003CPPORX2          $0.00
                                                            ---------------

006APPORX4-UAW ACTIVE PPO
     Rejected Claims             114                                $0.00
                                                            ---------------
                                  Sub-total for 006APPORX4          $0.00
                                                            ---------------

006APPORX5-UAW ACTIVE PPO
     Rejected Claims              22                                $0.00
                                                            ---------------
                                  Sub-total for 006APPORX5          $0.00
                                                            ---------------

006DPPORX4-UAW LTD PPO
     Rejected Claims               8                                $0.00
                                                            ---------------
                                  Sub-total for 006DPPORX4          $0.00
                                                            ---------------

006MPPORX1-UAW LTD/RET-MEDICARE PPO
     Rejected Claims             121                                $0.00
                                                            ---------------
                                  Sub-total for 006MPPORX1          $0.00
                                                            ---------------

006RPPORX1-UAW RETIREE PPO
     Paid DMR Claims               2                               $40.00
     Paid Retail Claims            2                                $0.80-
     Rejected Claims             340                                $0.00
                                                            ---------------
                                  Sub-total for 006RPPORX1         $39.20
                                                            ---------------

006RPPORX4-UAW RETIREE PPO
     Rejected Claims              19                                $0.00
```

```
Walgreens Hlth Initiatives                      Invoice    : 00110643
WHI-PBM-Acct@Walgreens.com                      Invoice Date: Feb-15-2007
Tax ID#36-404-9815                              Page       : 7 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND               Bill To Account:  4739
         5729 Washington Ave.                   CASE NEW HOLLAND
         Racine, WI                             5729 Washington Ave.
         USA                                    Racine, WI
         53406                                  USA
                                                53406
```

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

```
------------------------------------------------------------------------
Grouping / Type                    Qty           Rate            Amount
------------------------------------------------------------------------
* * * * *      Claim Billing Period Feb-01-2007 to Feb-15-2007  * * * * * *
------------------------------------------------------------------------
006RPPORX4-UAW RETIREE PPO (cont.)
                                                     ---------------
                         Sub-total for 006RPPORX4          $0.00
                                                     ---------------
514739-CASE NEW HOLLAND CARD GROUP
      Rejected Claims              25                       $0.00
                                                     ---------------
                         Sub-total for 514739              $0.00
                                                     ---------------
                               *** Claim Total          $162.35-
                                                     ===============
```

```
------------------------------------------------------------------------
* * * * *          Classification Claim Summary         * * * * * *
------------------------------------------------------------------------
    Code / Description                     Qty              Amount
------------------------------------------------------------------------
    BC PD DMR       Paid DMR Claims          11             $135.30
    BC PD RETAIL    Paid Retail Claims       24             $297.65-
    BC REJECTS      Rejected Claims        2371               $0.00
                                                     ---------------
                               *** Claim Total          $162.35-
                                                     ===============
```

```
Walgreens Hlth Initiatives                    Invoice    : 00110643
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-15-2007
Tax ID#36-404-9815                            Page       : 8 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059




Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| **\* \* \* \***   Administrative Fee Billing Period Feb-01-2007 to Feb-15-2007   **\* \* \* \*** | | | |
| 001ACCPRX7-SALARIED ACTIVE CCP | | | |
| Paid DMR Claim Fees | 3 | $0.00 | $0.00 |
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Rejected Claim Fees | 268 | $0.00 | $0.00 |
| Sub-total for 001ACCPRX7 | | | $0.00 |
| 001AHDFRX9-SALARIED ACTIVE HDHP FAMILY | | | |
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Rejected Claim Fees | 130 | $0.00 | $0.00 |
| Sub-total for 001AHDFRX9 | | | $0.00 |
| 001AHDSRX8-SALARIED ACTIVE HDHP SINGLE | | | |
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Rejected Claim Fees | 11 | $0.00 | $0.00 |
| Sub-total for 001AHDSRX8 | | | $0.00 |
| 001APPORX2-SALARIED ACTIVE PPO | | | |
| Paid DMR Claim Fees | 3 | $0.00 | $0.00 |
| Rejected Claim Fees | 283 | $0.00 | $0.00 |
| Sub-total for 001APPORX2 | | | $0.00 |
| 001CHDSRX8-SALARIED COBRA HDHP SINGLE | | | |
| Rejected Claim Fees | 2 | $0.00 | $0.00 |
| Eligibility (Manual Changes) | 1 | $0.75 | $0.75 |
| Sub-total for 001CHDSRX8 | | | $0.75 |
| 001CPPORX2-SALARIED COBRA PPO | | | |
| Rejected Claim Fees | 10 | $0.00 | $0.00 |
| Eligibility (Manual Changes) | 5 | $0.75 | $3.75 |
| Sub-total for 001CPPORX2 | | | $3.75 |
| 001DPPORX2-SALARIED LTD PPO | | | |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 001DPPORX2 | | | $0.00 |
| 001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP | | | |
| Rejected Claim Fees | 48 | $0.00 | $0.00 |

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

Invoice    : 00110643
Invoice Date: Feb-15-2007
Page       : 9 of 12

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
         CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

```
--------------------------------------------------------------------------
Grouping / Type                      Qty          Rate           Amount
--------------------------------------------------------------------------
* * * *     Administrative Fee Billing Period Feb-01-2007 to Feb-15-2007   * * * *

001MBPPRX3-SALARIED LTD/RET-MEDICARE BPP (cont.)
                                                              ---------------
                                Sub-total for 001MBPPRX3              $0.00
                                                              ---------------
001MNNWRX2-SALARIED LTD/RET-MEDICARE NNW
      Paid Retail Claim Fees         5           $0.00               $0.00
      Rejected Claim Fees          323           $0.00               $0.00
                                                              ---------------
                                Sub-total for 001MNNWRX2              $0.00
                                                              ---------------
001MPPORX2-SALARIED LTD/RET-MEDICARE PPO
      Rejected Claim Fees            5           $0.00               $0.00
                                                              ---------------
                                Sub-total for 001MPPORX2              $0.00
                                                              ---------------
001RHDFRX9-SALARIED RETIREE HDHP FAMILY
      Rejected Claim Fees           19           $0.00               $0.00
                                                              ---------------
                                Sub-total for 001RHDFRX9              $0.00
                                                              ---------------
001RHDSRX8-SALARIED RETIREE HDHP SINGLE
      Rejected Claim Fees            6           $0.00               $0.00
                                                              ---------------
                                Sub-total for 001RHDSRX8              $0.00
                                                              ---------------
001RPPORX2-SALARIED RETIREE PPO
      Paid DMR Claim Fees            3           $0.00               $0.00
      Paid Retail Claim Fees         1           $0.00               $0.00
      Rejected Claim Fees           83           $0.00               $0.00
                                                              ---------------
                                Sub-total for 001RPPORX2              $0.00
                                                              ---------------
002ACCPRX7-HOURLY NR ACTIVE CCP
      Paid Retail Claim Fees         3           $0.00               $0.00
      Rejected Claim Fees          114           $0.00               $0.00
                                                              ---------------
                                Sub-total for 002ACCPRX7              $0.00
                                                              ---------------
002AHDFRX9-HOURLY NR ACTIVE HDHP FAMILY
      Rejected Claim Fees            3           $0.00               $0.00
```

```
Walgreens Hlth Initiatives                          Invoice   : 00110643
WHI-PBM-Acct@Walgreens.com                          Invoice Date: Feb-15-2007
Tax ID#36-404-9815                                  Page      : 10 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5%  per month on overdue balances.

| Grouping / Type | Qty | Rate | Amount |
|---|---|---|---|
| **\* \* \* \*    Administrative Fee Billing Period Feb-01-2007 to Feb-15-2007   \* \* \* \*** | | | |
| 002AHDFRX9-HOURLY NR ACTIVE HDHP FAMILY (cont.) | | | |
| Sub-total for 002AHDFRX9 | | | $0.00 |
| 002AHDSRX8-HOURLY NR ACTIVE HDHP SINGLE | | | |
| Rejected Claim Fees | 7 | $0.00 | $0.00 |
| Sub-total for 002AHDSRX8 | | | $0.00 |
| 002APPORX2-HOURLY NR ACTIVE PPO | | | |
| Paid Retail Claim Fees | 7 | $0.00 | $0.00 |
| Rejected Claim Fees | 235 | $0.00 | $0.00 |
| Sub-total for 002APPORX2 | | | $0.00 |
| 002CPPORX2-HOURLY NR COBRA PPO | | | |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 002CPPORX2 | | | $0.00 |
| 002DPPORX2-HOURLY NR LTD PPO | | | |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |
| Sub-total for 002DPPORX2 | | | $0.00 |
| 002MBPPRX3-HOURLY NR LTD-RET-MEDICARE BPP | | | |
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Rejected Claim Fees | 6 | $0.00 | $0.00 |
| Sub-total for 002MBPPRX3 | | | $0.00 |
| 002MNNWRX2-HOURLY NR LTD/RET-MEDICARE NNW | | | |
| Paid Retail Claim Fees | 1 | $0.00 | $0.00 |
| Rejected Claim Fees | 116 | $0.00 | $0.00 |
| Sub-total for 002MNNWRX2 | | | $0.00 |
| 002MPPORX2-HOURLY NR LTD/RET-MEDICARE PPO | | | |
| Rejected Claim Fees | 4 | $0.00 | $0.00 |
| Sub-total for 002MPPORX2 | | | $0.00 |
| 002RNNWRX2-HOURLY NR RETIREE NNW | | | |
| Rejected Claim Fees | 1 | $0.00 | $0.00 |

Walgreens Hlth Initiatives
WHI-PBM-Acct@Walgreens.com
Tax ID#36-404-9815
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059

Invoice      : 00110643
Invoice Date: Feb-15-2007
Page         : 11 of 12

Mail to: CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Bill To Account:  4739
         CASE NEW HOLLAND
         5729 Washington Ave.
         Racine, WI
         USA
         53406

Terms : 15 Days Net    Interest applied at 1.5%  per month on overdue balances.

----------------------------------------------------------------------
Grouping / Type                    Qty          Rate            Amount
----------------------------------------------------------------------
 * * * *    Administrative Fee Billing Period Feb-01-2007 to Feb-15-2007  * * * *

002RNNWRX2-HOURLY NR RETIREE NNW (cont.)
                                                           ---------------
                         Sub-total for 002RNNWRX2               $0.00
                                                           ---------------

002RPPORX2-HOURLY NR RETIREE PPO
     Paid Retail Claim Fees         1            $0.00          $0.00
     Rejected Claim Fees           42            $0.00          $0.00
                                                           ---------------
                         Sub-total for 002RPPORX2               $0.00
                                                           ---------------

003CPPORX2-STEELWORKERS COBRA PPO
     Rejected Claim Fees            3            $0.00          $0.00
                                                           ---------------
                         Sub-total for 003CPPORX2               $0.00
                                                           ---------------

006APPORX4-UAW ACTIVE PPO
     Rejected Claim Fees          114            $0.00          $0.00
                                                           ---------------
                         Sub-total for 006APPORX4               $0.00
                                                           ---------------

006APPORX5-UAW ACTIVE PPO
     Rejected Claim Fees           22            $0.00          $0.00
                                                           ---------------
                         Sub-total for 006APPORX5               $0.00
                                                           ---------------

006DPPORX4-UAW LTD PPO
     Rejected Claim Fees            8            $0.00          $0.00
                                                           ---------------
                         Sub-total for 006DPPORX4               $0.00
                                                           ---------------

006MPPORX1-UAW LTD/RET-MEDICARE PPO
     Rejected Claim Fees          121            $0.00          $0.00
                                                           ---------------
                         Sub-total for 006MPPORX1               $0.00
                                                           ---------------

006RPPORX1-UAW RETIREE PPO
     Paid DMR Claim Fees            2            $0.00          $0.00
     Paid Retail Claim Fees         2            $0.00          $0.00
     Rejected Claim Fees          340            $0.00          $0.00
     Eligibility (Manual Changes)   2            $0.75          $1.50

```
Walgreens Hlth Initiatives                    Invoice    : 00110643
WHI-PBM-Acct@Walgreens.com                    Invoice Date: Feb-15-2007
Tax ID#36-404-9815                            Page       : 12 of 12
14309 Collections Center Drive
Chicago, IL
USA
60693
(847)964-6059
```

```
Mail to: CASE NEW HOLLAND              Bill To Account:  4739
         5729 Washington Ave.          CASE NEW HOLLAND
         Racine, WI                    5729 Washington Ave.
         USA                           Racine, WI
         53406                         USA
                                       53406
```

Terms : 15 Days Net   Interest applied at 1.5% per month on overdue balances.

```
----------------------------------------------------------------------------
Grouping / Type                     Qty          Rate              Amount
----------------------------------------------------------------------------
 * * * *     Administrative Fee Billing Period Feb-01-2007 to Feb-15-2007  * * * *
----------------------------------------------------------------------------
006RPPORX1-UAW RETIREE PPO (cont.)
                                                             ---------------
                            Sub-total for 006RPPORX1              $1.50
                                                             ---------------
006RPPORX4-UAW RETIREE PPO
   Rejected Claim Fees          19              $0.00              $0.00
                                                             ---------------
                            Sub-total for 006RPPORX4              $0.00
                                                             ---------------
514739-CASE NEW HOLLAND CARD GROUP
   Rejected Claim Fees          25              $0.00              $0.00
                                                             ---------------
                            Sub-total for 514739                  $0.00
                                                             ---------------
                                 *** Fee Total                    $6.00
                                                             ===============
```

```
----------------------------------------------------------------------------
 * * * * *               Classification Fee Summary            * * * * * *
----------------------------------------------------------------------------
   Code / Description                          Qty              Amount
----------------------------------------------------------------------------
   ES           Eligibility (Manual Changes)    8                $6.00
   BF PD DMR    Paid DMR Claim Fees             11                $0.00
   BF PD RETAIL Paid Retail Claim Fees          24                $0.00
   BF REJECTS   Rejected Claim Fees           2371                $0.00
                                                             ---------------
                                 *** Fee Total                    $6.00
                                                             ===============
```