AEE

**FILED**
**JANUARY 4, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 82**

In the Matter of

Walgreens Health Initiatives, Inc., an Illinois corporation

v.

Case New Holland, Inc., a Delaware corporation

Case Number:

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Walgreens Health Initiatives, Inc.

| |
|---|
| NAME (Type or print)<br>Jessica Perez Simmons |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jessica Perez Simmons |
| FIRM<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| STREET ADDRESS<br>200 West Madison Street, Suite 3900 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06288507 | TELEPHONE NUMBER<br>(312) 984-3100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |