## CERTIFICATE OF SERVICE

I, Daniel R. Burstein, an attorney for Defendant Case New Holland Inc., certify that I caused a copy of the attached **ANSWER OF DEFENDANT CASE NEW HOLLAND INC. TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF** to be served on the counsel listed below by sending said documents by United States mail on February 13, 2008.

> Robert Shapiro
> BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
> 200 West Madison Street, Suite 3900
> Chicago, Illinois 60606

> s/ Daniel R. Burstein
> Michael H. King
> Daniel R. Burstein
> DEWEY & LEBOEUF LLP
> Two Prudential Plaza
> 180 North Stetson Avenue, Suite 3700
> Chicago, IL  60601
> (312) 794-8000
> Fax: (312) 794-8100
> Attorneys for Defendant Case New Holland Inc.