IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALGREENS HEALTH INITIATIVES, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.  1:08-cv-00082 |
| CASE NEW HOLLAND INC., a Delaware corporation, | ) ) ) ) | Judge David H. Coar |
| Defendant. | ) | |

**REPORT OF PARTIES' PLANNING CONFERENCE**

Plaintiff Walgreens Health Initiatives, Inc. ("WHI") and counsel for Defendant Case New Holland ("CNH"), pursuant to Fed. R. Civ. P. 26(f) and pursuant to this Court's March 12, 2008 Order hereby submit their Joint Report of Parties' Planning Conference:

1. Pursuant to Fed. R. Civ. P. 26(f), a teleconference was held on March 26, 2008 and was attended by:

   a. Robert Shapiro and Jessica Perez Simmons of the law firm of Barack Ferrazzano Kirschbaum & Nagelberg LLP for WHI; and

   b. Michael King and Daniel Burstein of the law firm of Dewey & LeBoeuf LLP for CNH.

The parties discussed:

   (1) the nature and basis of their claims and defenses;

   (2) the possibilities for a prompt settlement or resolution of this case;

   (3) to make or arrange for the disclosures required under Rule 26(a)(1); and

   (4) to develop a discovery plan.

To that end, the parties propose the following:

    A.    The issues in this case may be simplified by taking the following steps:

        1.    The parties exchange the information required by Fed. R. Civ. P. 26(a)(1) by April 30, 2008;

        2.    By May 16, 2008, the parties mediate with a mediator agreed upon by the parties; and

        3.    After the conclusion of mediation, if the parties have not reached settlement, a dispositive motion may be filed on or before July 11, 2008 on the issue of whether the contract language can be construed on an unambiguous basis, and the parties stipulate not to make procedural objections to the timing of the motions.

    B.    Other than what is proposed in Section A, above, the parties do not believe modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery.

    C.    Discovery will be needed on the following subjects:

        (i)    WHI's claims for breach of contract, account stated and conversion on the basis that CNH failed to perform its obligations under the Prescription Service Agreement (the "Agreement) by, among other things, refusing to pay amounts owed to WHI;

        (ii)    Contract interpretation of Section A.4(f)(ii) of the Agreement between WHI and CNH as to amounts due and owing to each party; and

        (ii)    CNH's breach of contract and accounting counterclaims on the basis that WHI failed to perform its obligations under the Agreement by, among other things, refusing to make a WHI Payment for the fourth quarter of 2006 to CNH and the calculation of Manufacturer Incentives WHI would receive.

    D.    Discovery should not be conducted in phases.

    E.    Discovery is not likely to be contentious and therefore management of discovery does not need to be referred to a Magistrate Judge.

    F.    The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution as explained in Section A, above.

H. The parties have discussed mediation in an effort to resolve this matter. Written demands will be made if mediation is ordered.

I. The Court should consider the following methods of expediting the resolution of this matter as explained in Section A, above.

Dated:  April 8, 2008

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF
WALGREENS HEALTH INITIATIVES, INC.

By:  s/Jessica Perez Simmons_____
   Robert E. Shapiro, #3125180
   Jessica Perez Simmons, #6288507
   BARACK FERRAZZANO KIRSCHBAUM
      & NAGELBERG LLP
   200 West Madison Street, Suite 3900
   Chicago, Illinois  60606
   Phone:  312.984.3100
   Facsimile:  312.984.3150

OF COUNSEL:
Darin V. Osmond, #6229991
WALGREEN CO.
104 Wilmot Road, MS 1425
Deerfield, Illinois  60015
Telephone:  847.315.4692
Facsimile:  847.315.4826


ATTORNEYS FOR DEFENDANT
CASE NEW HOLLAND INC.

By:  s/Daniel R. Burstein_____
   Michael H. King, #1465678
   Daniel R. Burstein, #6292485
   DEWEY & LEBOEUF LLP
   Two Prudential Plaza
   180 N. Stetson Avenue, Suite 3700
   Chicago, IL  60601
   Telephone:  312.794.8000
   Facsimile:  312.794.8100