IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALGREENS HEALTH INITIATIVES, INC., an Illinois corporation,  Plaintiff,  vs.  CASE NEW HOLLAND INC., a Delaware corporation,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No.   1:08-cv-00082  Judge David H. Coar |

**JOINT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN**

Plaintiff Walgreens Health Initiatives, Inc. ("WHI") and Defendant Case New Holland ("CNH"), pursuant to Fed. R. Civ. P. 16(b) hereby jointly propose the following scheduling order and discovery plan:

**1.    Discovery**

The parties propose the following discovery deadlines:

a) All disclosures required by Rule 26(a)(1) shall be made or before April 30, 2008.

b) Any amendments to pleadings or actions to join other parties shall be filed on or before June 16, 2008.

c) All discovery, except expert discovery, must be served to be concluded by August 31, 2008.

d) Expert witnesses in support of party's case-in-chief must be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) no later than September 15, 2008.

      Discovery from such witnesses must be served to be concluded by October 15, 2008.

  e)  Rebuttal expert witnesses must be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) no later than October 31, 2008.  Discovery from such witnesses must be served to be concluded by November 30, 2008.

**2.**  **Motions**

The parties propose that each party shall file its motions for summary judgment or other dispositive motions, if any, no later than December 31, 2008.

**3.**  **Final Pretrial Order and Conference**

The parties propose that a final pretrial order shall be filed on or before March 2, 2009.

**4.**  **Trial**

The parties agree that, should a trial be necessary, such trial should take no more than three (3) full Court days.  The parties state that they shall be ready for trial on April 1, 2009, and requests a trial date on the earliest possible date convenient for the Court thereafter.

**5.**  **Status Hearings**

A further status hearing should be held at the end of fact discovery on September 2, 2008.

DATED: _____

SO ORDERED:


_____
JUDGE COAR
United State District Judge