IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WALGREENS HEATH INITIATIVES, INC.,
an Illinois corporation,

       Plaintiff                  Case No:       1:08-cv-00082

v.

CASE NEW HOLLAND INC.,
a Delaware corporation,

       Defendant.

## APPLICATION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned attorney hereby notifies the Court and counsel that Daniel Burstein, currently listed as counsel of record for Defendant Case New Holland Inc. wishes to withdraw as counsel for Defendant in this case since Daniel Burstein is no longer employed by the law firm of Dewey and LeBoeuf LLP.

Dated: 5/14/08                                *s/ Daniel Burstein*