## CERTIFICATE OF SERVICE

I, Michael H. King, an attorney for Defendant Case New Holland Inc., certify that I caused a copy of the attached **APPLICATION TO WITHDRAW AS COUNSEL OF RECORD** to be served on the counsel listed below by sending said documents by United States mail on May 14, 2008.

> Robert Shapiro
> BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
> 200 West Madison Street, Suite 3900
> Chicago, Illinois 60606

> _s/ Michael H. King_
> Michael H. King
> DEWEY & LEBOEUF LLP
> Two Prudential Plaza
> 180 North Stetson Avenue, Suite 3700
> Chicago, IL  60601
> (312) 794-8000
> Fax: (312) 794-8100

CH20765.1